UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RICHARD MAX STRAHAN )
)
*Plaintiff* )
)
V, )
) Civil Action No.
) _____
ELLEN ROY-HERZFELDER, Secretary )
EXECUTIVE OFFICE OF ENVIRONMENTAL AFFAIRS )
)
DAVID M. PETERS, Commissioner )
DEPARTMENT OF FISH AND GAME )
) 21 January 2005
PAUL DIODATI, Director )
DIVISION OF MARINE FISHERIES )
)
*Defendants* )
)

## PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND MOTION FOR A PRELIMINARY INJUNCTION

The Plaintiff — Richard Max Strahan — applies to the Court for a temporary restraining order and moves the Court for a preliminary injunction to —

1. Enjoin the Defendants from licensing the deployment of gill nets and lobster gear within the boundaries of the area in Cape Cod Bay that has been designated by the National Marine Fisheries Service as a listed critical habitat for the Northern Right Whale;

2. Order the Defendants to require all holders of commercial fishing permits to report immediately the loss of any fishing gear to the Defendants and that the Defendants then in turn immediately provide the Plaintiff a copy and accounting of these reports.

The Northern Right Whales faces the significant threat of an irreversible path to imminent extinction unless the Court acts to stop any further killing and injuring of any more Northern Right Whales by the commercial fishing gear licensed and regulated by the Defendants. In support of this motion the Plaintiff references his factual and legal allegations

raised in his the verified complaint and additionally submitted affidavits and memorandum of law.

BY: /s/ Richard Max Strahan
Richard Max Strahan, Plaintiff

*Pro Se and Proud!*