UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 18 ˑ P 12: 59

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| RICHARD MAX STRAHAN | ) | |
| | ) | |
| *Plaintiff* | ) | Civil Action No. |
| | ) | |
| v. | ) | 05 – 10140 - NMG |
| | ) | |
| ELLEN ROY-HERZFELDER, *et al.* | ) | 18 February 2005 |
| | ) | |
| *Defendants* | ) | |

## PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS

The Plaintiff, Richard Max Strahan – notifies the Court that his current mailing address is as follows –

Richard Max Strahan
Unit #5
928 Dorchester Avenue
Boston, MA 02125

BY:

Richard Max Strahan, Plaintiff
617.233.3854

*Pro Se and Proud!*

I certify that I have served this Notice on the Defendants via U. S. Mail on 19 Fbruary 2005.

Richard Max Strahan