**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Richard Max Strahan | COURT CASE NUMBER: 05-10140-NMG |
| DEFENDANT: Paul Diodati | TYPE OF PROCESS: CIVIL |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: MASS. Division of Marine Fisheries

AT ADDRESS: Suite 400, 251 Causeway St. Boston MA 02114

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Richard Max Strahan
Unit #5,
925 Dorchester Avenue
Boston MA 02125

Number of process to be served with this Form - 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 617 233 3854
DATE: 17 Feb 05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: 38
District to Serve No.: 38
Signature of Authorized USMS Deputy or Clerk
Date: 2/18/05

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Sherrie Alabon, Admin Asst

Date of Service: 2/22/05
Time: 10:00 am
Signature of U.S. Marshal or Deputy: #5185

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $45.00 | 3.65 | | | | |

REMARKS: 1 DUSM / 1 hr

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS

RICHARD MAX STRAHAN,
    Plaintiff,

V.

**SUMMONS IN A CIVIL CASE**

ELLEN ROY-HERZFELDER,
DAVID M. PETERS, and
PAUL DIODATI,
    Defendants.

CASE NUMBER: 05-10140-NMG

TO: (Name and address of Defendant)

PAUL DIODATI, director
Division of Marine Fisheries
251 Causeway Street, Suite 400
Boston MA 02114

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ~~ATTORNEY~~ (name and address)

Richard Max Strahan
Unit #5
928 Dorchester Avenue
Boston MA 02125

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

William R_____, CLERK

(By) DEPUTY

January 25, 2005
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 2/22/2005 |
| NAME OF SERVER (PRINT) John D. Wickham | TITLE DUSM |

Check one box below to indicate appropriate method of service

☒ Served personally upon the third-party defendant. Place where served: 251 Causeway St Boston, MA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/22/05
Date

Signature of Server

USMS
Causeway Way Suit 1-500 Boston, MA 02210
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.