UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RICHARD MAX STRAHAN )
*Plaintiff* )
v. ) 05 – 10140 - NMG
) 5 April 2005
ELLEN ROY-HERZFELDER, *et al.* )
*Defendants* )

MOTION TO DEFAULT DEFENDANTS FOR FAILURE TO FILE A TIMELY ANSWER

The Plaintiff Richard Max Strahan moves the Court to default the Defendants for failing to file a timely answer to his complaint. He asks the Court to enter a default final judgement in his favor for all the claims that his complaint brings against the Defendants. The Plaintiff requests that the Court schedule a hearing for all parties on the issue of the entering of a specific Final Judgment in his favor in this matter. Alternatively, the Plaintiff moves the Court to order the Defendants to file the required answer by 12 April 2005 or another date deemed appropriate by the Court. Strahan is suffering ongoing irreparable harm by the Defendants and seeks an expeditious adjudication by the Court of his claims against the Defendants.

This action was commenced on 21 January 2005. The U. S. Marshals made service of the summons and pleadings on the Defendants on 22 February 2005. The summons commanded the Defendants to serve an answer to the Plaintiff's complaint within twenty days from their being served the summons. See attached copy of summons and certificate of service by the U. S. Marshals Service for each of the Defendants. Up to the present date, none of the Defendants or any attorney representing them has served on the Pliantiff or the Court the required answer that was commanded by the summons to be filed by 14 March 2005. Strahan has communicated

several times with an attorney who claims to represent the Defendants without any success at getting an agreed date for the answer to be served on the Plaintiff and the Court by the Defendants.

For the above reasons, the Plaintiff asks the Court to grant his requested relief.

BY:

Richard Max Strahan, Plaintiff
617.233.3854
esistoo@yahoo.com

*Pro Se and Proud!*

---

CERTIFICATE OF CONSULTATION PURSUANT TO LOCAL RULE 7

---

On 29 March 2005 I spoke with assistant Attorney General Daniel Hammond of the Massachusetts Office of the Attorney General. I was told by Hammond that he would be the attorney of record for the Defendants. I asked him to file an answer. He informed me that the Defendants had no intention of filing the required answer in the immediate future nor would he agree to file an answer by any given date in the future.

Richard Max Strahan

---

CERTIFICATE OF SERVICE

---

I served IN HAND a copy of the instant motion w/attachments on the Defendants attorney and/or the Office of the Massachusetts Attorney General on 5 April 2005.

Richard Max Strahan

. Department of Justice
ed States Marshals Service

**PROCESS RECEIPT AND RETURN**

*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

PLAINTIFF: Richard Max Strahan

COURT CASE NUMBER: 05cv10140-NMG

DEFENDANT: Ellen Roy-Herzfelder et al

TYPE OF PROCESS: Civil

SERVE — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Government Building - Executive office of Environmental Affairs

AT — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 100 Cambridge Street Boston MA 02108

2005 FEB 24 U.S. DISTRICT COURT DISTRICT OF MASS

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Richard Max Strahan
Unit #5, 928 Dorchester Ave
Boston MA 02125

Number of process to be served with this Form - 285:

Number of parties to be served in this case:

Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Fold

9th Floor of Massachusetts State Office Building

Fold

Signature of Attorney or other Originator requesting service on behalf of: [signature] ☒ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER: 6172333854

DATE: 17Feb05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 38 | No. 38 | [signature] | 2/18/05 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Eshia Barrows, Receptionist

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 2/22/05 | Time: 1030 am

Signature of U.S. Marshal or Deputy: [signature] #5188

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | | | | | | |

REMARKS: 1 DUSM | HR

PRIOR EDITIONS MAY BE USED

1. CLERK OF THE COURT

FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

RICHARD MAX STRAHAN,
Plaintiff,

V.

ELLEN ROY-HERZFELDER,
DAVID M. PETERS, and
PAUL DIODATI,
Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-10140-NMG

TO: (Name and address of Defendant)

ELLEN ROY-HERZFELDER, Secretary
Executive Office of Environmental Affairs
100 Cambridge Street, Suite 900
Boston MA 02108

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard Max Strahan
Unit #5
928 Dorchester Avenue
Boston MA
02125

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

William Ruane
CLERK

January 25, 2005
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 2/22/05 |
|---|---|
| NAME OF SERVER (PRINT) John D Wickham | TITLE Deputy |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: 100 Cambridge St. Boston, MA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____________

☐ Returned unexecuted: ____________

☐ Other (specify): ____________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/22/05
Date

[signature]
*Signature of Server*

1 Courthouse Way
Suite 1-500
Boston, MA 02210
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

PLAINTIFF
Richard Max Strahan

COURT CASE NUMBER
05-10140-NMG

DEFENDANT
Paul Diodati

TYPE OF PROCESS
Civil

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Mass. Division of Marine Fisheries

**AT** ADDRESS (*Street or RFD, Apartment No., City, State and ZIP Code*)
Suite 400, 251 Causeway St. Boston MA 02114

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Richard Max Strahan
Unit #5,
928 Dorchester Avenue
Boston MA 02125

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

Fold

Fold

Signature of Attorney or other Originator requesting service on behalf of: [signature]

☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER
617 233 3854

DATE
17Feb05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 38 | No. 38 | [signature] | 2/18/05 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

Name and title of individual served (*if not shown above*)
Sherrie Alabam, Admin Asst

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (*complete only if different than shown above*)

Date of Service: 2/22/05
Time: 10:00 (am) pm

Signature of U.S. Marshal or (Deputy): [signature] #5185

| Service Fee | Total Mileage Charges (*including endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | 3.65 | | | | | |

REMARKS:
1 Dusm / 1hr

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

RICHARD MAX STRAHAN,
Plaintiff,

V.

ELLEN ROY-HERZFELDER,
DAVID M. PETERS, and
PAUL DIODATI,
Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-10140-NMG

TO: (Name and address of Defendant)

PAUL DIODATI, director
Division of Marine Fisheries
251 Causeway Street, Suite 400
Boston MA 02114

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ~~ATTORNEY~~ (name and address)

Richard Max Strahan
Unit #5
928 Dorchester Avenue
Boston MA 02125

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

William R[illegible]
CLERK

January 25, 2005
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 2/22/2005 |
|---|---|
| NAME OF SERVER *(PRINT)* John D. Wickham | TITLE DUSM |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: 251 Causeway St Boston MA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____________

☐ Returned unexecuted: ____________

☐ Other (specify): ____________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/22/05
Date

[signature]
*Signature of Server*

USMS
1 Courthouse Way Suite 1-500 Boston, MA 02210
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF: Richard Max Strahan | COURT CASE NUMBER: 05-10140-NMG |
| DEFENDANT: David Peters | TYPE OF PROCESS |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Mass. Department of Fish And Game

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 251 Causeway Street, Suite 400, Boston MA 02114

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Richard Max Strahan
Unit #5
928 Dorchester Ave.
Boston MA 02125

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Fold Fold

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | | 6172333854 | 17Feb05. |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 38 | No. 38 | Nancy [signature] | 2/18/05 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*: Sherrie Alaboh, Admin Asst

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*

| Date of Service | Time | |
|---|---|---|
| 2/22/05 | 10:00 | (am) pm |

Signature of U.S. Marshal or Deputy: [signature] #5155

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | | | | | | |

REMARKS:
1 Dism / 1 hr

PRIOR EDITIONS MAY BE USED

1. CLERK OF THE COURT

FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

RICHARD MAX STRAHAN,
Plaintiff,

V.

ELLEN ROY-HERZFELDER,
DAVID M. PETERS, and
PAUL DIODATI,
Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-10140-NMG

TO: (Name and address of Defendant)

DAVID M. PETERS, Commissioner
Department of Fish and Game
251 Causeway Street, Suite 400
Boston MA 02114

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ~~ATTORNEY~~ (name and address)

Richard Max Strahan
Unit # 5
928 Dorchester Avenue
Boston MA 02125

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

William Ruane, Clerk
CLERK

January 25, 2005
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

| Service of the Summons and complaint was made by me[1] | DATE 2/22/2005 |
|---|---|
| NAME OF SERVER (PRINT) John D. Wickham | TITLE DUSM |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: 251 Causeway St Boston, MA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: __________

☐ Returned unexecuted: __________

☐ Other (specify): __________

**STATEMENT OF SERVICE FEES**

| TRAVEL 10 miles | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/22/05
Date

[signature]
*Signature of Server*

USMS
1 Courthouse Way # 1-500 Boston, MA 02210
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.