UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MAX STRAHAN, )<br>)<br>Plaintiff )<br>)<br>)   Civil Action<br>v. )   No. 05-10140-NMG<br>)<br>ELLEN ROY-HERZFELDER, in her )<br>official capacity as Secretary of the )<br>Massachusetts Executive Office )<br>of Environmental Affairs, )<br>)<br>DAVID M. PETERS, in his official )<br>capacity as Commissioner of the )<br>Massachusetts Department of )<br>Fish and Game, )<br>)<br>and )<br>)<br>PAUL DIODATI, in his official capacity )<br>as Director of the Massachusetts )<br>Division of Marine Fisheries, )<br>)<br>Defendants )<br>) | |

## DEFENDANTS' MOTION TO ENLARGE
## TIME WITHIN WHICH TO FILE RESPONSIVE PLEADING

Ellen Roy-Herzfelder, Secretary of the Massachusetts Executive Office of Environmental Affairs, David M. Peters, Commissioner of the Massachusetts Department of Fish and Game, and Paul Diodati, Director of the Massachusetts Division of Marine Fisheries (together, the "State Defendants"), hereby move to enlarge the time within which they must file their responsive pleading in this action through and including May 13, 2005.

As grounds for this motion, the State Defendants state as follows:

1. In this action, the plaintiff, Richard Max Strahan ("Strahan"), alleges that the State Defendants have violated the federal Endangered Species Act (the "Act"), through various actions and omissions, in that they have allegedly permitted Massachusetts fishermen to use fishing gear that has allegedly resulted in the entanglements of certain large whales.

2. Strahan has previously filed, and this Court has adjudicated, a civil action raising these same or rimilar claims against these same State Defendants (and/or their predecessors). That action, captioned as <u>Strahan, et al. v. Durand, et al.</u>, Civil Action No. 95-10927-DPW, resulted in a stipulation of dismissal with prejudice dated January 10, 2002. An appeal from the judgment of dismissal, docketed as Nos. 01-1588 and 01-2012, was dismissed by the United States Court of Appeals for the First Circuit on March 5, 2002.

3. The State Defendants are currently in the process of reviewing the pleadings in this earlier action, in order to determine whether a motion to dismiss the current action on the grounds of res judicata, issue preclusion, or any other threshold legal issue may be warranted. Because this process will require the retrieval of archived records, the State Defendants will require additional time in order to make this determination.

WHEREFORE, the State Defendants respectfully request that this Court enter an Order:

1. Enlarging the State Defendants' time to file an answer or other responsive pleading in this case through and including May 13, 2005;

2. Staying the effective date of all discovery in this matter until such responsive pleading has been filed; and

3. Granting such other and further relief as the Court may deem appropriate.

Respectfully submitted,

ELLEN ROY-HERZFELDER, in her official capacity as Massachusetts Secretary of Environmental Affairs;

DAVID M. PETERS, in his official capacity as Massachusetts Commissioner of the Department of Fish and Game;

and

PAUL DIODATI, in his official capacity as Director of the Massachusetts Division of Marine Fisheries

By their attorney,

THOMAS F. REILLY
ATTORNEY GENERAL

_____
Daniel J. Hammond
Assistant Attorney General
Government Bureau
One Ashburton Place, Room 2019
Boston, Massachusetts 02108
(617) 727-2200, ext. 2078

Dated: April 15, 2005

### Certification Pursuant to Local Rule 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2) of the United States District Court for the District of Massachusetts, I, Daniel J. Hammond, conferred with the plaintiff, Richard Max Strahan, prior to filing this motion. Mr. Strahan indicated that he reserved all of his rights with respect to this motion, including his right to file an opposition thereto.

Daniel J. Hammond
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, Daniel J. Hammond, hereby certify that I caused a true and accurate copy of the within motion to be served by first-class mail, postage pre-paid, upon the party listed below on April 15, 2005.

	Daniel J. Hammond
	Assistant Attorney General

Richard Max Strahan, pro se
236 West Portal Avenue, Suite # 195
San Francisco, California 94127