UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MAX STRAHAN )<br>)<br>*Plaintiff* )<br>)<br>v. )<br>)<br>ELLEN ROY-HERZFELDER, *et al.* )<br>)<br>*Defendants* ) | Civil Action No.<br><br>05 – 10140 - NMG<br><br>4 May 2005 |

**PLAINTIFF'S MOTION FOR AN THE COURT TO HOLD A SCHEDULING CONFERENCE PURUANT TO RULE 16 AND TO SET AN EXPEDITED SCHEDULE TO TRIAL**

The Plaintiff -- Richard Max Strahan – moves the Court to immediately set a date for it to hold a scheduling conerence and afterwhich set an expedited schedule for the parties completing discovery and filing summary judgment purusnat to Rule 56. The Defendants' attorneys have refused to discuss any issue associated with the Plaintiff's ongoing effort to conduct discovery and refuse to participate in the required Rule 26(f) conference to commence discovery. For refusing to do such these attorneys should be punished by the Court for deliberately obstructing Strahan's right to conduct discovery on the Defendants.

In support of this motion Strahan asserts that he is suffering ongoing irreparable harm and faces imminent and forseeable irreparable injury from the Defendants' ship operations that are in violation of the Section 9 take prohibitions of the Endangered Species Act. The Defendants commercial fishing operations are routinely killing and injuring memebers of listed species of endangered whales. Strahan is asserting that the Defendants have recently injured two Northern Right Whales. One in March and the other in April of this year. Both these Northern Right Whales were entangled in fishing gear in Cape Cod Bay. Since 1996, the National Marine

Fisheries Service has consistantly ruled that a killing or serious injuring of a single Northern Right Whale jeopardizes the continued survival of of its species. Since Massachusetts fishing gear has injured two Northern Right Whales in the last few months, the Court must act immediately to adjudicate the Plaintiff's claims against the Defendants so that he can successfully seek to obtain his requested permanent injunctive releif.

For the above reasons, Strahan asks the Court to grant him his requested releif.

BY:

Richard Max Strahan, Plaintiff
Unit #5
928 Dorchester Avenue
Boston MA 02125
617.233.3854

*Pro Se and Proud!*

---

PLAINTIFF'S REQUEST FOR ORAL ARGUMENT PURSUANT TO RULE 7.1(D)

---

The Plaintiff requests that the Court hold an oral argument on the above motion as it will serve the interest of Justice for the Court to do so. .

Richard Max Strahan, Plaintiff

---

NOTICE OF CERTIFICATION PURSUANT TO RULE 5.2(B)(2)

---

I certify that I have served this Notice on the Defendants IN HAND on 4 May 2005.

Richard Max Strahan, Plaintiff