UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RICHARD MAX STRAHAN,

                Plaintiff,

        v.                                          Civil Action No. 05-10140-NMG

SECRETARY ELLEN ROY-HERZFELDER;
COMMISSIONER DAVID PETERS; and
DIRECTOR PAUL DIODATI,

                Defendants.

## AFFIDAVIT OF PETER BORRELLI

I, PETER BORRELLI, under oath do depose and say as follows:

1.      I am the Executive Director for the Provincetown Center for Coastal Studies (the "Center"). I submit this affidavit in support of the Center's opposition to Plaintiff Richard Max Strahan's Motion to Compel, as well as the Center's Cross-Motion to Quash the Subpoena.

2.      The Center is a not-for-profit organization, which has three main missions, to: (1) conduct scientific research with an emphasis on marine mammals of the western Northern Atlantic Ocean and on the coastal and marine habitats and resources of the Gulf of Maine; (2) promote stewardship of coastal and marine ecosystems; and (3) conduct educational activities and to provide educational resources that encourage the responsible use and conservation of coastal and marine ecosystems.

3.      Specifically, with respect to whales, the Center conducts marine mammal research relating to humpback and right whales and performs whale rescues.

4.      The Center is federally-authorized to perform large whale disentanglement under the authority of Scientific Research and Enhancement Permit Number 932-1489-04/PRT009526,

issued by the National Oceanic and Atmospheric Administration ("NOAA") National Marine Fisheries Service and United States Fish and Wildlife Service, under the authority of the Marine Mammal Protection Act and the Endangered Species Act.

5. In addition, the Center is the only organization on the east coast of the United States federally authorized, by National Marine Fisheries Service, to disentangle large, free swimming whales, such as the Humpback and the critically-endangered North Atlantic Right Whale.

6. Since 1984, the Center for Coastal Studies has freed more than seventy large whales from life threatening entanglements, using techniques developed by the Center staff.

7. I have reviewed the Subpoena, which requests eight (8) categories of documents, dating from 1999 to 2005, including photographs, computer records, correspondence, and other documents relating to whale entanglements and sightings.

8. I estimate that identifying, collecting, and preparing for production the documents requested in the Subpoena would require numerous staff members, and could take as many as 21 to 25 work days. Typically, the documents requested in the Subpoena are not maintained or organized in the manner requested in the Subpoena.

9. For example, I estimate that it would take between fourteen (14) and eighteen (18) work days to identify, collect, and prepare the documents relating to entangled whales requested in requests 1 through 5 of the Subpoena, if the Center were to produce them in hard copy. In any event, as described more fully below, the Center produced this information by way of an on-line database. Moreover, much of this information is obtainable from other sources, such as the NOAA.

10.     On or about May 18, 2005, the Center produced to Mr. Strahan the Atlantic Large Whale Disentanglement Network on-line database (the "On-line Database"), which included whale archives from 1999 to May 4, 2005.

11.     The On-Line Database represents the Center's entire entanglement database. This On-Line Database is the official database of record, and the one that virtually every professional in the marine mammal field relies on for information regarding entanglements in the western North Atlantic. This On-Line Database is a limited access website, available to members of the Network only.

12.     A true and correct copy of the On-Line Database home page is attached hereto as Exhibit A.

13.     This On-Line Database contains approximately 3000 separate files of information relating to entangled whales.

14.     The Whales Archive for each year contains information on every reported sighting of an entangled whale that occurred in a particular year.

    a.     The Whales Archive for 1999 contains information relating to seventeen (17) such whale sightings. A true and correct copy of this listing is attached hereto as Exhibit B.

    b.     The Whales Archive for 2000 contains information relating to twenty-six (26) such whale sightings. A true and correct copy of this listing is attached hereto as Exhibit C.

    c.     The Whales Archive for 2001 contains information relating to ten (10) such whale sightings. A true and correct copy of this listing is attached hereto as Exhibit D.

    d.     The Whales Archive for 2002 contains information relating to twenty (20) such whale sightings. A true and correct copy of this listing is attached hereto as Exhibit E.

e.     The Whales Archive for 2003 contains information relating to twenty-nine (29) such whale sightings. A true and correct copy of this listing is attached hereto as Exhibit F.

f.     The Whales Archive for 2004 contains information relating to seventeen (17) such whale sightings. A true and correct copy of this listing is attached hereto as Exhibit G.

g.     The Whales Archive for 2005 (up to May 4, 2005) contains information relating to one (1) such whale sightings. A true and correct copy of this listing is attached hereto as Exhibit H.

15.     Attached hereto as Exhibit I is a true and correct copy of the detail on Humpback Whale 3 SW Stellwagen Bank, accessed from the 2001 Whale Archive. The On-Line Database contains detail about the geographic location of the entangled whale (including a map and coordinates), a description about the condition of the whale, a description of the fishing gear in which the whale was entangled, eleven (11) photographs of the entangled whale, and information about the disentanglement of the whale. This information is typical of that provided for each entanglement listed on the On-Line Database.

16.     Much of the information requested in the Subpoena is obtained from governmental agencies, such as NOAA. For example, the Center provides Disentanglement Permit Report to NOAA National Marine Fisheries Service on an annual basis. This report details the Center and Network member's whale disentanglement activities on an annual basis, including the number of reported entanglements, species, outcome of disentanglement attempts, and assessments of documented cases. Moreover, NOAA issues Large Whale Entanglement Reports on an annual basis, which details the location, species information, nature of the animal or carcass, observers, and the nature of the entanglement for those on the entire Eastern Seaboard and relating to all cetacean species. In addition, NOAA publishes Fishery Interaction Gear

Analyses on an annual basis. These analyses include location, baleen cetacean species information, nature of entanglement, nature of animal or carcass, observers, and an analysis of the entangling material for the entire Eastern Seaboard.

17.    This On-Line Database contains every photograph that the Center has in its possession showing whales entangled in Massachusetts waters between 1999 and May 4, 2005. Included amongst these photographs are images of the fishing gear in which the whales are entangled. I estimate that the On-Line Database contains approximately 2000 photographs of whale entanglements, which are responsive to Mr. Strahan's Subpoena.

18.    One several occasions, Mr. Strahan has requested photographs in the megabyte size, as opposed to the size provided on the On-Line Database. To produce each photograph contained on the On-Line Database as requested by Mr. Strahan would require extensive work by the Center, as set forth below.

19.    The typical photograph that the Center takes is between 2,000 - 3,000 KB or 1.95 - 2.93 MB. Those images are 3048 x 2072 pixels wide on a monitor. Their print size is 42 inches by 28 inches. These are "original" photographs of a whale.

20.    For the On-Line Database, the Center changes the dimensions of the file to make them sharer-friendly -- they are usually cropped (to exclude water, for example) and sized at no larger than 800 pixels wide. This reduces the file size to approximately 124 KB. This is done to allow more accessibility in terms of speed for On-Line Database users.

21.    Attached to this Affidavit, as Exhibits J and K, are two images of a right whale known as Piper. The smaller file is taken directly from the Center's database and is the image that every professional in the field references. *See* Exhibit J. This photograph is a cropped version of the "original," eliminating background sky and water. The "original" is attached

hereto as Exhibit K. I provided these images to Mr. Strahan on June 19, 2005, to illustrate the lack of any need for megabyte photographs. A true and correct copy of this email is attached hereto as Exhibit L. In terms of identifying the whale, the entanglement, and the nature of the wounds, there is virtually no difference between the two photographs.

22.     To locate, label, copy, and download every photograph on the On-Line Database would impose tremendous burden on the Center. For example, all photographs taken prior to mid-2001 are on film, and not in digital format. I estimate that it would average the Center approximately fifteen (15) minutes per photograph to produce it in the megabyte size requested by Plaintiff, including locating, identifying, labeling, and downloading the images.

23.     The On-Line Database also contains telemetry information on entangled whales. A true and correct copy of the "Telemetry Tracked Entangled Whales" page is attached hereto as Exhibit M.

24.     The detail for the telemetry tracked whales includes detailed coordinate locations, telemetry maps and details about the whale itself, positioning information, reports from the field, and photographs. A true and correct copy of the detail relating to RW # 3314 from December 6, 2004 is attached hereto as Exhibit N.

25.     The On-Line Database contains virtually all of the information that the Center has in its possession concerning whale entanglements. To produce the information contained on the On-Line Database in a different form would be unduly burdensome upon the Center and duplicative of that already produced by the Center.

26.     The Center's primary focus is the disentanglement of the whales. If any fishing gear is retrieved during an entanglement, the Center labels the gear and contacts NOAA, who dispatches individuals to retrieve the gear.

6

27.     Moreover, I also believe that much of the information requested in Mr. Strahan's

Subpoena is in the possession of various governmental agencies, upon which Mr. Strahan has

served similar subpoenas.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY, THIS 22ND DAY OF JUNE, 2005.

Peter Borrelli

8

## CERTIFICATE OF SERVICE

I, Amy R. George, Esq., do hereby certify that the above Affidavit of Peter Borrelli was served, by hand delivery, upon Richard Max Strahan, 928 Dorchester Avenue, Unit 5, Boston, MA  02125, on this 23th day of June, 2005.

_Amy R. George_

Amy R. George

## Atlantic Large Whale Disentanglement Network

Click on the logo on the top or bottom of any page to visit the CCS public website www.coastalstudies.org

Home
**Recent Postings**
**Highlights**
**The Whales**
**The Tool Box**
**Stories of Interest**
**Telemetry**
**Documentation**
**Network Notes**
**Letters**
**Weather**

The Center for Coastal Studies and NOAA review entanglements monthly. For the table of current cases

### Last Updated May 4, 2005

Home | Recent Postings | Highlights | The Whales | The Tool Box | Telemetry
Documentation | Network Notes | Letters | Weather

# Disentanglement Network Update

**Important message - The Network maintains an email list for sending out immediate notification of entanglements and significant additions to the website.**

**If you believe your are not on our list, but wish to be, please click here now - put "Update" in the subject line, include your name and any message, and send.**

### NOTICE - click here for site restrictions

**Links to all**
**1999, 2000, 2001, 2002, 2003, 2004, 2005**
**entanglement updates at**

# "The Whales"

**click here**
**updated May 4, 2005**

## Recent reports
### Most recent site update click here

| | |
|---|---|
| **Right Whale #2320 "Piper"** Bay of Fundy August 4, 2002 Update: March 22, 2005 Resighted -Cape Cod Bay upgraded to minor entanglement Click here for report | **Right Whales #2301 - #3120** 3120 confirmed gear free - Sept. 15, 2004 **Update: April 12, 2005** Identification correction, two distinct entanglements #2301 found dead in Virginia, March 3, 2005 #3120 confirmed gear free on Sept. 15, 2004 |
| **Right Whale #1424** Northern Florida February 12, 2002 Update: May 4, 2005 Resighted - still entangled - new images Great South Channel Click here for report | **Right Whale #3210** Bay of Fundy August 30, 2002 Update: Feb. 22, 2005 Resighted - still entangled - Florida images posted from Feb. 19 sighting Click here for report |
| **Humpback Whale** Silver Bank, Dominican Republic February 13, 2005 Update: February 14, 2005 Click here for report | **Right Whale** Cumberland Is., Georgia Identified as Kingfisher - RW#3346 January 11, 2005 Update: Jan. 27, 2005 - new image Click here for report |

# Notice: Please read!

Marine Fisheries Service and the Canadian Department of Fisheries and Oceans. These include Disentanglement Network first responders, NMFS, DFO, State and other appropriate government personnel, as well as the US and Canadian Coast Guard. Please do not forward the URL for this site to others nor create links to this site from any other site. Unauthorized use will lead to its discontinuance (to the detriment of whales and fishermen.)

This electronic newsletter was created to circulate current information about Network activities and technology and promote the safe and successful rescue of entangled whales. Often, dozens of people and agencies will be involved in a single rescue and this page can be a useful tool for providing information and coordinating assistance to those who need it. Feel free to contact us for further information.

During an on-going event, this site may be updated frequently with the most recent news from the field. The editor makes all effort to provide the best information available. Nevertheless, information presented here about ongoing cases is often based on difficult and incomplete preliminary field assessments. These pages are subject to revision as further investigation and documentation becomes available. FINAL DETERMINATION of gear type and whale injury is made by NMFS in their annual reports and stock assessments.

For background information about the general strategies, protocols and techniques of large whale disentanglement employed by the Network please go to Whale rescue - CCS public website.

The views expressed and general content presented on this web site are those of the authors and do not necessarily represent the views or official position of the Department of Commerce, the National Oceanic and Atmospheric Administration (NOAA), or NOAA Fisheries.

The text and images on this site are copyrighted by the Center for Coastal Studies and may not be reproduced without permission.
Links from this site to non-Network sites represent no implicit or explicit endorsement by the Center for Coastal Studies, NOAA or the Atlantic Large Whale Disentanglement Network of any commercial or private issues or products presented there.

## New on the site

- 2005 Training and Outreach Schedule
- 2004 Disentanglement Network Newsletter - March, 2005
- By-Catches Of Marine Mammals In U.S. Fisheries and a First Attempt to Estimate the Magnitude of Global Marine Mammal By-Catch: Read, Drinker, Northridge 2003 - offsite link MSWord (WWF)
- Buoys sport new message - new Sept. 15, 2003
- Bowman, et. al. 2003Lessons from a Satellite Tagged Right Whale - presented to the Argos Animal Tracking Symposium, Annapolis, Maryland, March 25, 2003

Return to top

## Highlights

- Disentanglement basics - Whale rescue - CCS public website
- Whale Rescue's most frequently asked questions  - Whale rescue - CCS public website
- Report on large whale sedation
- Definitions of Network Roles
- Entanglement Report Form  - printable
- Maine Fisherman Network Map
- Review of 1999
- Mortality and serious injury of northern right whales (Eubalaena glacialis) in the western North Atlantic Ocean Knowlton/Kraus - New July 2, 2001
- Bowman, et. al. 2000 on the development of the Network - presented at the 13th Biennial of the Society for Marine Mammalogy on Maui
- Humpback Entanglement Scar Monitoring Robbins/Mattila -New Jan. 29, 2001
- Guidelines for submitting information to this site

**Return to top**

Please send sighting updates and images (photos and/or video grabs) and questions and suggestions to:

Bob Bowman
PCCS-Maine
P.O. Box 398
12 Hibbard Hill Road
Mount Desert, ME  04660
bbowman@acadia.net

**The Atlantic Large Whale Disentanglement Network operates under federal authority and receives major support from of NOAA Fisheries. The views expressed and general content presented on this web site are those of the authors and do not necessarily represent the views or official position of the Department of Commerce, the National Oceanic and Atmospheric Administration (NOAA), or NOAA Fisheries.**



National
Oceanic and
Atmospheric
Administration

**NMFS Phonebook Homepage**

The text and images on this site are copyrighted by the Provincetown Center for Coastal Studies and may not be reproduced without permission from PCCS. If you are viewing this page and are not designated personnel of the Agencies listed, please contact the Network for permission.



59 Commercial St., Provincetown, MA 02657
http://www.coastalstudies.org
Home | Membership |Email Us | About Us



## Atlantic Large Whale Disentanglement Network

**Home**
**Recent Postings**
**Highlights**
**The Whales**
**The Tool Box**
**Telemetry**
**Documentation**
**Network Notes**
**Letters**
**Weather**

**Last Updated March 28, 2005**

Home | Recent Postings | Highlights | The Whales | The Tool Box | Telemetry
Documentation | Network Notes | Letters | Weather

# The Whales - 1999

### The Whales Archive
### 2000 / 2001 / 2002 / 2003 / 2004

**The Center for Coastal Studies and NOAA review entanglements monthly. For the table of current cases**

**The following whales were first reported entangled in 1999.**
Click on the whale name/number to go to the individual page for each whale including initial
assessment reports, photos, full narrative disentanglement reports and current decisions about
appropriate actions to take if whale is seen again.
**Definitions of terms**

| Whale#/name | First seen: | Last seen: | Status: | Action: |
|---|---|---|---|---|
| **HW "Compass"** | Oct. 28, 1999 Stellwagen Bank | **Confirmed gear-free, May, 2000** | Gear Shed | None |
| **HW "flipper buoy"** | Sept. 5, 1999 Stellwagen Bank | Sept. 5, 1999 Stellwagen Bank | Minor entanglement | Monitor |
| **FW3 in BoF** | Sept. 2, 1999 | Sept.2, 1999 | Lost/unidentifiable | None |
| **FW2 in BoF** | Aug. 30,1999 | Aug. 30, 1999 | Lost/unidentifiable | None |
| **FW1 in BoF** | Aug. 27, 1999 | Aug. 27, 1999 | Lost/unidentifiable | None |
| **HW at Mt. Desert Rock** | Aug. 23, 1999 MDR, Maine | Aug. 23, 1999 MDR, Maine | Disentangled | None |
| **HW in BoF** | Aug. 3, 1999 Bay of Fundy | Aug. 3, 1999 Bay of Fundy | Entangled | Intervene |
| **HW "Platts"** | July 29, 1999 Platt's Bank | July 29, 1999 Platt's Bank | Disentangled | None |
| **RW #2710** Update Sept. 12, 2000 | July 21, 1999 Bay of Fundy | **August 9, 2000 Bay of Fundy** | Disentangled | None |
| **HW "Crevasse"** | July 5, 1999 Schoodic Ridge, Maine | Aug. 23, 1999 Bay of Fundy | Gear shed | None |

| | May 4, 1999 | May 4, 1999 | | |
|---|---|---|---|---|
| **Minke** | Great Duck Is, Maine | Great Duck Is, Maine | Lost/unidentifiable | None |
| **RW "BoF tri-buoy"** | June 18, 1999 Bay of Fundy | June 18, 1999 Bay of Fundy | Lost/unidentifiable | None |
| **RW #2753** Update: Jan 10, 2001 | June 5, 1999 Bay of Fundy | **Aug. 22, 2000 Bay of Fundy** | Disentangled | None |
| **RW #1158** Update: Jan 12, 2001 | May 19, 1999 Great South Channel | **March 21, 2005 South Carolina** | Disentangled | None |
| **RW "tug & tow"** | May 12,1999 | May 12, 1999 | Lost/unidentifiable | None |
| **RW #2030** | May 10, 1999 Cultivator Shoals | Telemetry tracked till Sept. 24, 1999, 50 miles E.of Banegat, NJ | Dead | None |
| **HW Cape Lookout, NC** | March 24, 1999 Cape Lookout | March 24, 1999 Cape Lookout | Disentangled | None |

Home

return to the top

### Definitions of terms used in The Whales tables

**Status terms** (based on last known description and information gained from any retrieved gear)
    **Entangled** - assessed as life-threatening entanglement
    **Minor entanglement** - assessed as non-life-threatening entanglement
    **Disentangled** - whale is gear free as result of disentanglement efforts
    **Gear shed** - whale is gear free without intervention
    **Lost/Unidentifiable** - entanglement reported but lost; inadequate documentation

**Action terms** are defined as follows:
    **Intervene** - most recent assessment indicates that action is necessary to prevent mortality
    **Monitor** - current assessment does not indicate intervention, pending reassessment
    **None** - whale status is Disentangled, Gear shed, or Lost/Unidentifiable

**This Newsletter is funded in part by a contract from the National Oceanic and Atmospheric Administration. The views expressed herein are those of the authors and do not necessarily reflect the views of NOAA or any of its sub-agencies.**

The US Whale Disentanglement Network receives its authority and major support from:



**National Oceanic and Atmospheric Administration**

be reproduced without permission from CCS. If you are viewing this page and are not designated personnel of the Agencies listed, please contact the Network for permission.



59 Commercial St., Provincetown, MA 02657
http://www.coastalstudies.org
Home | Membership |Email Us | About Us



## Atlantic Large Whale Disentanglement Network

Home
Recent Postings
Highlights
The Whales
The Tool Box
Telemetry
Documentation
Network Notes
Letters
Weather

**The Center for Coastal Studies and NOAA review entanglements monthly. For the table of current cases** [CLICK]

### Last Updated June 13, 2001

Home | Recent Postings | Highlights | The Whales | The Tool Box | Telemetry
Documentation | Network Notes | Letters | Weather

# The Whales - 2000

## The Whales Archive
## 1999 / 2001 / 2002 / 2003 / 2004

**The following whales were first reported entangled in 2000.**
Click on the whale name/number to go to the individual page for each whale including initial assessment reports, photos, full narrative disentanglement reports and current decisions about appropriate actions to take if whale is seen again.

Definitions of terms

| Whale#/name | First seen: | Last seen: | Status: | Action: |
|---|---|---|---|---|
| **Humpback, Cape Hatteras** updated Dec. 6 | Nov. 21, 2000 1 mi. off Frisco Pier | Nov. 21, 2000 4.5 mile east of original position | Lost/unidentifiable | None |
| **Probable Humpback, Cape Fear** | Nov. 16, 2000 Near shore, off Fort Fisher | Nov. 16, 2000 Near shore, off Fort Fisher | Lost/unidentifiable | None |
| **Humpback - "Tribble"** | Oct. 20, 2000 Stellwagen Bank | Oct. 20, 2000 Stellwagen Bank | Entangled | Intervene |
| **Humpback - Ocean City, Maryland** | Oct. 14, 2000 | Oct. 14, 2000 | Lost/unidentifiable | None |
| **Humpback Calf of "Giraffe"** | Sept. 7, 2000 | Sept. 7, 2000 | Minor entanglment | Monitor |
| **Minke - Baker Is. Maine** | August 26, 2000 | August 26, 2000 | Disentangled | None |
| **Humpback - Stellwagen Bank** | August 25, 2000 | August 25, 2000 | Disentangled | None |
| **Minke - Jeffreys Ledge** | August 25, 2000 | August 25, 2000 | Lost/unidentifiable | None |
| **Humpback SW Stellwagen Bank** | August 19, 2000 Stellwagen Bank | August 19, 2000 Stellwagen Bank | Lost/unidentifiable | None |
| **Right Whale - Bay of Fundy** | August 18, 2000 | **June 8, 2001 Great South Channel** | Disentangled 124 feet of line removed on 3/29/01 88+ feet of line | None |

| | | | | |
|---|---|---|---|---|
| updated June 13, 2001 | Bay of Fundy | Clear free | recovered with drifting buoy 5/8/01 | |
| **Minke off Port Clyde, Maine** | August 11, 2000 | August 11, 2000 | Lost/unidentifiable | None |
| **Humpback - Nova Scotia** updated Sept. 6 | August 4, 2000 | August 31, 2000 | Entangled | Intervene |
| **Minke - Frenchman's Bay, Maine** | August 4, 2000 | August 4, 2000 | Lost/unidentifiable | None |
| **RW Bay of Fundy - #2746** updated Sept 7 | July 9, 2000 Bay of Fundy | July 18, 2000 Bay of Fundy | Disentangled | None |
| **HW Northern Stellwagen** updated July 1 | July 1, 2000 | July 1, 2000 | Lost/unidentifiable | None |
| **HW "calf" 62 miles E. of Nantucket** updated June 4 | June 4, 2000 | June 4, 2000 | Lost/unidentifiable | None |
| **RW Rodgers Basin - #1720** updated June 23 photos added | May 31, 2000 Rodger's Basin | **May 12, 2001** **Great South Channel** | Gear shed | None |
| **HW Stellwagen Bank - calf of Onyx** updated July 4 | May 12, 2000 | June 21, 2000 | Gear shed | None |
| **RW #1167 Wilkinson Basin** updated Oct. 18 | March 27, 2000 | Aug. 22, 2000 Bay of Fundy | Gear shed | None |
| **HW "Mauro"** updated Oct. 6 | May 1, 2000 | Oct. 4, 2000 | Gear shed | None |
| **HW East of Chatham, MA** updated May 8 | April 25, 2000 15 miles E of Chatham, MA | April 25, 2000 15 miles E of Chatham, MA | Lost/unidentifiable | None |
| **HW Cape Cod Bay "Fourteen"** updated May 7, 2001 | April 11, 2000 Cape Cod Bay | **May , 2001** **Stellwagen Bank** | Gear shed | None |
| **RW Cape Cod Bay** updated Oct. 18 | April 7, 2000 Cape Cod Bay | April 7, 2000 Cape Cod Bay | Presumed not entangled | Monitor |
| **RW #1301** updated Jan. 12, 2001 | March 23, 2000 Cape Cod Bay | Dec. 31, 2000 Florida | Presumed not entangled | Monitor |
| **RW #1130 "Zebra"** updated July 11 | March 1, 2000 Cape Cod | March 1, 2000 | Entangled | Intervene |

| **HW1 in Virginia** updated Jan. 14 | Jan.8, 2000 Virginia | Jan.8, 2000 Virginia | Lost/unidentifiable | None |

Home

return to the top

### Definitions of terms used in The Whales tables

**Status terms** (based on last known description and information gained from any retrieved gear)

**Entangled** - assessed as life-threatening entanglement

**Minor entanglement** - assessed as non-life-threatening entanglement

**Disentangled** - whale is gear free as result of disentanglement efforts

**Gear shed** - whale is gear free without intervention

**Lost/Unidentifiable** - entanglement reported but lost; inadequate documentation

**Action terms** are defined as follows:

**Intervene** - most recent assessment indicates that action is necessary to prevent mortality

**Monitor** - current assessment does not indicate intervention, pending reassessment

**None** - whale status is Disentangled, Gear shed, or Lost/Unidentifiable

**This Newsletter is funded in part by a contract from the National Oceanic and Atmospheric Administration. The views expressed herein are those of the authors and do not necessarily reflect the views of NOAA or any of its sub-agencies.**

The US Whale Disentanglement Network receives its authority and major support from:



**National Oceanic and Atmospheric Administration**

The text and images on this site are copyrighted by the Center for Coastal Studies and may not be reproduced without permission from CCS. If you are viewing this page and are not designated personnel of the Agencies listed, please contact the Network for permission.



59 Commercial St., Provincetown, MA 02657
http://www.coastalstudies.org
Home | Membership |Email Us | About Us



**Atlantic Large Whale Disentanglement Network**

Home
Recent Postings
Highlights
The Whales
The Tool Box
Telemetry
Documentation
Network Notes
Letters
Weather

## Last Updated July 2, 2004

Home | Recent Postings | Highlights | The Whales | The Tool Box | Telemetry
Documentation | Network Notes | Letters | Weather

# The Whales -2001

### The Whales Archive
### 1999 / 2000/ 2002 / 2003 / 2004

The Center for Coastal Studies and NOAA review entanglements monthly. For the table of current cases

**The following whales were first reported entangled in 2001.**

Click on the whale name/number to go to the individual page for each whale including initial assessment reports, photos, full narrative disentanglement reports and current decisions about appropriate actions to take if whale is seen again.

Definitions of terms

| Whale#/name | First seen: | Last seen: | Status: | Action: |
|---|---|---|---|---|
| **Humpback Whale 3 SW Stellwagen Bank** | Sept. 17, 2001 SW Stellwagen Bank | Sept. 23, 2001 SW Stellwagen Bank | Disentangled | None |
| **Right Whale Bay of Fundy RW #3040** | Bay of Fundy Sept. 13, 2001 | **July 12, 2002 Great South Channel** | Minor entanglement | Monitor |
| **Humpback Whale - "Reflection"** | Stellwagen Bank August 20, 2001 | **Stellwagen Bank 2003** | Gear shed | None |
| **Humpback Whale 2 SW Stellwagen Bank** | SW Stellwagen Bank August 15, 2001 | SW Stellwagen Bank August 15, 2001 | Disentangled | None |
| **Humpback Whale SW Stellwagen Bank** | SW Stellwagen Bank July 25, 2001 | Stellwagen Bank Oct. 4, 2001 | Gear shed | None |
| **Right Whale #2427 Jeffreys Ledge** updated 11/21/02 | Jeffreys Ledge July 20, 2001 | **Bay of Fundy August 2, 2002** | Disentangled | None |
| **Finback Whale** | Scantum Basin June 29, 2001 | Scantum Basin June 29, 2001 | Minor entanglement | Monitor |
| **Minke Whale** | June 13, 2001 | June 13, 2001 Cape Cod | Minor entanglement | Monitor, document |

| | | | | |
|---|---|---|---|---|
| **Right Whale #1102** | June 8, 2001 Great South Channel | Sept. 16, 2001 Continental Slope south of Georges Bank from telemetry | Entangled likely dead | Intervene Whale tagged on June 9 Satellite transmission ended on Sept. 16. |
| **Humpback Whale Hatteras, NC** | Feb. 12, 2001 Cape Hatteras | Feb. 12, 2001 Cape Hatteras | Gear shed | None |

**Home**

**Return to top**

### Definitions of terms used in The Whales tables

**Status terms** (based on last known description and information gained from any retrieved gear)

    **Entangled** - assessed as life-threatening entanglement

    **Minor entanglement** - assessed as non-life-threatening entanglement

    **Disentangled** - whale is gear free as result of disentanglement efforts

    **Gear shed** - whale is gear free without intervention

    **Lost/Unidentifiable** - entanglement reported but lost; inadequate documentation

**Action terms** are defined as follows:

    **Intervene** - most recent assessment indicates that action is necessary to prevent mortality

    **Monitor** - current assessment does not indicate intervention, pending reassessment

    **None** - whale status is Disentangled, Gear shed, or Lost/Unidentifiable

**The Atlantic Large Whale Disentanglement Network operates under federal authority of the National Marine Fisheries Service and receives major support from the National Fish and Wildlife Foundation and the Northeast Consortium.**

**The views expressed herein are those of the authors and do not necessarily reflect the views of NOAA, NFWF, NEC or any of their sub-agencies.**

 National Oceanic and Atmospheric Administration





The text and images on this site are copyrighted by the Center for Coastal Studies and may not be reproduced without permission from CCS. If you are viewing this page and are not designated personnel of the Agencies listed, please contact the Network for permission.



![Center for Coastal Studies logo] **Atlantic Large Whale Disentanglement Network**

**Home**
**Recent Postings**
**Highlights**
**The Whales**
**The Tool Box**
**Telemetry**
**Documentation**
**Network Notes**
**Letters**
**Weather**

### Last Updated May 4, 2005

Home | Recent Postings | Highlights | The Whales | The Tool Box | Telemetry
Documentation | Network Notes | Letters | Weather

# The Whales -2002

### The Whales Archive
### 1999 / 2000/ 2001 / 2003 / 2004 / 2005

**The following whales were first reported entangled in 2002.**
Click on the whale name/number to go to the individual page for each whale including initial
assessment reports, photos, full narrative disentanglement reports and current decisions about
appropriate actions to take if whale is seen again.
**Definitions of terms**

**The Center for Coastal Studies and NOAA review entanglements monthly. For the table of current cases** ▬

| Whale#/name | First seen: | Last seen: | Status: | Action: |
|---|---|---|---|---|
| **Humpback Whale Indian River, Delaware** | November 20, 2002 off Indian River Inlet | November 20, 2002 off Indian River Inlet | Disentangled | None |
| **Humpback Whale Gloucester, MA** | Sept. 28, 2002 Mass. Bay | November 4, 2002 Cape Cod Bay | Gear shed | Document |
| **Humpback Whale Rhode Island Sound** | Sept. 9, 2002 Rhode Island Sound | Sept. 10, 2002 Rhode Island Sound | Disentangled | None |
| **Humpback Whale in weir, Grand Manan Is.** | Sept. 5, 2002 Grand Manan, NB | Sept. 8, 2002 Grand Manan, NB | Released from weir | None |
| **Right Whale BOF Unk. #2 #3210** | Aug. 30, 2002 Bay of Fundy | **Feb. 19, 2005 Northern Florida** | Entangled | Document, assess, intervene |
| **Right Whale Roseway Basin #1815** | Aug. 22, 2002 Roseway Basin | Aug. 30 2002 Bay of Fundy | Entangled | Intervene - Tag, Document |
| **Right Whale Miramichi #2040** | Aug. 10, 2002 Miramichi Bay | Sept. 17, 2002 Bay of Fundy | Gear shed | Document, monitor |
| **Humpback Whale Schoodic, ME** | Aug. 10, 2002 Inner Schoodic Ridge, Maine | Aug. 10, 2002 Inner Schoodic Ridge, Maine | Lost/ Unidentifiable awaiting documentation | Document, monitor |
| **Humpback Whale "Touchdown"** | Aug. 9, 2002 Grand Manan Banks | **May 5, 2003 Cape Cod** | Gear shed (likely) | Monitor |
| | Aug. 4, 2002 | **April 17,** | | |

| | | | | |
|---|---|---|---|---|
| **Right Whale #2320, "Piper"** | near Long Island, NS | **2005 Cape Cod Bay** | Minor entanglement | Monitor, Document |
| **Right Whale Atlantic City #1427** | July 12, 2002 near Atlantic City | **October 23, 2003 Jeffreys Ledge** | Gear shed | Monitor, Document |
| **Right Whale - Brier Island #3107** | July 6, 2002 near Brier Island, NS | Oct. 1, 2002 near Cultivator Shoal | Disentangled | None Found dead on Nantucket, Oct. 12, 2002 |
| **Humpback - "Mauro"** | June 29, 2002 Race Point, Cape Cod | July 12, 2002 3.5 miles N of Race Point | Entangled | Monitor |
| **Humpback- Sesuit Harbor** | June 17, 2002 Sesuit Harbor, MA | June 17, 2002 Cape Cod Bay | Disentanged | None Whale in poor condition |
| **Humpback - Camp Ellis, ME** | June 3, 2002 Saco Bay,ME | June 3, 2002 Saco Bay,ME | Disentangled | None Found dead June 5, 2002 |
| **Humpback - Narragansett Bay, RI** | May 31, 2002 Narragansett Bay | May 31, 2002 Narragansett Bay | Entangled, needs full assessment | Locate, assess |
| **Right Whale - Cape Fear, NC #3120** | April 7, 2002 Frying Pan Shoals | **Sept. 15, 2004 Roseway Basin** | Gear free | None |
| **Humpback - E. of Cape Cod** | April 2, 2002 50 NM east of Cape Cod | April 5, 2002 50 NM east of Cape Cod | Disentangled | None |
| **Humpback Whale - Block Is., RI** | March 14, 2002 E. of Block Is. | March 15, 2002 E. of Block Is. | Disentangled | None |
| **Right Whale #1424** | February 12, 2002 Near Amelia Is. Florida | **May 4, 2005 Great South Channel** | Minor entanglement | Monitor, document |

Home

return to the top

---

### Definitions of terms used in The Whales tables

**Status terms** (based on last known description and information gained from any retrieved gear)

    **Entangled** - assessed as life-threatening entanglement

    **Minor entanglement** - assessed as non-life-threatening entanglement

    **Disentangled** - whale is gear free as result of disentanglement efforts

    **Gear shed** - whale is gear free without intervention

    **Lost/Unidentifiable** - entanglement reported but lost; inadequate documentation

**Action terms** are defined as follows:

    **Intervene** - most recent assessment indicates that action is necessary to prevent mortality

Monitor - current assessment does not indicate intervention pending reassessment
None - whale status is Disentangled, Gear shed, or Lost/Unidentifiable

**This Newsletter is funded in part by a contract from the National Oceanic and Atmospheric Administration. The views expressed herein are those of the authors and do not necessarily reflect the views of NOAA or any of its sub-agencies.**

The US Whale Disentanglement Network receives its authority and major support from:



**National Oceanic and Atmospheric Administration**

**The text and images on this site are copyrighted by the Center for Coastal Studies and may not be reproduced without permission from CCS. If you are viewing this page and are not designated personnel of the Agencies listed, please contact the Network for permission.**



59 Commercial St., Provincetown, MA 02657
http://www.coastalstudies.org
Home | Membership |Email Us | About Us

 **Atlantic Large Whale Disentanglement Network**

**Home**
**Recent Postings**
**Highlights**
**The Whales**
**The Tool Box**
**Telemetry**
**Documentation**
**Network Notes**
**Letters**
**Weather**

**Last Updated December 8, 2004**

Home | Recent Postings | Highlights | The Whales | The Tool Box | Telemetry
Documentation | Network Notes | Letters | Weather

# The Whales - 2003

### The Whales Archive
### 1999 / 2000/ 2001/ 2002 / 2003 / 2004

**The following whales were first reported entangled in 2003.**
Click on the whale name/number to go to the individual page for each whale including initial
assessment reports, photos, full narrative disentanglement reports and current decisions about
appropriate actions to take if whale is seen again.
**Definitions of terms**



**The Center for Coastal Studies and NOAA review entanglements monthly. For the table of current cases**

| Whale#/name | First seen: | Last seen: | Status: | Action: |
|---|---|---|---|---|
| **Humpback Truro "Eruption"** | Oct. 3, 2003 5 NM N of Cape Cod | Oct. 3, 2003 5 NM N of Cape Cod | Entangled | Document, assess, intervene |
| **Humpback Chatham #5 "Reflection"** | September 14, 2003 5 NM E of Chatham, MA | September 14, 2003 5 NM E of Chatham, MA | Disentangled | None |
| **Humpback The Wolves, NB** | 2 NM SSW of The Wolves September 13, 2003 | 2 NM SSW of The Wolves September 13, 2003 | Disentangled | None |
| **Minke Bailey Is, ME** | September 11, 2003 near Bailey Is., ME | September 11, 2003 near Bailey Is., ME | Disentangled | None |
| **Humpback Swallowtail, Grand Manan** | September 7, 2003 2.5 NM NNE of Grand Manan, NB | September 7, 2003 5 NM NNE of Grand Manan, NB | Disentangled | None |
| **Humpback Brier Island, Nova Scotia** | September 3, 2003 7 NM W of Brier Island, NS | September 3, 2003 7 NM W of Brier Island, NS | Disentangled | None |
| **Humpback SE Stellwagen - #5 Verga** | August 29, 2003 10 NM NNE Race Point, MA | Sept. 24, 2003 Great South Channel | Disentangled (presumed) | Document, assess |
| **Humpback Long Is., NS** | August 27, 2003 near Long Is. | August 27, 2003 near Long Is. | Entangled (reported,not confirmed, gear | Document, assess |

| | NS | NS | free) | |
|---|---|---|---|---|
| **Finback W of Cashes** | August 26, 2003 W. of Cashes Ledge | August 26, 2003 W. of Cashes Ledge | Lost/unidentifiable | Assess |
| **Right Whale SW of Fippennies** | August 25, 2003 51 NM NE of Race Point | August 25, 2003 51 NM NE of Race Point | Lost/unidentifiable | Assess |
| **Humpback Chatham 4** | August 18, 2003 17 NM east of Chatham, MA | August 18, 2003 17 NM east of Chatham, MA | Entangled | Intervene, tag |
| **Humpback SE Stellwagen -4 "Trident"** | August 19, 2003 8.5 NM NNE of Race Pt. | Sept. 1, 2003 SE Stellwagen | Disentangled | None |
| **Humpback SE Stellwagen -3** | August 16, 2003 5 NM NNE Race Pt. | Oct. 1, 2003 Buoy adrift on Northeast Peak | Entangled (presumed) | Assess, intervene |
| **Humpback Chatham 3** | August 14, 2003 7 NM E of Chatham, MA | August 14, 2003 7 NM E of Chatham, MA | Entangled | Assess, intervene |
| **Humpback Chatham 2** | August 8, 2003 10 NM E of Chatham, MA | August 8, 2003 10 NM E of Chatham, MA | Entangled | Assess |
| **Minke whale East Bunker Ledge, ME** | August 6, 2003 East Bunker Ledge, ME | August 6, 2003 East Bunker Ledge, ME | Lost-unidentifiable | None |
| **Humpback Fenwick Island, DE** | July 24, 2003 Fenwick Island, DE | July 24, 2003 Ocean City, MD | Entangled | Intervene - Tag |
| **Humpback whale SE Stellwagen** | July 14, 2003 SE Stellwagen | July 14, 2003 SE Stellwagen | Disentangled | None |
| **Humpback whale Oregon Inlet** | July 12, 2003 1/2 mile from beach | July 12, 2003 1/2 mile from beach | Entangled | Intervene - Tag |
| **Humpback whale SW Stellwagen** | July 11, 2003 9 NM NW of Race Point | July 11, 2003 9 NM NW of Race Point | Gear shed | None |
| **Humpback calf Brier Island** | July 9, 2003 6.7 miles West of Brier Is. NS | July 10, 2003 5.5 miles West of Brier Is. NS | Entangled | Intervene |
| **Right Whale Head Harbor** | July 9, 2003 2 miles east of Head Harbor | July 9, 2003 2 miles east of Head Harbor | Disentangled | Monitor |

| | Campobello | Campobello | | |
|---|---|---|---|---|
| **Humpback whale - Georges Bank** | July 3, 2003 Georges Bank | July 10, 2003 near Chatham, Mass | Disentangled | None |
| **Humpback whale - SE of Platts Bank** | July 2, 2003 52 NM SE of Portland, Maine | July 2, 2003 52 NM SE of Portland, Maine | Entangled | Document, assess |
| **Humpback whale - Chatham** | July 1, 2003 4.5 NM east of Chatham | July 1, 2003 4.5 NM east of Chatham | Disentangled | None |
| **Humpback whale - S. Jeffreys Ledge** | June 23, 2003 Southern Jeffreys | June 24, 2003 Northern Jeffreys | Disentangled | Monitor |
| **Minke whale** | May 31, 2003 Aquinnah, Martha's Vineyard, MA | May 31, 2003 Aquinnah, Martha's Vineyard, MA | Stranded alive, now dead | None |
| **Right whale #1430** | May 20, 2003 45 NM northeast of Race Point | June 7, 2003 Northern edge, Georges Bank | Entangled | Assess, possibly tag |
| **Right Whale #2240 Northern Florida** | January 14, 2003 12.5 NM ESE of Jacksonville Beach | **November 27, 2004 Great South Channel** | Gear shed | Monitor - The whale appears to be in improving condition |

Home

return to the top

## Definitions of terms used in The Whales tables

**Status terms** (based on last known description and information gained from any retrieved gear)

**Entangled** - assessed as life-threatening entanglement

**Minor entanglement** - assessed as non-life-threatening entanglement

**Disentangled** - whale is gear free as result of disentanglement efforts

**Gear shed** - whale is gear free without intervention

**Lost/Unidentifiable** - entanglement reported but lost; inadequate documentation

**Action terms** are defined as follows:

**Intervene** - most recent assessment indicates that action is necessary to prevent mortality

**Monitor** - current assessment does not indicate intervention, pending reassessment

**None** - whale status is Disentangled, Gear shed, or Lost/Unidentifiable

**This Newsletter is funded in part by a contract from the National Oceanic and Atmospheric Administration. The views expressed herein are those of the authors and do not necessarily reflect the views of NOAA or any of its sub-agencies.**

The US Whale Disentanglement Network receives its authority and major support from:



**National Oceanic and Atmospheric Administration**

**The text and images on this site are copyrighted by the Center for Coastal Studies and may not be reproduced without permission from CCS. If you are viewing this page and are not designated personnel of the Agencies listed, please contact the Network for permission.**

59 Commercial St., Provincetown, MA 02657

http://www.coastalstudies.org

Home | Membership |Email Us | About Us

**Atlantic Large Whale Disentanglement Network**

Home
Recent Postings
Highlights
The Whales
The Tool Box
Telemetry
Documentation
Network Notes
Letters
Weather

**Last Updated March 8, 2005**

Home | Recent Postings | Highlights | The Whales | The Tool Box | Telemetry
Documentation | Network Notes | Letters | Weather

# The Whales - 2004

### The Whales Archive
### 1999 / 2000/ 2001/ 2002 / 2003 / 2004 / 2005

**The following whales were first reported entangled in 2004.**
Click on the whale name/number to go to the individual page for each whale including initial assessment reports, photos, full narrative disentanglement reports and current decisions about appropriate actions to take if whale is seen again.

The Center for Coastal Studies and NOAA review entanglements monthly. For the table of current cases ▬

**Definitions of terms**

| Whale#/name | First seen: | Last seen: | Status: | Action: |
|---|---|---|---|---|
| Humpback Rhode Island | December 21, 2004 | December 22, 2004 | Disentangled | None |
| Humpback Whale W of Nova Scotia | December 11, 2004 | December 11, 2004 | Disentangled | None |
| Right Whale Diamond Shoals RW #3314 | December 6, 2004 Diamond Shoals, NC | **January 2, 2005 Georgia** | Disentangled | None |
| Humpback whale Jeffreys Basin | September 30, 2004 Jeffreys Basin | September 30, 2004 Jeffreys Basin | Entangled | Assess, tag, intervene |
| Humpback whale "Andreas" Great South Channel | September 12, 2004 Great South Channel | September 12, 2004 Great South Channel | Minor entanglement (partial disenanglement) | Monitor |
| Finback whale Bay of Fundy | September 11, 2004 Bay of Fundy | September 11, 2004 Bay of Fundy | Disentangled | None |
| Right whale #2301 Browns Bank | September 6, 2004 Browns Bank | Dec. 8, 2004 Nags Head, NC | Dead, entangled | None |
| Humpback whale "Rapier" Wellfleet, Mass. | August 30, 2004 east of Wellfleet, MA | August 30, 2004 east of Wellfleet, MA | Disentangled | None |
| Humpback Whale | August 22 | | | |

| | | | | |
|---|---|---|---|---|
| **Calf of Horizon** no report - whale shed gear during observaton | 2004 Bay of Fundy | August 22, 2004 Bay of Fundy | Gear shed | None |
| **Finback Whale East of Cape Cod** | August 22, 2004 East of Cape Cod | August 22, 2004 East of Cape Cod | Entangled | Assess, document, intervene |
| **Humpback Whale calf of Haze** | August 5, 2004 Bay of Fundy | August 5, 2004 Bay of Fundy | Gear shed | None |
| **Humpback Whale Brier Island** | July 11, 2004 NW of Brier Island, NS | July 11, 2004 NW of Brier Island, NS | Entangled | Assess, intervene |
| **Species Unknown** **Nova Scotia** | July 1, 2004 W of Cape Sable Is. | July 1, 2004 W of Cape Sable Is. | Lost/Unidentifiable | None |
| **Species Unknown** **New Brunswick** | June 11, 2004 Back Bay/White Bay, NB | June 11, 2004 Back Bay/White Bay, NB | Lost/Unidentifiable | None |
| **Minke Whale Cape Ann, MA** | March 23, 2004 S of Gloucester | March 23, 2004 S of Gloucester | Disentangled | None |
| **Right Whale St. Augustine, Florida RW #3346 Kingfisher** | March 17, 2004 2 NM E of Anastasia Island | **January 12, 2005 Northern Florida/GA** | Entangled | Document, Monitor |
| **Finback whale Pea Island, NC** | Feb. 12, 2004 1 NM E. Pea Island, NC | Feb. 12, 2004 1 NM E. Pea Island, NC | Entangled | Document, assess, tag intervene |

Home

return to the top

---

## Definitions of terms used in The Whales tables

**Status terms** (based on last known description and information gained from any retrieved gear)

    **Entangled** - assessed as life-threatening entanglement

    **Minor entanglement** - assessed as non-life-threatening entanglement

    **Disentangled** - whale is gear free as result of disentanglement efforts

    **Gear shed** - whale is gear free without intervention

    **Lost/Unidentifiable** - entanglement reported but lost; inadequate documentation

**Action terms** are defined as follows:

    **Intervene** - most recent assessment indicates that action is necessary to prevent mortality

    **Monitor** - current assessment does not indicate intervention, pending reassessment

**This Newsletter is funded in part by a contract from the National Oceanic and Atmospheric Administration. The views expressed herein are those of the authors and do not necessarily reflect the views of NOAA or any of its sub-agencies.**

The US Whale Disentanglement Network receives its authority and major support from:



**National Oceanic and Atmospheric Administration**

**The text and images on this site are copyrighted by the Center for Coastal Studies and may not be reproduced without permission from CCS. If you are viewing this page and are not designated personnel of the Agencies listed, please contact the Network for permission.**



59 Commercial St., Provincetown, MA 02657

http://www.coastalstudies.org

Home | Membership |Email Us | About Us

**Atlantic Large Whale Disentanglement Network**

Home
Recent Postings
Highlights
The Whales
The Tool Box
Telemetry
Documentation
Network Notes
Letters
Weather

**Last Updated February 14, 2005**

Home | Recent Postings | Highlights | The Whales | The Tool Box | Telemetry
Documentation | Network Notes | Letters | Weather

# The Whales - 2005

The Center for
Coastal Studies
and NOAA review
entanglements
monthly.
For the table of
current cases

### The Whales Archive
### 1999 / 2000/ 2001/ 2002 / 2003 / 2004

**The following whales were first reported entangled in 2005.**
Click on the whale name/number to go to the individual page for each whale including initial
assessment reports, photos, full narrative disentanglement reports and current decisions about
appropriate actions to take if whale is seen again.
**Definitions of terms**

| Whale#/name | First seen: | Last seen: | Status: | Action: |
|---|---|---|---|---|
| **Humpback Silver Bank** | Feb. 13, 2005 Silver Bank | Feb. 13, 2005 Silver Bank | Entangled | Intervene |

Home

return to the top

### Definitions of terms used in The Whales tables
**Status terms** (based on last known description and information gained from any retrieved gear)
  **Entangled** - assessed as life-threatening entanglement
  **Minor entanglement** - assessed as non-life-threatening entanglement
  **Disentangled** - whale is gear free as result of disentanglement efforts
  **Gear shed** - whale is gear free without intervention
  **Lost/Unidentifiable** - entanglement reported but lost;  inadequate documentation

**Action terms** are defined as follows:
  **Intervene** - most recent assessment indicates that action is necessary to prevent mortality
  **Monitor** - current assessment does not indicate intervention, pending reassessment
  **None** - whale status is Disentangled, Gear shed, or Lost/Unidentifiable

**This Newsletter is funded in part by a contract from the National Oceanic
and Atmospheric Administration.
The views expressed and general content presented on this web site are
those of the authors and do not necessarily represent the views or
official position of the Department of Commerce, the National Oceanic
and Atmospheric Administration (NOAA), or NOAA Fisheries.**

The US Whale Disentanglement Network receives its authority and major support
from:



**National
Oceanic and
Atmospheric
Administration**

The text and images on this site are copyrighted by [illegible] and may not be reproduced without permission from CCS. If you are viewing this page and are not designated personnel of the Agencies listed, please contact the Network for permission.



59 Commercial St., Provincetown, MA 02657
http://www.coastalstudies.org
Home | Membership |Email Us | About Us

 **Atlantic Large Whale Disentanglement Network**

Home
Recent Postings
Highlights
The Whales
The Tool Box
Telemetry
Documentation
Network Notes
Letters
Weather

**Last Updated September 27, 2001**

Home | Recent Postings | Highlights | The Whales | The Tool Box | Telemetry
Documentation | Network Notes | Letters | Weather

# Entangled Humpback Reported
## Southwest Stellwagen Bank

Whale was completely disentangled on Sept. 23, 2001
Latest update click here



**First report:  September 18, 2001  15:00 EDT**

A naturalist aboard a whale watching vessel today reported this entangled whale seen
yesterday.  The whale was not reported when seen and no one stood by.  This may be a
serious entanglement and any new sightings should be called into the Network immediately.

DATE/TIME OBSERVED: 09/17/01, ~ 13:30

POSITION OBSERVED (Approx.):  42° 08.75'N  70° 19.13'W

GENERAL LOCATION:  Southwestern Stellwagen Bank

SPECIES: Humpback

ESTIMATED LENGTH: 30 - 35 feet

DESCRIPTION:  Whale is free swimming, apparently healthy.  No injuries, scars nor blood
was reported.  Images are being sent to the CCS, but currently no information on the identity
of the whale is available.

DESCRIPTION OF GEAR ON WHALE:  Apparently small diameter greenish line (difficult

the whale underwater. No buoys were seen.

PHOTO DOCUMENTATION: Awaiting photos from the whale watch company

Image added Sept. 19, 2001



**Entangled Mn 9-17-01    Susan Rocca/PMMRC 01-P27#8**

Update: September 23, 2001

The Center for Coastal Studies Disentanglement Team received a call about a resighting of this whale from a whale watch vessel at 11:30 today. The reporting vessel agreed to stand by until relieved by the team and the R/V *Shearwater* was dispatched.

When they arrived on scene at 12:35, the CCS team found that the vessels had lost track of the whale which had been making 15 minute dives. The team on the *Shearwater* began a search of the area with the assistance of several whale watch vessels and the Massachusetts Enviromental Police. A whale watch vessel relocated the whale at 15:45 near position 42° 10.7'N  70° 20.1'W.

The whale was found to be entangled by snug body wraps, the aftermost wrap was very tight. An additional 150 feet of line was trailing, but was not visible to vessels at the surface. The entanglement appears to have originated in the whale's mouth.

By 16:30, the whale, which was very active and often breaching, was stopped at the surface by the attachment of three inflatable buoys to the entangling gear.

By 17:35 the team had removed and recovered all the line from the whale. The whale appeared to have sustained only minor injury from the entanglement. The gear, which is a mix of floating and sinking rope, will be turned over to the NMFS gear team.

This whale is not yet officially catalogued or named, however it was previously seen by the CCS Humpback Research team in the Great South Channel on 10/4/00. It was not entangled at that time. This whale was given a temporary ID, CCS #2029, and may, ultimately, be matched to a calf from a previous year.

**September 23 Humpback Disentanglement**
**Click on images below to enlarge in new windows**



Update: September 26, 2001  Drawing added



Coiled
Line

The lighter-colored line trailed back about 100 ft from the tangle on the left of the picture.

The "coiled line" was neatly coiled still. The yellow "gangion" is visible in the photo of the fluke (photo), and the blue one was on the other line coming back from the whale. The team believes that they did not quite get all of the line into the inflatable. They may have left a piece draped over one flipper which should have slipped right off, and possibly left a very short piece in the mouth which they do not believe to be a problem for the whale. The disentanglement team suspects that the whale "bit" the floating line between the yellow and blue gangions, then rolled and spun itself up at least three times. The tailstock, which was likely involved during the entanglement at some point, had some some raw wounds which were probably superficial (**photo**) .

Update:  September 27, 2001
We have added a page of images illustrating the visible wounds on this whale. While the team believes that none of these injuries are likely to be life-threatening, they are still significant.

Click h

**Return to top**

**The Atlantic Large Whale Disentanglement Network operates under federal authority of the National Marine Fisheries Service and receives major support from the National Fish and Wildlife Foundation and the Northeast Consortium.**
**The views expressed herein are those of the authors and do not necessarily reflect the views of NOAA, NFWF, NEC or any of their sub-agencies.**

  

The text and images on this site are copyrighted by the Center for Coastal Studies and may not be reproduced without permission from CCS. If you are viewing this page and are not designated personnel of the Agencies listed, please contact the Network for permission.



59 Commercial St., Provincetown, MA 02657
http://www.coastalstudies.org
Home | Membership | Email Us | About Us





**From:**    Peter Borrelli [borrelli@coastalstudies.org]

**Sent:**    Sunday, June 19, 2005 8:36 PM

**To:**    Richard Strahan

**Cc:**    George, Amy

**Subject:** Re: Supplemental Subpoena - Strahan v. Herzfelder

Max,

Your email of this date further confirms my belief that you have no intention of working with the Center in a cooperative or professional manner. The CD we sent you represents our entanglement data base. It is the official data base of record and th ne that virtually every professional in the marine mammal field relies on for information regarding entanglements in the western North Atlantic. Your request to provide you this entire data base in an entirely different format is not only burdensome but irrelevant to the issues at hand and for this reason I will continue to resist your efforts to harass this institution.

Nevertheless, I am attaching two images of a right whale known as Piper. The smaller file is taken directly from our data base and is the image that every professional in the field references. The other is a cropped version of the "original" eliminating background sky and water. If you or any qualified expert in the field can demonstrate that one image is more informative tha ne the other, I would welcome this information and might have reason for reconsidering your request for "megabyte" images.

Peter Borrelli

At 04:07 PM 6/19/2005, you wrote:

19 June 2005

Amy George, esq.
Nixon and Peabody, LLP
Boston MA

Peter Borrelli
Center for Coastal Studies
Provincetown MA

To the Above Parties:

Hi there. I have attached a supplement to my 15 April 2005 subpoena to the Center for Coastal Studies. As always I am eager to discuss it and the CCS' production of the requested documents in a manner that minimizes any impact on CCS in doing so.

As you are aware, I have moved the court to order you to comply with my 15 April 2005 and I have asked the court to hear argument on this motion at its scheduled hearing in this matter on 24 June 2005. It is unfortunate that you refused to produce any of the requested documents. I also repeatedly informed you that none of the items on CCS' web site were being sought by the subpoena. Despite this you sent me an unsolicited CD-R that you claim holds copies of computer files displayed on your web site. I do not want this CD-R and I will return it to you. I did specifically ask for copies of original digital images of pictures of entangled whales that CCS employees took. You have unequivocally have REFUSED to supply me a single requested image. When I discussed the subpoena with Peter, I asked him to supply just one original digital image of an entangled whale - that would be greater than one megapixel in size -- and he directly refused and said that under no circumstances would he supply me one. When I asked why , he simply said, "I don't want to."

From what Borrelli has told me, he doesn't want to because he doesn't want the Public see a high quality image of an entangled whale and become outraged towards commercial fishing. He apparently wants to protect commercial fishing from the impact of my law suit. Despite this I will ask the Court to order CCS to supply me original digital

In Peace,

Richard Max Strahan
GreenWorld


Peter R. Borrelli
Executive Director
Provincetown Center for Coastal Studies
P.O. Box 1036
Provincetown, MA 02657
Tel. 508-487-3622  x 111
Fax 508-487-4495





 **Atlantic Large Whale Disentanglement Network**

**Home**
**Recent Postings**
**Highlights**
**The Whales**
**The Tool Box**
**Stories of Interest**
**Telemetry**
**Documentation**
**Network Notes**
**Letters**
**Weather**

**Last Updated January 28, 2005**
Home | Recent Postings | Highlights | The Whales | The Tool Box | Telemetry
Documentation | Network Notes | Letters | Weather

# Telemetry Tracked Entangled Whales

**CCS Telemetry
System basics
 click here**

**Bowman, et. al. 2003 Lessons from a Satellite
Tagged Right Whale**
Presented to the Argos Animal Tracking
Symposium
Annapolis, Maryland, March 25, 2003

### Click on links below for satellite telemetry plots and full reports
(in order beginning with most recent)

| | |
|---|---|
|  | **Right Whale: Yellow Fin #3314:** After a number of earlier opportunistic reports off Virginia and North Carolina, on December 21, 2004 this whale was located by an aerial survey off Sapelo Is. GA and tagged. The whale was tracked by telemetry for 10 days and 454 nautical miles until disentangled on Dec. 31 off Charleston, SC. |
|  | **Right Whale: Kingfisher #3346:** Whale was tagged on March 17, 2004 off St. Augustine, FL. The whale was tracked for 17 days and 849 nautical miles until the buoy tether was accidentally cut by a passing vessel off Cape May, NJ. |
|  | **Humpback Whale: Verga:** Some gear was removed and tag was attached to the remaining gear on August 29, 2003. Whale was tracked for 10 days and 437 NM to the Northern Edge of Georges Bank until tag came free and was recovered by a fishing vessel. |
|  | **Humpback Whale SE Stellwagen Bank:** Some gear was removed from this whale and the remaining gear was tagged on August 16, 2003. However, weight of the gear pulled the telemetry buoy under. Intermittent hits and rare fixes continue to be received. |
|  | **Humpback Whale: Fenwick Island, Delaware:** Whale was successfully tagged on July 24, 2003, but tag was subsequently cut off by an unknown boater. No data - link goes to report. |
|  | **Humpback Whale: Georges Bank:** Whale was found entangled on Georges Bank on July 3, 2003. It was resighted and tagged off Chatham, Mass. on July 9. It was tracked through the night and disentangled the morning of the 10th. |
| | **Right Whale: Brier Is. yearling #3107:** Buoy attached to tail wraps in the Bay of Fundy on August 30, 2002. Whale was tracked 74.8 NM until disentangled by New England Aquarium/Dept. of |

**Right Whale #3120:** Buoy attached to tail wraps in the Bay of Fundy on August 22, 2002. Whale was tracked 108 NM until some tail wraps and telemetry buoy were removed by New England Aquarium/Dept. of Fisheries and Oceans team on August 24, 2002. Whale still entangled.

**Right Whale #1427:** Buoy attached and 300 feet of trailing line removed off Atlantic City, NJ on July 12, 2002. Whale was tracked 301.04 NM until tag (but no entangling gear) was removed by private boater off Diamond Shoals, NC. Whale was visually tracked to Georgia, then lost.

**Right Whale #1102:** Buoy attached to a trailing rope on June 9, 2001 in the Great South Channel. Tracked by satellite tag for 100 days and approximately 5,000 nautical miles (between fixes) primarily in the Gulf of Maine, Scotian Shelf, Gulf of St. Lawrence, and the Continental Shelf Edge south of Georges Bank. Telemetry enabled 10 trips to whale. Whale believed to have died and sunk with tag on Sept. 16, 2001.

**Right Whale #2223 "Calvin":** Buoy attached to trailing gear in Cape Cod Bay on March 29, 2001. Whale was tracked for 36+ days until satellite transmitter failed north of Cultivator Shoal. Drifting tag was located via VHF transmitter and was recovered with all remaining entangling line attached. Buoy was found to be damaged and satellite transmitter missing. Whale later documented gear-free.

**Humpback Whale Cape Hatteras, North Carolina:** Buoy attached to trailing gear on Nov. 21, 2000. We believe the buoy was only attached to the whale for a little over two days, coming free on Nov. 23 near the eastern wall of the Gulf Stream on the northern edge of Hatteras Canyon. Over the subsequent ten days the buoy's drift was tracked for nearly 200 nautical miles, including its passage through a major ocean storm on Nov. 30. The satellite transmitter failed on December 3 and the buoy was not recovered.

**Right Whale #2746:** Tagged on July 13, 2000, in the Bay of Fundy, however the satellite transmitter failed after two days. It was later discovered that the transmitter housing was flooded. The VHF transmitter continued functioning well and the whale was relocated and lines cut. The buoy and all entangling gear were retrieved on July 20, 2000.

No plot is provided for this whale and the link above goes to the full disentanglement report.

**Right Whale #1167:** Tagged on May 8, 2000 although the attachment was insecure and the tag drifted free of the whale within hours. Whale was free of its entanglement by August 1, 2000.

No plot is provided for this whale and the link above goes to the full disentanglement report.

**Right Whale #2710:** Tagged on September 19, 1999 in the Bay of Fundy. Tagged pulled free of whale, with all gear attached, on Sept. 20. Tag and gear recovered on Sept. 27 off the coast of Maine.



| | |
|---|---|
| | **Right Whale #2030:** Tagged on September 3, 1999 by the Disentanglement Network in the Bay of Fundy. Tag stayed attached to the animal for more than 20 days and nearly 900 nautical miles. Buoy recovered 50 miles east of New Jersey on Oct. 7. Whale found dead on Oct. 20. |
| | **Right Whale #1158:** Tagged on May 23, 1999 in the Great South Channel by Stormy Mayo after he was airlifted to the Coast Guard cutter *Diligence*. Telemetry buoy recovered on May 28 and whale was found to be partially disentangled when located that day. It was later fully disentangled. Full disentanglement report click here. |

**Home**

**Return to top**

**This Newsletter is funded in part by a contract from the National Oceanic and Atmospheric Administration. The views expressed herein are those of the authors and do not necessarily reflect the views of NOAA or any of its sub-agencies.**

The US Whale Disentanglement Network receives its authority and major support from:



National Oceanic and Atmospheric Administration

The text and images on this site are copyrighted by the Center for Coastal Studies and may not be reproduced without permission from CCS. If you are viewing this page and are not designated personnel of the Agencies listed, please **contact** the Network for permission.



59 Commercial St., Provincetown, MA 02657
http://www.coastalstudies.org
Home | Membership | Email Us | About Us

**Atlantic Large Whale Disentanglement Network**

Home
Recent Postings
Highlights
The Whales
The Tool Box
Telemetry
Documentation
Network Notes
Letters
Weather

**Last Updated December 31, 2004**

Home | Recent Postings | Highlights | The Whales | The Tool Box | Telemetry
Documentation | Network Notes | Letters | Weather

# Telemetry Page

## Entangled Right Whale
### Diamond Shoals, North Carolina
### December 6, 2004

**Full report click here**
**For images click here**

**Click on maps to enlarge**




Recent fixes                                    Full plot

> Note: These are plots of satellite fixes transmitted at irregular intervals from a buoy towed by the whale. The connecting lines should not be interpreted as representing the actual route of the whale.

### List of Selected Fixes for rescue purposes only.

NOTE: All the data presented here are from a buoy trailing 300' behind the flukes of the whale or from firsthand observation of the whale. Cautious judgement must be used when interpreting the behavior of the whale from this information. For instance - the surface time of the buoy is affected by not only the accumulated dive times of the whale but also by the depth of the dives and the seastate. When a speed in knots is given below, it represents the velocity of the buoy between satellite fixes - not the swimming speed of the whale (which is likely to be faster and never slower.) Distances between fixes, when given, are probably significantly less than the actual distance traveled by the whale. This difference is likely even greater the more time elapses between fixes. For a description of the CCS telemetry system click here.

An * means a fix was established and is likely reliable, but of lower precision. This could be due to the effect of high seas and wind on the buoy, the altitude of the satellite, the behavior of the whale or other factors. As a rule, only the best quality fixes received in each 24 hour period will be posted here.

**Times given in EST. Data is from telemetry unless noted.**

66. 12/31/04  11:40 EST  32° 5.76'N  80° 0.96'W:  bearing 254 degrees for 7.95 NM at 1.75 knots with 86.34% surface time since the previous fix 4.55 hours ago  **Whale is disentangled at 11:00.**
65. 12/31/04  07:07 EST  32° 7.92'N  79° 51.96'W:  bearing 248 degrees for 4.29 NM at 3.02 knots with 101.19% surface time since the previous fix 1.42 hours ago
64. 12/31/04  05:42 EST  32° 9.54'N  79° 47.28'W:  bearing 230 degrees for 0.93 NM at 3.84 knots

with 96.69% surface time since the previous fix 0.79 hours ago

62.  12/31/04  04:40 EST  32° 10.74'N  79° 43.2'W:  bearing 204 degrees for 1.64 NM at 2.55 knots with 99.87% surface time since the previous fix 0.64 hours ago

61.  12/31/04  04:01 EST  32° 12.24'N  79° 42.42'W:  bearing 235 degrees for 2.73 NM at 2.71 knots with 98.26% surface time since the previous fix 1.01 hours ago

60.  12/31/04  03:01 EST  32° 13.8'N  79° 39.78'W:  bearing 222 degrees for 4.15 NM at 2.43 knots since the previous fix 1.71 hours ago

59.  12/31/04  01:19 EST  32° 16.86'N  79° 36.48'W:  bearing 219 degrees for 5.49 NM at 2.79 knots since the previous fix 1.97 hours ago

58.  12/30/04  23:20 EST  32° 21.12'N  79° 32.4'W:  bearing 183 degrees for 4.88 NM at 3.02 knots with 100% surface time since the previous fix 1.61 hours ago

57.  12/30/04  21:44 EST  32° 25.98'N  79° 32.1'W:  bearing 169 degrees for 4.61 NM at 1.57 knots with 96.72% surface time since the previous fix 2.94 hours ago

56.  12/30/04  18:47 EST  32° 30.48'N  79° 33.18'W:  bearing 105 degrees for 2.79 NM at 2.00 knots with 100% surface time since the previous fix 1.40 hours ago

55.  12/30/04  17:23 EST  32° 31.2'N  79° 36.36'W:  bearing 107 degrees for 2.45 NM at 1.47 knots with 78.14% surface time since the previous fix 1.66 hours ago

54.  12/30/04  15:44 EST  32° 31.92'N  79° 39.12'W:  bearing 210 degrees for 2.64 NM at 2.24 knots with 70.65% surface time since the previous fix 1.18 hours ago

53.  12/30/04  15:30 EST  32° 33.80'N  79° 38.9'W:  bearing 249 degrees for 1.19 NM at 1.26 knots since the previous fix 0.95 hours ago - **Whale located by Twin Otter and vessels**.

52.  12/30/04  14:33 EST  32° 34.2'N  79° 37.56'W:  bearing 190 degrees for 4.90 NM at 1.96 knots with 75.60% surface time since the previous fix 2.50 hours ago

51.  12/30/04  12:02 EST  32° 39'N  79° 36.54'W:  bearing 217 degrees for 2.79 NM at 1.68 knots with 72.49% surface time since the previous fix 1.66 hours ago

50.  12/30/04  10:23 EST  32° 41.22'N  79° 34.56'W:  bearing 209 degrees for 2.54 NM at 1.47 knots with 84.03% surface time since the previous fix 1.73 hours ago; 6 NM east of Charleston breakwater

49.  12/30/04  08:39 EST  32° 43.44'N  79° 33.12'W:  bearing 223 degrees for 2.15 NM at 1.89 knots with 94.61% surface time since the previous fix 1.14 hours ago; 8 NM northeast of Charleston breakwater

48.  12/30/04  7:31 EST  32° 45'N  79° 31.38'W:  bearing 212 degrees for 2.49 NM at 1.51 knots with 99.58% surface time since the previous fix 1.65 hours ago

47.  12/30/04  05:52 EST  32° 47.1'N  79° 29.82'W:  bearing 227 degrees for 3.19 NM at 2.23 knots surface time since the previous fix 1.43 hours ago

46.  12/30/04  04:26 EST  32° 49.26'N  79° 27.06'W:  bearing 273 degrees for 17.52 NM at 1.90 knots since the previous fix 9.24 hours ago

45.  12/29/04  19:12 EST  32° 48.24'N  79° 6.36'W:  bearing 213 degrees for 6.09 NM at 1.00 knots with 24.79% surface time since the previous fix 6.10 hours ago

44.  12/29/04  13:06 EST  32° 53.34'N  79° 2.46'W:  bearing 137 degrees for 0.66 NM at 0.91 knots with 42.19% surface time since the previous fix 0.73 hours ago *

43.  12/29/04  12:22 EST  32° 53.82'N  79° 3'W:  bearing 224 degrees for 7.41 NM at 1.21 knots with 26.87% surface time since the previous fix 6.12 hours ago

42.  12/29/04  06:15 EST  32° 59.16'N  78° 56.94'W:  bearing 113 degrees for 2.03 NM at 1.42 knots with 64.76% surface time since the previous fix 1.43 hours ago; 20 NM east of Cape Romain, South Carolina

41.  12/29/04  04:49 EST  32° 59.94'N  78° 59.16'W:  bearing 53 degrees for 18.98 NM at 1.54 knots with 33.28% surface time since the previous fix 12.31 hours ago

40.  12/28/04  16:30 EST  32° 48.48'N  79° 17.04'W:  bearing 123 degrees for 2.89 NM at 1.85 knots with 38.01% surface time since the previous fix 1.56 hours ago

39.  12/28/04  14:57 EST  32° 50.04'N  79° 19.92'W:  bearing 30 degrees for 11.27 NM at 1.92 knots with 31.72% surface time since the previous fix 5.86 hours ago

38.  12/28/04  09:05 EST  32° 40.32'N  79° 26.58'W:  bearing 32 degrees for 8.21 NM at 2.13 knots with 13.67% surface time since the previous fix 3.85 hours ago

37.  12/28/04  05:14 EST  32° 33.42'N  79° 31.8'W:  bearing 54 degrees for 10.04 NM at 1.56 knots since the previous fix 6.45 hours ago *; 11 NM southeast of Charleston breakwater, South Carolina

36.  12/27/04  22:47 EST  32° 27.48'N  79° 41.34'W:  bearing 55 degrees for 16.38 NM at 2.15 knots since the previous fix 7.60 hours ago

35.  12/27/04  15:11 EST  32° 18.18'N  79° 57.24'W:  bearing 48 degrees for 15.69 NM at 1.19 knots since the previous fix 13.14 hours ago

34.  12/27/04  02:03 EST  32° 7.68'N  80° 10.98'W:  bearing 3 degrees for 6.66 NM at 2.30 knots with 26.89% surface time since the previous fix 2.89 hours ago *;  23 NM southeast of St. Helena Island, South Carolina

32. 12/26/04 18:41 EST 31° 47.58'N 80° 16.2'W: bearing 17 degrees for 25.39 NM at 2.78 knots with 13.11% surface time since the previous fix 9.15 hours ago

31. 12/26/04 09:32 EST 31° 23.16'N 80° 24.84'W: bearing 27 degrees for 6.98 NM at 3.29 knots with 12.20% surface time since the previous fix 2.12 hours ago

30. 12/26/04 07:25 EST 31° 16.92'N 80° 28.56'W: bearing 22 degrees for 4.20 NM at 3.12 knots with 12.39% surface time since the previous fix 1.35 hours ago *; 41 NM east of St. Simons Island, Georgia

29. 12/26/04 06:04 EST 31° 13.02'N 80° 30.42'W: bearing 31 degrees for 45.85 NM at 2.83 knots with 10.44% surface time since the previous fix 16.19 hours ago

28. 12/25/04 13:53 EST 30° 33.72'N 80° 57.78'W: bearing 40 degrees for 9.97 NM at 2.42 knots with 16.34% surface time since the previous fix 4.12 hours ago *

27. 12/25/04 09:45 EST 30° 26.16'N 81° 5.28'W: bearing 18 degrees for 4.23 NM at 2.21 knots with 27.80% surface time since the previous fix 1.91 hours ago

26. 12/25/04 07:51 EST 30° 22.14'N 81° 6.78'W: bearing 66 degrees for 10.46 NM at 1.09 knots with 29.97% surface time since the previous fix 9.60 hours ago *; 15 NM east of St. John River, FL outlet

25. 12/24/04 22:15 EST 30° 17.94'N 81° 17.82'W: bearing 189 degrees for 8.46 NM at 3.07 knots with 14.13% surface time since the previous fix 2.75 hours ago; 5 NM east of Jacksonville Beach, FL

24. 12/24/04 19:29 EST 30° 26.28'N 81° 16.32'W: bearing 183 degrees for 2.65 NM at 2.04 knots with 19.23% surface time since the previous fix 1.30 hours ago

23. 12/24/04 18:12 EST 30° 28.92'N 81° 16.14'W: bearing 221 degrees for 5.56 NM at 2.26 knots with 21.21% surface time since the previous fix 2.45 hours ago

22. 12/24/04 15:44 EST 30° 33.12'N 81° 11.94'W: bearing 161 degrees for 14.13 NM at 1.90 knots with 33.60% surface time since the previous fix 7.46 hours ago

21. 12/24/04 08:17 EST 30° 46.5'N 81° 17.28'W: bearing 238 degrees for 1.58 NM at 1.15 knots since the previous fix 1.38 hours ago

20. 12/24/04 06:54 EST 30° 47.34'N 81° 15.72'W: bearing 228 degrees for 3.52 NM at 1.38 knots since the previous fix 2.55 hours ago

19. 12/24/04 04:21 EST 30° 49.68'N 81° 12.66'W: bearing 237 degrees for 3.51 NM at 2.11 knots since the previous fix 1.66 hours ago

18. 12/24/04 02:41 EST 30° 51.6'N 81° 9.24'W: bearing 1 degrees for 6.95 NM at 1.22 knots since the previous fix 5.70 hours ago

17. 12/23/04 20:59 EST 30° 44.64'N 81° 9.42'W: bearing 59 degrees for 3.90 NM at 3.51 knots with 48.81% surface time since the previous fix 1.11 hours ago

16. 12/23/04 19:52 EST 30° 42.66'N 81° 13.32'W: bearing 125 degrees for 3.54 NM at 2.15 knots with 57.24% surface time since the previous fix 1.65 hours ago

15. 12/23/04 18:14 EST 30° 44.7'N 81° 16.68'W: bearing 325 degrees for 10.82 NM at 1.58 knots with 38.48% surface time since the previous fix 6.85 hours ago

14. 12/23/04 11:23 EST 30° 35.88'N 81° 09.42'W: bearing 127 degrees for 3.22 NM at 0.73 knots with 38.61% surface time since the previous fix 4.42 hours ago

13. 12/23/04 06:58 EST 30° 37.8'N 81° 12.42'W: bearing 175 degrees for 14.37 NM at 1.81 knots with 36.41% surface time since the previous fix 7.94 hours ago *; 12 NM east of Fernandina Beach, FL

12. 12/22/04 23:01 EST 30° 52.14'N 81° 13.98'W: bearing 223 degrees for 3.03 NM at 1.79 knots with 46.63% surface time since the previous fix 1.69 hours ago *

11. 12/22/04 21:20 EST 30° 54.36'N 81° 11.58'W: bearing 201 degrees for 24.12 NM at 2.86 knots since the previous sighting 8.43 hours ago *

10. 12/22/04 12:55 EST 31° 16.97'N 81° 01.52'W: bearing 226 degrees for 14.26 NM at 2.57 knots since the previous fix 5.55 hours ago (sighting-aerial)

9. 12/22/04 07:21 EST 31° 26.88'N 80° 49.44'W: bearing 212 degrees for 4.31 NM at 2.55 knots with 33.54% surface time since the previous fix 1.69 hours ago

8. 12/22/04 05:40 EST 31° 30.54'N 80° 46.74'W: bearing 200 degrees for 1.52 NM at 0.19 knots since the previous fix 7.96 hours ago

7. 12/21/04 21:42 EST 31° 31.98'N 80° 46.14'W: bearing 64 degrees for 9.14 NM at 2.07 knots since the previous fix 4.41 hours ago

6. 12/21/04 17:18 EST 31° 28.02'N 80° 55.8'W: bearing 126 degrees for 1.45 NM at 1.18 knots since the previous fix 1.23 hours ago

5. 12/21/04 16:04 EST 31° 28.86'N 80° 57.18'W

4. 12/21/04 10:54 EST 31° 32.21'N, 80° 59.80'W (sighting-aerial)

3. 12/06/04 17:00 EST 35° 05.16'N 75°14.84'W (sighting-Coast Guard)

**Home**

**Return to top**

The Atlantic Large Whale Disentanglement Network operates under federal
authority of the National Marine Fisheries Service.
The views expressed herein are those of the authors and do not necessarily
reflect the views of NOAA or any of their sub-agencies.



National
Oceanic and
Atmospheric
Administration

The text and images on this site are copyrighted by the Center for Coastal Studies and may not
be reproduced without permission from CCS.  If you are viewing this page and are not
designated personnel of the Agencies listed, please contact the Network for permission.



59 Commercial St., Provincetown, MA 02657
http://www.coastalstudies.org
Home | Membership |Email Us | About Us

 Atlantic Large Whale Disentanglement Network

Home
Recent Postings
Highlights
The Whales
The Tool Box
Telemetry
Documentation
Network Notes
Letters
Weather

**Last Updated January 6, 2005**

Home | Recent Postings | Highlights | The Whales | The Tool Box | Telemetry
Documentation | Network Notes | Letters | Weather

## Entangled Right Whale
### RW #3314 - born 2003
**Diamond Shoals, North Carolina**
**December 6, 2004**

**Whale is disentangled - believed to be gear free**

| Latest update Jan. 6, 2005 | Image Page Jan. 5, 2005 | Telemetry Plot Dec. 31, 2004 |
|---|---|---|

**Local marine weather - S. Carolina/Georgia**



**First Report: December 6, 2004 14:15 EDT**

A fishing vessel reports an entangled whale four miles SE of Diamond Shoals, North Carolina. USCG responds and locates whale at the edge of darkness. Entanglement is confirmed and species ID is tentatively presumed to be a right whale (see below).

DATE/TIME OBSERVED: 12/06/2004  ~ 14:00 EDT

POSITION OBSERVED (Approx.):  35° 05.28'N  75° 15.2'W

GENERAL LOCATION:  4 NM SE of Diamond Shoals, NC

SPECIES: Unconfirmed, but likely a right whale

DESCRIPTION: (From Coast Guard) Whale is free-swimming; no dorsal fin, white stripe down the middle of the head and a barnacle beard

DESCRIPTION OF GEAR ON WHALE: The tail is wrapped along with gear in the mouth forming an "X" just forward of the blowholes

PHOTO DOCUMENTATION: No, too dark for CG photographs

COMMENTS:  A fishing vessel (offshore menhaden fishery) reported this entanglement at approximately 14:00.  The whale was reported by the fisherman as 15-20' in length, traveling north, with a heavy amount of netting or 'tackle'.  The whale was reported to be towing a length of gear and a poly ball.

The whale was relocated at approximately 17:00 by a Coast Guard vessel.  A Coast Guard officer aboard described the whale thus: approx 45ft in length, no dorsal fin, white stripe down the middle of the head and a barnacle beard.  At that time it was too dark for photography; however, based on this description the Network is treating this as a life-threatening right whale entanglement.  Mid-Atlantic disentanglement teams have been notified and are on standby.

**Update:  December 7, 2004  10:00**
After Network consultation, Blair Mase, NOAA-Fisheries, has requested an aerial search by the Coast Guard this morning to be concentrated near shore (within 10 NM) between Diamond Shoals and Cape Lookout, NC.  Wind and seas are increasing rapidly in this area this morning due to an approaching cold front and it is anticipated that an on-water response may be impossible due to unworkable sea conditions by early today.

**Update:  December 8, 2004 12:00**
A survey yesterday by a Coast Guard C-130 concentrating along the North Carolina coastline from Cape Hatteras south, did not relocate the entangled whale.  Sighting conditions for the flight were poor due to weather.

Today, dedicated, coordinated aerial surveys are planned from Charleston, SC north to Cape Hatteras.  These surveys involve Wildlife Trust and the Coast Guard and others.

**Update:  December 8, 2004 19:30**
Sue Barco of the Virginia Aquarium flew with the Coast Guard today (and yesterday).  Today's six-hour search encompassed the NC coast from Cape Lookout to Cape Fear out to 12 miles.  Sighting conditions were reported as excellent and, while plenty of other wildlife was seen, not the entangled whale.

Allison Glass, of Wildlife Trust reports that the Wildlife Trust right whale aerial survey team also had generally good sighting conditions today during its search off the South Carolina coast, but did not sight the entangled whale.

**Update:  December 9, 2004 14:00**
The Network has received a reported earlier sighting of a whale matching the description of this entangled animal from a sport fisherman in Virginia.

The fisherman reported seeing a large (~3' dia), orange buoy with no markings moving at the surface.  A few moments later a whale surfaced approximately 40 yards in front of the buoy, traveling at approximately 7 knots.  Although the fisherman did not approach closely, he described the whale from behind as very large, all black and with no dorsal fin.  He described the flukes as all black.

The approximate time and location of this sighting: *corrected for latest info*
Sunday, December 5, 11:00 at 36° 36.6'N  74° 44.4'W

This information suggests that the whale traveled 95 NM in the 26 hours between
the first two sightings (3.6 knots).

The following chart is updated, assuming this is the same animal:



**Update:  December 10, 2004 00:07**
This afternoon and evening the Network has received two reports of entangled
whales off the North Carolina coast.  One of these reports, from 2 miles off the
beach at Nag's Head yesterday, included images.  The other report, late this
afternoon, was of an entangled whale swimming with another whale, off Frisco Pier,
NC.  In neither of the reports was a towed buoy seen.

The whale seen at Nag's Head has been identified as RW #3120, a whale first seen
entangled off Cape Fear, NC in 2002 and the subject of disentanglement efforts on
Roseway Basin in late summer of 2004.  **Click here** for more information and
images about #3120.  Although there is no photo documentation of the Frisco
sighting; timing, distance and description suggest that this was also a resighting of
#3120.

So, for the time being, the Network will operate as if there were two separate
entangled whales seen of the North Carolina/Virginia coast this week.  One of these
is now known to be #3120.  The other is the unidentified whale (presumed to be a
right whale) first reported on December 6, 2004 with head wraps and towing a large
orange buoy ~150 feet behind. This page is about that unidentified whale.

Weather predictions off the NC coastline are unfavorable for most on-water
responses the next two days.

**Update:  December 21, 2004 12:30**

This morning at 10:54 a.m. Wildlife Trust Survey team aboard the NOAA Twin Otter spotted an entangled right whale, at 31° 32.21'N, 80° 59.80'W. The whale is trailing line that has an attached orange buoy. The animal is traveling in a SW direction.

The disentanglement team has been mobilized (GADNR and FWCC). Barb Zoodsma (NOAA) has coordinated a back-up plane to take over the tracking effort, allowing the NOAA Twin Otter to land and download the photo documentation to send to CCS.

Most recent description: 40-45 foot whale with green line anchored at corners of mouth and/or flippers, crossing over nares (line here splits in two, forming a Y at the left head). Line appears to come from left flipper/mouth and trail 4 body lengths to a big, orange buoy. From the buoy, line trails another 40 feet - this line stays at surface when buoy is at surface. No apparent wounds. Other right whales in area. 5 min dives and buoy is often present when whale is not visible.

**Update: December 21, 2004 23:30**
Late this afternoon the SE disentanglement first response team, with guidance from Wildlife Trust/NOAA aerial survey teams, located the whale and attached a telemetry buoy to the trailing gear. The plot of the telemetry buoy will be updated on this website at least once a day.

At this time, a large orange balloon buoy is trailing approximately 300 feet behind the flukes and the telemetry buoy is attached a few feet forward of this buoy. However, these lines will likely be shortened upon the next visit to the whale after the entanglement is better understood .

Today's aerial images are now posted **click here.**

Information about the identity of this whale and a plan for further action will be posted tomorrow based on health and entanglement consultations.

winds and seas are predicted to be unfavorable for disentanglement activities.

**Click here for the latest telemetry plot.**

**Update:  December 23, 2004 10:30**
This morning, satellite telemetry indicates that the whale is approximately 12 NM east of Fernandina Beach, Florida.

The weather outlook is unfavorable for either aerial or marine operations for several days.

A draft comprehensive action plan is under development for the next possible opportunity to get back to the whale.

**Update:  December 25, 2004 10:00**
After meandering for a day off the outlet of the St. Marys River, Florida, the whale moved several miles south yesterday afternoon and last night.  This morning it is approximately 15 miles east of the outlet of the St. Johns River.

Weather continues to be unfavorable for aerial and marine operations, with high seas and wind.

**Update:  December 26, 2004 10:00**
Beginning yesterday and continuing overnight, the entangled right whale has begun traveling steadily to the northeast.  This morning at 07:25 it was approximately 41 NM east of St. Simons Island, Georgia, traveling at 3 knots.

Images taken by the Wildlife Trust/NOAA aerial survey team off Georgia on Dec. 21 (during the tagging event) and Dec. 22 were received last night and are now posted on the **image page** (images 10-22).  These images give much more detail to the nature of the entanglement; however they do not provide new information about the involvement of the flippers.  They also give a good impression of  the towing attitude of the telemetry buoy, forward of the large orange buoy (and associated bullet buoy).

As has been described by Jamie Smith and others on scene, the telemetry buoy is generally at the surface only when the whale is at the surface.  This is apparently due to the presence of unidentified weighted gear between the whale and the buoys.  As a result, it is believed that the orange poly ball is playing an important role in maintaining the buoyancy of the telemetry buoy and the gear.  Nevertheless, even this is providing only an average of 30 percent (less in deep water, apparently) surface time for the satellite tag allowing fixes to be transmitted only very irregularly and often of low resolution.

Tonight's weather in the vicinity of the whale calls for a northerly gale of 30-40 knots and 10-12 foot seas...subsiding very gradually during the week in NE then E winds and seas settling to 2-4 feet on Thursday.

**Update:  December 27, 2004 09:00**
This morning the whale is still tracking mostly north at between 2 and 3 knots.  At 02:03 it was 23 NM southeast of St. Helena Island, South Carolina (nearest land).

**Update:  December 28, 2004 08:30**
The whale continues to travel northeast averaging speeds of 2 knots.  At 05:14 this morning it was 11 NM southeast of the Charleston, SC breakwater (25 NM

An action plan is in place for response along the mid-Atlantic coast should conditions allow. This plan will likely be posted here later today.

### Update: December 29, 2004 10:00

The Center for Coastal Studies, along with disentanglement teams from the Southeast and Mid-Atlantic will be staging in Wilmington, North Carolina tonight for a possible attempt to cut entangling lines and reduce the gear trailing from the entangled right whale first reported off Cape Hatteras on December 6. The tentative plan is to locate the whale based on the latest telemetry and projected position along with the help of a surveillance aircraft on Thursday afternoon. If the whale is found, the entanglement will be reassessed on-scene and operations will proceed as conditions allow. If it is believed that further efforts will be productive, a vessel will track the whale overnight with the disentanglement team for an early morning effort on Friday.

The goal of these operations will be to attempt actions hoped to improve the long-term prospects for this whale; however complete disentanglement is unlikely at this time due the nature of the entanglement.

The success of this operation is dependent, as always, on workable weather conditions, including relatively calm seas and good visibility. Also, preliminary planning is based on a three-day projection of the track of the whale; this will be continuously updated and logistics will be altered to the extent possible and necessary.

### Update: December 30, 2004 07:30

Beginning yesterday afternoon and continuing overnight, satellite telemetry indicates that the whale has changed direction and is now traveling generally southwesterly. Therefore, the whale did not come within range of disentanglement teams staged in Wilmington, NC, and on-water operations have been postponed for the morning.

A Wildlife Trust/NOAA aircraft, stationed in Charleston, South Carolina will attempt to collect more images of the whale today for reassessment of the entanglement. Meanwhile, on-water disentanglement teams are preparing to re-stage operations farther south.

### Update: December 30, 2004 13:00

Within the hour, the disentanglement team will board the USCG cutter *Yellowfin* in *Charleston, South Carolina*. This is the same vessel they worked from last spring with entangled right whale Kingfisher.

They hope to catch up with the whale this afternoon, do what they can during remaining
daylight hours, then stay with the whale overnight and continue disentanglement operations tomorrow. The NOAA vessel *R/V Ferguson* from the Grays Reef National Marine Sanctuary is expected to relieve the *Yellowfin* first thing tomorrow morning and act as the mothership for tomorrow's operations.

Weather forecasts for the period are for favorable working conditions in the area.

### Update: December 30, 2004 15:30

The Wildlife Trust/Georgia DNR/NOAA Twin Otter just reported in by satellite phone that they have located the whale 6.5 NM southeast of the Charleston breakwater. The *Yellowfin* is nearby with the disentanglement team. The whale continues to travel SSW at approximately 2 knots.

**Update:  December 30, 2004 18:30**

Beginning at 15:30, the disentanglement team, working from the NOAA 21' rigid hull inflatable, made 15 to 20 attempts to reach the lines crossing tightly over the whale's head without attempting to add addtional control lines to the trailing gear. The whale immediately became extremely evasive and the team was unsuccessful in these attempts.

The team was successful at removing a considerable amount of the gear trailing behind the whale.  They also repositioned the telemetry buoy behind two medium size floats spaced 15 feet apart and now attached to the remaining gear trailing approximately 90 feet behind the flukes.  The telemetry buoy which is now at the surface nearly all the time, was fitted with a strobe to allow easy tracking through the night.

Sea conditions are calm and clear.

Tomorrow morning, the team plans to add addtional, large floats near the tail of the whale to keep it at the surface and, hopefully, better enable further attempts to cut the lines on the whale's head.

**Update:  December 31, 2004 09:00**

The the crew of the Coast Guard cutter *Yellow Fin*, along with the disentanglement team, remained with the whale as it traveled through the night for 37 nautical miles until dawn.  Disentanglement operations will continue today.

**Update:  December 31, 2004 12:30**

The disentanglement team aboard the *Yellow Fin* has just reported in via satellite phone that the whale is now, apparently, completely free of all gear.  The operation took place approximately 30 miles off the South Carolina coast.  Participating in the mission were Dr. Charles "Stormy" Mayo, David Morin and Scott Landry of the Center for Coastal Studies; Jamison Smith, Tom Pitchford and Alicia Windham-Reid from Florida Fish and Wildlife Conservation Commission, Clay George of Georgia DNR and Barb Zoodsma and Gretchen Lovewell of NOAA-Fisheries.

This morning the team began by adding drag (buoys and a drogue) to the gear trailing from the whale in an attempt to slow it down and make access to the wraps on the head possible.  The whale did not react as hoped and instead fought the added drag and the team was unable to reach the head wrap.  Next, as was previously planned, addtional drag was added to the gear by pressure from one of the inflatable boats.  Shortly thereafter the team felt a line part and the Wildlife Trust South Carolina aerial team circling overhead reported that no gear was now visible on the whale.

This whole operation was done while everything was in motion, with travel and direction dictated by the whale.  The team has been following the whale and was actually working on it as both were moving steadily southwest at about 3 knots (3.5 statute miles (5.5 kilometers) per hour).  From the time the team arrived at the whale at 15:30 yesterday afternoon until the whale was released at 11:00 this morning, the team and the whale had traveled together for 50 nautical miles (57.5 miles or 92.6 kilometers).

The team is currently steaming into port at Charleston and will assist NOAA with further investigation of the recovered gear.

At this time, no further action is planned or called for on this whale; however, any future sightings and images should should be sent to CCS for assessment.

many individuals and organizations within the Atlantic Large Whale
Disentanglement Network. Especially, it would not have been possible to even
reach the whale yesterday without the efforts of Blair Mase and Barb Zoodsma of
NOAA - SER, Bill McLellan of the University of North Carolina-Wilmington, the
Wildlife Trust/NOAA aerial teams from Georgia and South Carolina, Jamison Smith
from the Florida Fish and Wildlife Conservation Commission, Bob Bowman of the
Center for Coastal Studies and especially the crew of the Coast Guard cutter *Yellow
Fin*. In their honor, the disentanglement team has named this whale *Yellow Fin*.
**Click here for the latest telemetry plot**

**Update:  January 1, 2005 22:00**
Yellow Fin, before and after:



**Update:  January 3, 2005 01:00**
From:
Patricia Naessig
Right Whale Aerial Surveys
Wildlife Trust

The Wildlife Trust Georgia survey team sighted Yellowfin today (January 2, 2005)
at 10:58 at 31° 22.17 N and 81° 06.16W *(8.5 NM east of Sapelo Is., Georgia)*. The
whale was seen following about 300 yards behind an adult and a juvenile right
whale. Yellowfin did appear to be gear free, as documented previously. No lines
were apparent from the images. However, the whale was being very evasive and was
only seen at the surface a couple of times. On one occasion, it appeared to be
circling at the surface. Beyond that, the whale seemed to be slowing heading

only able to obtain a few images.  Unfortunately most of the images were below the surface, but I have attached our best image of Yellowfin from today's sighting. Again, the animal does appear to be gear free.

**Click here for image page**

## Update:  January 6, 2005

The right whale research team at the New England Aquarium has matched "Yellow Fin" to its catalog of previously identified North Atlantic right whales.  The whale is now confirmed to be #3314, the 2003 calf of #2114. The gender of this whale is unknown; however, analysis of biopsies collected at the scene will likely provide this information.  Also, based on the identification of the gear removed from the whale and the reported times when this gear was actively fished, NEAq staff believes that a most likely scenario is that the whale became entangled sometime in November, 2004.

**Home**

**Return to top**

---

**The Atlantic Large Whale Disentanglement Network operates under federal authority and major support from the National Marine Fisheries Service. The views expressed herein are those of the authors and do not necessarily reflect the views of NOAA or any of its sub-agencies.**



National
Oceanic and
Atmospheric
Administration

The text and images on this site are copyrighted by the Center for Coastal Studies and may not be reproduced without permission from CCS.  If you are viewing this page and are not designated personnel of the Agencies listed, please contact the Network for permission.



59 Commercial St., Provincetown, MA 02657
http://www.coastalstudies.org
Home | Membership |Email Us | About Us

Atlantic Large Whale Disentanglement Network

Home
Recent Postings
Highlights
The Whales
The Tool Box
Telemetry
Documentation
Network Notes
Letters
Weather

### Last Updated January 5, 2005

Home | Recent Postings | Highlights | The Whales | The Tool Box | Telemetry
Documentation | Network Notes | Letters | Weather

## Entangled Right Whale
### Diamond Shoals
### Full report click here

### Image Page
#### Click on images to enlarge

### December 21, 2004  10 NM east of Sapelo Is., Georgia



1.




2.                    3.




4.                    4A.




5.                    5A.

6.

7.

8.

9.

10.

11.

12.

13.

13A.

14.

15.



16.

17.                                                    18.

19.

**December 22, 2004   9 miles east of St. Simons Island, Georgia**

20.                                                    20A.

21.                                                    21A.

22.                                                    23.

**December 31, 2004  30 miles off northern South Carolina**




24.



25.



26.                                          26½

January 2, 2005  8.5 NM east of Sapelo Is., Georgia



27.

Home

Return to top

The Atlantic Large Whale Disentanglement Network operates under federal authority of the National Marine Fisheries Service and receives major support from the National Fish and Wildlife Foundation and the Northeast Consortium.

The views expressed herein are those of the authors and do not necessarily reflect the views of NOAA, NFWF, NEC or any of their sub-agencies.



National
Oceanic and
Atmospheric
Administration

The text and images on this site are copyrighted by the Center for Coastal Studies and may not be reproduced without *permission from CCS. If you are viewing this* page and are not designated personnel of the Agencies listed, please contact the Network for permission.



59 Commercial St., Provincetown, MA 02657
http://www.coastalstudies.org
Home | Membership |Email Us | About Us