UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RICHARD MAX STRAHAN,

         Plaintiff,

v.

SECRETARY ELLEN ROY-HERZFELDER;
COMMISSIONER DAVID PETERS; and
DIRECTOR PAUL DIODATI,

         Defendants.

Civil Action No. 05-10140-NMG

**FEDERAL RULES OF CIVIL PROCEDURE RULE 7.1 AND LOCAL RULE 7.3
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, as well as Rule 7.3 of the Local Rules of the United States District Court, District of Massachusetts, Provincetown Center for Coastal Studies (the "Center") states that:(1) it has no parent corporation; and (2) no publicly-held company owns ten (10) percent or more of the stock of the Center.

Respectfully submitted,

PROVINCETOWN CENTER FOR COASTAL STUDIES

By its attorneys,

*/s/ Amy R. George/*
David M. Ryan (BBO No. 644037)
Amy R. George (BBO No. 629548)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
617-345-1000 (phone)
617-345-1300 (fax)

Dated June 23, , 2005

BOS1504013.1