UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MAX STRAHAN ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action No. |
| v. ) | |
| ) | 05 – 10140 - NMG |
| ELLEN ROY-HERZFELDER, et al. ) | |
| ) | 28 July 2005 |
| Defendants ) | |

PLAINTIFF'S MOTION TO EXTEND DISCOVERY FOR THIRTY DAYS
TO 31 AUGUST 2005

The Plaintiff — Richard Max Strahan — moves the Court to EXTEND its deadline for conducting discovery in the instant action until 31 August 2005. Strahan has been impaired in his purssuit of discovery by the continuing refusal of the Defendants to comply with his discovery requests and by non-parties blatant refusal to comply with subpoenas that he has served on them. In addition the attorneys for both Defendants and subpoenaed non-parties have gone on vacation and this has prevented him from completing negotiations with Defendant and non-parties over their complying with his numerous discovery requests to them. Finally, Strahan is horrifically indigent and has had little available time after commitments to his employment to pursue discovery since the Court's last hearing. The Defendants will in no way suffer from the Court granting Strahan's request as it will not change any of the other deadlines set by the Court at the prior scheduling conference.

For the above reasons the Plaintiff asks the Court to grant his requested relief.

BY: _____

Richard Max Strahan, Plaintiff
928 Dorchester Avenue, #5
Boston, MA 02125
617.233.3854

*Pro Se and Proud!*

### CERTIFICATION OF CONSULTATION PURSUANT TO LOCAL RULE 7

I certify that I consulted with the Defendants attorney Daniel Hammond of the Office of the Massachusetts Attorney General on the above motion..

_____
Richard Strahan, Plaintiff

### CERTIFICATION OF SERVICE

I hereby certify that a copy of this motion has been served VIA U. S. Mail and E-mail on the attorney for the Defendants on 28 July 2005.

_____
Richard Strahan, Plaintiff