UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MAX STRAHAN )<br>)<br>*Plaintiff* )<br>)<br>) | Civil Action No. |
| v. )<br>) | 05 – 10140 - NMG |
| ELLEN ROY-HERZFELDER, *et al.* )<br>) | 29 July 2005 |
| *Defendants* ) | |

PLAINTIFF'S MOTION TO EXTEND DEADLINE FOR
AMENDING COMPLAINT TO 31 AUGUST 2005

The Plaintiff — Richard Max Strahan — moves the Court to extend the deadline for his amending the complaint to 31 August 2005. Strahan has been frustarted by a refusal of the defendants and parties that have been served subpoenas to produce sought for doscuments. This has prevented him from gathering information relevant to his amending his complaint including adding other defendants. There are now several outstanding motions to compel discovery and production of subpoenaed doscuments. The Court's granting Strahan's request for additional time to amend his complaint will allow him to obtain his sought after documents and information that will enable him to to make meaningful decisons on amendin his complaint. The Court granting his request will in no way prejudice the Defendants.

For the above reasons the Plaintiff asks the Court to grant his requested relief.

BY:

_____
Richard Max Strahan, Plaintiff
928 Dorchester Avenue, #5
Boston, MA 02125
617.233.3854

*Pro Se and Proud!*

---

### CERTIFICATION OF CONSULTATION PURSUANT TO LOCAL RULE 7

---

I certify that I consulted with the Defendants attorney Daniel Hammond of the Office of the Massachusetts Attorney General on the above motion.

_____
Richard Strahan, Plaintiff

---

### CERTIFICATION OF SERVICE

---

I hereby certify that a copy of this motion has been served VIA U. S. Mail and E-mail on the attorney for the Defendants on 29 July 2005.

_____
Richard Strahan, Plaintiff