UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RICHARD MAX STRAHAN )
)
*Plaintiff* )
) Civil Action No.
v. )
) 05 – 10140 - NMG
ELLEN ROY-HERZFELDER, *et al*. )
) 4 August 2005
*Defendants* )

---

### PLAINTIFF'S MOTION TO RECONSIDER ITS DECISION TO QUASH HIS SUBPOENA TO THE INTERNATIONAL FUND FOR ANIMAL WELFARE AND O'REGAN

---

The Plaintiff — Richard Max Strahan — moves the Court to reconsider and then reverse its 27 July 2005 decision to quash his subpoena to the International Fund for Animal Welfare ("IFAW") and Frederick O'Regan. It should do so because IFAW and O'Regan acted in bad faith by informing Strahan at the time their attorney handed Strahan their "Non-Party Frederick O'Regan and International Fund for Animal Welfare's Motion to Quash Subpoena Duces Tecum and Objection Pursuant to Rule 45(c)" ("IFAW's Motion to Quash"). that he was not going to "press the matter" or file the motion with the Court until after they had met with Strahan in a conference to fully discuss IFAW and O'Regan supplying the requested documents. Instead they filed IFAW's Motion to Quash with the Court unbeknown to Strahan. Strahan did not file any opposition because based on the attorney for IFAW and O'Regan's direct representation to him that he was not going to file the motion to quash till after negotiations had been completed. Strahan checked the docket on 29 July 2005 and saw that the IFAW Motion to Quash had been filed. At that time Strahan filed his motion to compel IFAW's compliance whith his subpoena and his opposition to IFAW's Motion to Quash with the Court.

For the above reasons the Plaintiff asks the Court to GRANT his requested relief.

BY: _____
Richard Max Strahan, Plaintiff
928 Dorchester Avenue, #5
Boston, MA 02125
617.233.3854

*Pro Se and Proud!*

---

CERTIFICATION OF CONSULTATION PURSUANT TO LOCAL RULE 7

---

I certify that I consulted with the attorney of IFAW and Regan on several occasions.

_____
Richard Strahan, Plaintiff

---

CERTIFICATION OF SERVICE

---

I hereby certify that a copy of this motion has been served VIA Mail and E-mail on the Defendants' attorney and the attorney for IFAW and Regan on 4 August 2005

_____
Richard Strahan, Plaintiff