UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MAX STRAHAN ) | |
| ) | |
| *Plaintiff* ) | |
| ) | Civil Action No. |
| v. ) | |
| ) | 05 – 10140 - NMG |
| ELLEN ROY-HERZFELDER, *et al.* ) | |
| ) | 29 July 2005 |
| *Defendants* ) | |

---

**PLAINTIFF'S OPPOSITION TO THE THE INTERNATIONAL FUND FOR ANIMAL WELFARE AND FREDERICK O'REGAN'S MOTION TO QUASH HIS SUBPOENA**

---

The Plaintiff — Richard Max Strahan — OPPOSES the International Fund for Animal Welfare ("IFAW") and Frederick O'Regan's "Non-Party Frederick O'Regan and International Fund for Animal Welfare's Motion to Quash Subpoena Duces Tecum and Objection Pursuant to Rule 45(c)" ("IFAW's Motion to Quash"). Strahan denies and refutes all the reasons given in IFAW's Motion to Quash for IFAW and O'Regan's refusal to comply with his 12 July 2005 supoena and its suplements issued to them. The IFAW and O'Regan make millions of dollars and live a lavish lifestyle off donations from the Public that were made to prevent the killing and injuring of endangered whales in fishing gear. The documents sought by the Plaintiff's Subpoena will allow the Court to adjudicate Strahan's claims against the Defendants that they be enjoined from licensing fishing gear that is not Whale Safe. The Supoena's request for documents is conservative and wholly reasonable. Strahan is acting to obtain the requested documents in a manner that minimizes any adverse impact on IFAW and O'Regan.

For the above reasons the Plaintiff asks the Court to DENY IFAW's Motion to Quash.

BY:

_____
Richard Max Strahan, Plaintiff
928 Dorchester Avenue, #5
Boston, MA 02125
617.233.3854

*Pro Se and Proud!*

## CERTIFICATION OF CONSULTATION PURSUANT TO LOCAL RULE 7

I certify that I consulted with the attorney of IFAW and Regan on several occasions.

_____
Richard Strahan, Plaintiff

## CERTIFICATION OF SERVICE

I hereby certify that a copy of this motion has been served VIA Mail and E-mail on the Defendants' attorney and the attorney for IFAW and Regan on 29 July 2005.

_____
Richard Strahan, Plaintiff