UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MAX STRAHAN )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>ELLEN ROY-HERZFELDER, et. al. )<br>)<br>    Defendants. ) | Civil Action No.03cv11465-DPW |

ORDER ON MOTIONS

SOROKIN, M.J.                                                                                       AUGUST 10, 2005

The Court makes the following rulings on the pending motions.

1. Plaintiff's Motion to Extend Discovery for Thirty Days To August 31, 2005 (Docket #29) and Plaintiff's Motion for Extension of Time to Extend Deadline for Amending Complaint to August 31, 2005 (Docket #30) are <u>ALLOWED</u> as unopposed.

2. After review of Plaintiff's Motion to Reconsider the Order Allowing as Unopposed the International Fund for Animal Welfare's Motion to Quash (Docket # 36), Plaintiff's Opposition to the Motion to Quash (Docket #37), a further review of the Motion to Quash (Docket # 28) and Plaintiff's Motion to Compel Compliance with his Subpoena to the IFAW (Docket #31), the Court <u>DENIES</u> without prejudice plaintiff's Motion for Reconsideration (#36) and the Motion to Compel (#31) to plaintiff making a clearer showing of his need for the documents.

3. The defendants have reported to the Clerk that they intend to file a response to

1

       Plaintiff's Second Motion for Protection Motion to Compel the Production of Requested Documents and Admissions (Docket # 32) accordingly the Court will await the defendant's response.

4. Plaintiff has filed several other Motions to Compel compliance with subpoenas (Docket #s33, 34 and 35).   These Motions are not yet ripe.

                                                /s/ Leo T. Sorokin
                                                Leo T. Sorokin
                                                United States Magistrate Judge