UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RICHARD MAX STRAHAN,<br><br>and<br><br>JEREMY SHUGAR,<br><br>    Plaintiffs<br><br>v.<br><br>ELLEN ROY-HERZFELDER, in her official capacity as Secretary of the Massachusetts Executive Office of Environmental Affairs,<br><br>DAVID M. PETERS, in his official capacity as Commissioner of the Massachusetts Department of Fish and Game,<br><br>and<br><br>PAUL DIODATI, in his official capacity as Director of the Massachusetts Division of Marine Fisheries,<br><br>    Defendants | Civil Action<br>No. 05-10140-NMG |

**STATE DEFENDANTS' MOTION TO ENLARGE TIME
TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL
THROUGH AND INCLUDING AUGUST 22, 2005**

Ellen Roy-Herzfelder, in her official capacity as Secretary of the Massachusetts Executive Office of Environmental Affairs, David M. Peters, in his official capacity as Commissioner of the Massachusetts Department of Fish and Game, and Paul Diodati, in his official capacity as Director of the Massachusetts Division of Marine Fisheries (together, the

"State Defendants") hereby move to enlarge the time within which they must respond to the motion of the plaintiff, Richard Max Strahan ("Strahan"), to compel the State Defendants' responses to outstanding discovery requests, through and until Monday, August 22, 2005.

As grounds for this motion, the State Defendants state as follows:

1. As of the present date, Strahan has propounded two separate discovery requests upon the State Defendants: a request for admissions and a request for the production of documents.

2. On or about July 6, 2005, the State Defendants served their responses to these discovery requests upon Strahan by in-hand service.

3. On July 14, 2005, pursuant to an order of this Court (Gorton, J.), Strahan and the State Defendants conducted an in-person discovery conference, at which, among other things, Strahan enumerated several respects in which he believed the State Defendants' discovery responses were inadequate, and/or ways in which he believed they should be supplemented. At the close of that conference, the State Defendants agreed to further review their files to determine if they possessed additional documents that may be responsive to Strahan's modified discovery requests.

4. On or about August 2, 2005, Strahan served upon the State Defendants a motion to compel their compliance with his outstanding discovery.

5. The State Defendants' review of Strahan's modified discovery requests remains ongoing. This effort has been hindered somewhat by the unavailability of the general counsel to the defendant Division of Marine Fisheries – one of the individuals who compiled the initial discovery responses – due to a prolonged illness. That individual has now returned to work, but

the State Defendants believe they will require approximately an additional week to fully determine (a) how, if at all, they can supplement their original discovery responses; and (b) what objections, if any, they may have to the instant motion to compel.

WHEREFORE, the State Defendants respectfully request that this Court enter an Order enlarging, through and until August 22, 2005, their time to respond to Strahan's outstanding motion to compel.

Respectfully submitted,

ELLEN ROY-HERZFELDER, in her official capacity as Massachusetts Secretary of Environmental Affairs;

DAVID M. PETERS, in his official capacity as Massachusetts Commissioner of the Department of Fish and Game;

and

PAUL DIODATI, in his official capacity as Director of the Massachusetts Division of Marine Fisheries

By their attorney,

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ Daniel J. Hammond
Daniel J. Hammond
Assistant Attorney General
Government Bureau
One Ashburton Place, Room 2019
Boston, Massachusetts 02108
(617) 727-2200, ext. 2078

Dated: August 12, 2005

## Certification Pursuant to Local Rule 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2) of the United States District Court for the District of Massachusetts, I, Daniel J. Hammond, conferred with the plaintiff, Richard Max Strahan, prior to filing this motion. Mr. Strahan indicated that he reserved all of his rights with respect to this motion, including his right to file an opposition thereto.

*/s/ Daniel J. Hammond*
Daniel J. Hammond
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, Daniel J. Hammond, hereby certify that I caused a true and accurate copy of the attached Motion to Enlarge to be served upon the parties listed below by first-class mail, postage pre-paid, on August 12, 2005.

_____
Daniel J. Hammond
Assistant Attorney General
Government Bureau

Richard Max Strahan
928 Dorchester Avenue, Unit 5
Boston, Massachusetts 02125

Jeremy Shugar
86 Norfolk Street, Unit 3
Cambridge, Massachusetts 02138