UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MAX STRAHAN )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>ELLEN ROY-HERZFELDER, *et al.* )<br>)<br>Defendants ) | Civil Action No. 05-10140-NMG |

**MOTION TO SET DATE TO RESPOND TO PLAINTIFF'S MOTION FOR
PROTECTIVE ORDER TO ENFORCE HIS SUBPOENA ON EDMUND TOOMEY AND
THE NEW ENGLAND AQUARIUM**

Non-party New England Aquarium ("NEA") moves the Court to set Friday, August 19, 2005 as the date by which NEA may file its opposition to Strahan's Motion for Protective Order to Enforce His Subpoena On Edmund Toomey and The New England Aquarium (the "Motion"). NEA states in support hereof as follows:

1. On June 23, 2005, Strahan served a subpoena *duces tecum* upon NEA. On July 7, 2005, NEA served a written response.

2. On July 29, 2005, the plaintiff purported to serve his Motion on NEA. However, the plaintiff did not mail a copy of his Motion to NEA until August 8, 2005. *See* Exhibit A hereto.

3. Accordingly, NEA seeks up to and including August 19, 2005 to file an opposition to the Motion. Although NEA is entitled to 14 days from the date of service to respond, L. R. 7.1(B)(2), it files this motion to avoid any confusion based on the discrepancy between the claimed and actual date of service.

Wherefore, for all of the above-stated reasons, NEA moves the Court to set Friday,

August 19, 2005 as the date by which NEA may file an opposition to the plaintiff's Motion.

NEW ENGLAND AQUARIUM
CORPORATION
By its attorneys,

*/s/ Joseph F. Shea*

Joseph F. Shea (BBO # 555473)
Young Paik (BBO # 660896)
Nutter, McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
617-439-2280

Dated: August 16, 2005

Certificate of Service

I, Joseph F. Shea, hereby certify that on this day a true copy of the above document was served upon the Plaintiff Pro Se by mail and upon all other parties by electronic filing.

*/s/ Joseph F. Shea*

Joseph F. Shea
Dated: August 16, 2005

1455197.1e

EXHIBIT A

R. Strachan
926 Dorchester Avenue, #5
Boston MA 02125

Joey Shea
Nutter, McClennan and Fish
World Trade Center West
125 Sea Port Boulevard
Boston MA 02210

02210-2050

