UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RICHARD MAX STRAHAN
        Plaintifff                    CIVIL CASE NO. 1:05-10140 NMG
        V.

ELLEN ROY HERZFELDER
Secretary, Executive Office Of Environmental affairs
        Defendant

NOTICE OF HEARING ON MOTIONS

SOROKIN, M.J.

PLEASE TAKE NOTICE that the above-entitled case has been set for hearing on the following motions:

    **#23**    **Cross Motion to Quash by Provincetown Center**

    **#32**    **Second Motion for Protection Order to Enforce Subpoena**

    **#33**    **Motion for Protective Order to enforce Subpoena on Edward Toomey**

    **#34**    **Second Motion for Protection Order to Enforce Subpoena**

    **#35**    **Second Motion for Protection Order to Enforce Subpoena**

    **#43**    **Cross Motion to Quash and for a Protective Order**

This hearing will be held on **September 7, 2005** at **2:00PM** before **Magistrate Judge Leo T. Sorokin** in **Courtroom # 14** on the **5**th floor.

                                            Sarah Ann Thornton,
                                            CLERK OF COURT

                                            By:/s/ Maria Simeone
Date: August 18, 2005                      Courtroom Deputy

Notice mailed to: e-filed/all counsel

(notice of hearing.wpd - 7/99)                         [kntchrgcnf.]
                                                                        **[ntchrgcnf.]**