UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MAX STRAHAN )<br>)<br>*Plaintiff* )<br>)<br>v. )<br>)<br>ELLEN ROY-HERZFELDER, *et al.* )<br>)<br>*Defendants* ) | Civil Action No.<br><br>05 – 10140 - NMG<br><br>19 August 2005 |

PLAINTIFF'S MOTION TO EXTEND TIME FOR HIS RESPONDING TO ALL
OUTSTANDING DISCOVERY MOTION TO 29 AUGUST 2005

The Plaintiff — Richard Max Strahan — moves the Court to extend the date to respond to all outstanding discovery motions to 29 August 2005. Strahan is indigent and has several outstanding court deadlines this month as a *pro se* litigant, including an appeal brief due in the Massachusetts Appeals Court before 29 August 2005. He is also preparing to file an amended complaint with the Court on 29 August 2005. The contents of the amended complaint will be relevant to any decision by the Court on outstanding discovery issues involved in the outstanding motions. Strahan wants to address all outstanding discovery issues in one single filing. The Court in granting this motion will in no way prejudice the Defendants or any non-party to the action that is involved in outstanding discovery matters before the Court.

For the above reasons the Plaintiff asks the Court to grant his requested relief.

BY:

_____
Richard Max Strahan, Plaintiff
928 Dorchester Avenue, #5
Boston, MA 02125
617.233.3854

*Pro Se and Proud!*

---

### CERTIFICATION OF CONSULTATION PURSUANT TO LOCAL RULE 7

---

I certify that I consulted with the Defendants attorney Daniel Hammond of the Office of the Massachusetts Attorney General on the above motion on several occasions. .

_____
Richard Strahan, Plaintiff

---

### CERTIFICATION OF SERVICE

---

I hereby certify that a copy of this motion has been served VIA Mail on the Defendants attorney and the attorneys of the non-parties on 20 August 2005.

_____
Richard Strahan, Plaintiff