UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MAX STRAHAN )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>ELLEN ROY-HERZFELDER, *et al.* )<br>)<br>Defendants ) | Civil Action No. 05-10140-NMG |

### NEW ENGLAND AQUARIUM'S CROSS-MOTION TO QUASH SUBPOENA

Non-party New England Aquarium ("NEA") moves the Court to quash a subpoena *duces tecum* served upon it by plaintiff Richard Max Strahan ("Strahan"). NEA states in support hereof as follows:

1. On June 23, 2005, Strahan served a subpoena *duces tecum* upon NEA. On July 7, 2005, pursuant to Fed. R. Civ. P. 45(c)(2)(B), NEA served a written objection upon Strahan.

2. On July 22, 2005, Strahan contacted NEA's lawyer to discuss the objection, but the conversation ended when Strahan refused to stop using vulgarities.

3. On August 8, 2005, Strahan served a Motion to Enforce Subpoena upon NEA. Strahan did not address any of NEA's objections or indicate that he had previously received informally from NEA much of the information he later sought by subpoena.

4. Strahan's subpoena is overbroad and unduly burdensome to NEA, a not for profit corporation. By way of example, Amy Knowlton, a researcher at NEA, estimated that it would take over 500 hours to respond to one of the requests in the subpoena.

5. NEA has already produced thousands of photographs and other materials to Strahan. Pursuant to Fed. R. Civ. P. 45(c)(3)(A), NEA is entitled to have Strahan's subpoena quashed as unduly burdensome.

Wherefore, for the above-stated reasons and as set forth in NEA's Memorandum in Support, filed herewith, NEA moves the Court to quash Strahan's June 23, 2005 subpoena.

NEW ENGLAND AQUARIUM
CORPORATION
By its attorneys,

/s/Joseph F. Shea
Joseph F. Shea (BBO # 555473)
Young Paik (BBO # 660896)
Nutter, McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA  02210
617-439-2280

Dated:  August 19, 2005

### Certificate of Service

I, Joseph F. Shea, hereby certify that on this day a true copy of the above document was served upon the Plaintiff *pro se* by mail and upon all other parties by electronic filing.

/s/ Joseph F. Shea
Dated:  August 19, 2005

2