UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MAX STRAHAN | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 05-10140-NMG |
| ELLEN ROY-HERZFELDER, *et al.* | ) |
| | ) |
| Defendants | ) |

## AFFIDAVIT OF AMY KNOWLTON

I, Amy Knowlton, hereby depose and state on oath as follows:

1. I am a research scientist at the New England Aquarium ("NEA"). I hold a Masters degree in Marine Policy.

2. NEA is a not for profit corporation organized under the laws of Massachusetts. As part of my duties at NEA, I undertake research to study and protect right whales, one of NEA's core purposes. Over the past 22 years, I have published numerous peer-reviewed articles on right whales, studied the man-made threats right whales face, and attempted to protect and preserve right whales. Each year I undertake fieldwork at sea to study right whales.

3. My research colleagues at NEA engage in similar activities. Dr. Scott Kraus, for example, is a widely respected authority on North Atlantic whales, a member of the Atlantic Large Whale Take Reduction Team established by the National Marine Fisheries Service, and an expert on efforts to reduce whale entanglements.

4. NEA's research staff of eight spends a good part of the year in the field, at sea, observing and photographing various types of whales. NEA researchers also develop, propose, and conduct a variety of research projects devoted to the study and preservation of whales.

5. In August and September, I and my research colleagues are at sea, studying right

whales. The work that I and my colleagues perform is crucial to the survival of the right whale, of which there are probably only between 300 and 350 remaining in the world.

6. Over approximately the past 10 years, Max Strahan has frequently requested or demanded data from me, accused me of contributing to or cooperating with the killing of endangered whales, and proposed that he work with me in some way.

7. To my knowledge, Strahan has no scientific training, has not published any peer-reviewed articles, and has otherwise made no contribution to the study of preservation of endangered whales.

8. I am aware that Strahan has previously sued NEA, causing it to divert scarce financial and research personnel resources to responding to his baseless claims. I am also aware that the NEA has a permanent injunction against Strahan coming within a certain area around the Aquarium in downtown Boston based on Strahan's prior conduct, including using threats and vulgarity to Aquarium patrons.

9. In April 2004, Strahan requested that I provide him with a copy of the Right Whale Catalog Sightings Database. This Catalog Sightings Database is curated by the New England Aquarium on behalf of the North Atlantic Right Whale Consortium (the "Consortium"), an informal group of scientists from the New England Aquarium, University of Rhode Island, Center for Coastal Studies, Woods Hole Oceanographic Institution, and numerous other research organizations and universities.

10. I informed Strahan that the Consortium required him, like everyone else requesting the Catalog Sightings Database, to submit a Data Access Protocol. Attached hereto as Exhibit 1 is a true and complete copy of the Consortium's Data Access Protocol. Attached hereto as Exhibit 2 is a true and complete copy of an April 7, 2004 e-mail exchange between me and

Strahan.

11. About one week later, Strahan complied with the protocol. However, I did not have an address to which I could send him a copy of the Catalog Sightings Database, which is located on a compact disc. Strahan did not respond to my inquiry and for many months I had no response from Strahan. Eventually, however, Strahan contacted me again and provided me with an address to which I could mail him the Catalog Sightings Database. I did so in January 2005.

12. In April and May 2005, Strahan began sending me e-mails requesting various photographs and other information relating to whales with increasing frequency. As a courtesy and despite his past conduct with NEA, I provided Strahan such information as I could.

13. Soon, Strahan began demanding that NEA provide him information in precisely the format and at exactly the time he wanted it. On April 11, 2005, for example, Strahan requested a suite of photographs of every individual right whale, especially those bearing entanglement scars, scarring reports, and other information. He was requesting photographs documenting scars from each entanglement interaction, which represents over 500 unique events and includes nearly 75% of the population. To comply with this request would require a re-review of all the collected images which is nearly 200,000 slides and digital images, scanning of all appropriate slides, and copying of digital images. I estimate that this work would require at least one hour *per* event, or over 500 hours.

14. I responded to Strahan the same day, forwarding the latest scarring report, noting that I could provide him a copy of the E-Catalogue on compact disk which would provide approximately ten images best depicting the unique identifying features of each catalogued right whale, and again requesting Strahan's address so that I could mail him the E-Catalog. An e-mail

problem delayed Strahan's receipt of my response, leading Strahan to threaten: "If I don't hear from you by Monday I will subpoena them and more." A true and complete copy of Strahan's April 22, 2005 e-mail to me is attached hereto as Exhibit 3.

15. Eventually, Strahan sent me his address and I mailed him the E-Catalog. In the same e-mail in which he sent me his address, Strahan requested additional information. A true and complete copy of Strahan's May 3, 2005 e-mail message to me is attached hereto as Exhibit 4.

16. Two days after requesting additional information from NEA, Strahan wrote to me to complain that he had not yet received it. Strahan again threatened that if he did not receive the information, "i will be forced into issuing a subpoena for the requested information and a lot more." A true and complete copy of Strahan's May 5, 2005 e-mail to me is attached as Exhibit 5.

17. On May 6, 2005 at 8:25 a.m., Strahan e-mailed me again, acknowledging receipt of the Catalog and reminding me of the "deadline" he had set for me to provide him with additional information. A true and complete copy of Strahan's 8:25 a.m. May 6, 2005 e-mail to me is attached hereto as Exhibit 6.

18. Later on May 6, 2005, I provided additional information that Strahan had requested, including photographs of a dead whale and of a whale that had been struck by a ship. I informed Strahan that he would have to contact the Center for Coastal Studies ("CCS") for information about whale entanglements and photographs of whales entangled in fishing gear. CCS responds to most reports of whale entanglements in the North Atlantic. I also informed Strahan that certain other information he requested was in the possession of the National Marine Fisheries Service. A true and complete copy of the May 6, 2005 e-mail exchanges between me and Strahan is attached hereto as Exhibit 7.

4

19. On May 10, 2005, Strahan sent me another e-mail proposing:

> to just sit down with you and Scott and openly discuss and
> hopefully come to agreement on a broad strategy and agreement on
> the exchange of information between us. I am completely willing to
> share with you any info that I have on whales. In this way we can
> maximize a cooperative relationship between us and minimize any
> inconvenience. I look forward to hearing back from you this week
> on your agreement to the meeting so we can just talk about things.

A true and complete copy of Strahan's May 10, 2005 e-mail to me is attached hereto as Exhibit
8.

20. On May 13, 2005, Strahan sent me another e-mail requesting additional information. He
also stated: "Ya know I'm a little perturb *[sic]* that you did not tell me about this HBW
[humpback whale] considering we were in constant communication during this event. I intend to
subpoena this information if you will not be cooperative." A true and complete copy of
Strahan's May 13, 2005 e-mail to me is attached hereto as Exhibit 9.

21. On June 23, 2005, Strahan served a subpoena upon NEA requesting information that
NEA had already provided to him, information that I had already informed Strahan he should
seek from CCS or NMFS, and information that has no bearing upon the study or protection of
endangered whales, such as "[d]ocuments associated with the application and granting of
research permit to Scott Kraus by NOAA."

22. Throughout the summer, NEA researchers are in the field. I will be out of my office
during August and September 2005, as will Scott Kraus. We could not now provide further
information to Strahan without substantially interfering with our research.

23. NEA has already produced most of the information Strahan subpoenaed. To the extent
NEA has not produced additional information, it is because NEA does not have the authority to
distribute it, *see* my e-mail exchange with Strahan dated June 14, 2005 attached as Exhibit 10,
or the requested material has no conceivable bearing on a case involving the licensing of

fishing gear, *see* Request 4 and Request 20, but would impose a tremendous burden on NEA's scarce resources.

24. Strahan has frequently reminded me that he is well-versed in litigation. When I have not provided him exactly the information he requested, he routinely threatened to subpoena it "and more." Strahan has attempted to create a relationship with NEA that does not exist and to portray himself as a scientist, a characterization which NEA does not share. Based on my dealings with Strahan, I believe that subpoena to NEA has little to do with the merits of any lawsuit, but is instead an expression of pique directed at NEA that, like his prior dealing with NEA, interferes with NEA's core function of studying and preserving endangered whales.

Subscribed and sworn to by me under the pains and penalties of perjury on this 19 day of August 2005.

Amy Knowlton

Certificate of Service

I, Joseph F. Shea, hereby certify that on this day a true copy of the above document was served upon the Plaintiff *pro se* by mail and upon all other parties by electronic filing.

/s/ Joseph F. Shea
Dated:  August 19, 2005

**EXHIBIT 1**

**THE NORTH ATLANTIC RIGHT WHALE CONSORTIUM DATA:**
PROTOCOL FOR DATA ACCESS

## Introduction

The North Atlantic Right Whale Consortium Database was established in 1986 as part of a cooperative right whale research program conducted by the University of Rhode Island, New England Aquarium, Center for Coastal Studies, Woods Hole Oceanographic Institution, and other organizations – the North Atlantic Right Whale Consortium. The data are comprised of two major datasets, the survey and "sightings database", maintained and curated by the University of Rhode Island, and the photo-id "catalog", maintained and curated by the New England Aquarium.

The Sightings database contains records of thousands of sightings of right whales in the North Atlantic Ocean, as well as sightings of many other species of whales, dolphins, sea turtles, seals, and large fishes. It also contains survey effort data associated with many of these sightings. Though most sightings in the Sightings database are from surveys conducted from the late 1970's to the present, some right whale historical records go back as far as the 18th Century. The sightings contained in the database come from a wide variety of contributors – both Consortium members and others.

The Catalog contains all photographed sightings of right whales since 1935. Research groups, whale watch vessels, and individual mariners from all along the eastern seaboard contribute these sightings. Photographed sightings are matched to the existing catalog whenever possible so that individual animals can be monitored over time. All photographed sightings are also included in the Sightings database, but the animals' identification numbers are not included there. The Sightings database and Catalog are cross-referenced, however, so that individual identification data from the latter can be linked to sighting data from the former.

In addition, there are several other databases that contain other types of biological data on right whales, contributed by numerous investigators, including: genetics, blubber thickness measurements, contaminant levels, steroid hormone levels, and health assessment scores. These data are all linked by animal identification number to the Catalog.

Since the materials in these various datasets come from numerous independent individuals and institutions, these datasets are not strictly proprietary. Rather, they represent a scientific resource, and access to the data for scientific, educational, conservation and management purposes is encouraged. Contributors to the datasets are given first access to the data in recognition of their contribution. The level of an individual or organization's contribution to the data may weight their rights to, and use of, the full database. After that, proposals for data access from scientists, managers, students or other individuals with a bona fide purpose will be reviewed by the Consortium Board members. Given the great effort required to collect the available data, the Consortium and the curators of the data have an obligation to protect the rights

1

of contributors by placing certain restrictions or conditions upon access to, and use of, the materials within it.

**Categories of data access**

There are now two categories of data access. The first is a request for data for research that will lead to a peer reviewed publication ("Data for publications"). The second type is a request for data that will be used solely for management purposes ("Data for management"). The second request will not include any publishing. Each type of request has a separate access protocol.

**Data access protocols for publications**

In order to ensure that research being planned or currently conducted by contributors is not compromised or unnecessarily duplicated, and that proper authorship or acknowledgment of all major data contributors occurs, any request for data must be submitted to the Consortium in the form of a brief proposal (email is preferred). The proposal need not be lengthy, but it should at a minimum contain sufficient information on the following:

- Name of the requesting institution(s) and of the Principal Investigator;
- Outline of the proposed work, including questions being addressed or hypotheses tested;
- Anticipated data requirements;
- Anticipated products of the work (e.g. scientific paper, student thesis, EA/EIS);
- Estimated time frame to completion of the study;

Proposals for scientific analyses and publication will be reviewed within three weeks of submission by a board of three Consortium members with knowledge of the type of work being proposed and/or a curatorial role with the data. Their review will be focused on ensuring that duplication of effort is minimized, proposed analyses seem appropriate, and determining whom potential coauthors should be. These three will review the proposal and discuss appropriate authorship given their knowledge of who contributed the majority of the data required for the proposed project. Their recommendations for authorship will be sent to the applicant via the Consortium secretary. In some cases, the reviewers may suggest that, instead of authorship, acknowledgement of the Right Whale Consortium as a whole and/or certain institutions/persons be included in any published document. The applicant must ask each proposed author whether they would be interested in authorship and let the Consortium secretary know what their responses are. Once authorship has been agreed upon (among the applicant, the authors, the secretary and the reviewers), the data will be released. If there is a disagreement about authorship, it will be resolved by the board. The applicant will then be provided with the requested data, with the method (diskette, Zip disk, email, FTP) determined by the size of the requested information file. Although curatorial workload is heavy, and researchers are often very busy, every effort will be made to provide information in a timely fashion.

The curator and the reviewers will treat proposals as confidential and ideas or hypotheses that

they may contain will be not be shared with third parties. The only exception would be if the Consortium reviewers wish to obtain confidential peer review of the proposed work in order to judge its feasibility or merit; this would only be done with prior approval of the applicant.

Conflicts over the use of the data will be mediated by Consortium officers in as timely a fashion as possible. The Consortium will encourage multi-investigator proposals where interests of several investigators may overlap.

Grounds for the rejection of a proposal will include lack of investigator qualifications, lack of necessary resources, an assessment that the scope of the project is unreasonably large or not feasible within the proposed time frame, unwillingness of the investigator(s) to acknowledge or offer authorship to major data contributors, or a determination that the proposed work is already underway by someone else.

**Data access conditions for publications**

Provision of any data will be made subject to the conditions given below, to which the applicant must agree within his/her proposal. These conditions are designed to eliminate misunderstandings, and to protect both the applicant and the organizations that curate the data, as well as the data contributors.

- For a reasonable period of time (generally that of the estimated time frame of the applicant's proposed study), the Consortium will not provide similar data to others for the same or similar scientific purposes described in the applicant's proposal, without first obtaining the applicant's written permission.
- The applicant will use the requested materials for only those purposes set forth in his/her proposal. Requests for significant departures from the scope of the proposal must be submitted in writing to the review board or data curator, as applicable, for approval.
- The applicant will not share the requested materials with any third party without first obtaining written permission from the review board.
- The applicant agrees to complete the work in the time frame given, although requests for reasonable extensions of this time frame will of course be considered.
- The applicant agrees to publish the results in a refereed journal in a timely manner. Given the endangered status of the North Atlantic right whale population, it is critical that any research results that provide a better understanding of the biology and behavior of this species be disseminated so that they are accessible to other scientists and managers. Failure to do this constitutes unfair monopolization of data with no benefit to the population. A written report must be submitted to the Consortium and preferably presented at the annual meeting. If at all possible, a manuscript should be submitted to a peer-reviewed journal at the same time as the report to the Consortium. Failure to supply a report would preclude further data access. Reports will be accessioned by the secretary, and will be available to Consortium members.

3

**Data access protocols for management**

The Consortium recognizes that access to up-to-date data will allow managers to fine tune any management decisions regarding right whales. Therefore, requests for data that will be used solely for management decisions will not require the panel review required above. Requests should be submitted to the Secretary who will then pass it to the appropriate curator. The requests should include:

- Name of the requesting institution(s) and of the Principal Investigator;
- Anticipated management application (e.g. EIS, GIS project for risk analysis);
- Anticipated data requirements;
- Anticipated products of the work;

If no conflicts are evident, the applicant will be provided with the requested data, with the method (diskette, Zip disk, email, FTP) determined by the size of the requested information file. Although curatorial workload is heavy, and researchers are often very busy, every effort will be made to provide information in a timely fashion.

**Data access conditions for management**

- Applicants may use the data for other management related analyses on one condition: they inform the Consortium secretary of additional projects. This process allows the Consortium to establish links between the applicant and other managers and/or scientists interested in similar analyses. Also, by tracking the different ways the data are used, the Consortium can further illustrate the benefits of shared data. Although persons other than the initial applicant may perform the additional analyses, it remains the responsibility of the initial applicant to inform the Consortium of the additional work.

- If the management analyses result in publishable information, the applicant is required to submit an additional request for publication. If someone has already applied for data to publish on a similar analysis, the Consortium will encourage a dialog among the parties, but publication rights will go to the applicant who first applied for data under the publication request process.

If you have any questions, please contact Amy Knowlton at New England Aquarium (617 973-0210 or *aknowlton@neaq.org*) Please submit proposals for information from the Consortium Data to the Secretary of the Consortium, Marilyn Marx (*mmarx@neaq.org*).  Proposals will be distributed to the appropriate members of the review board and/or to the curator of the data, as applicable.  All proposals must include the following agreement:

4

**Agreement:**

*I have read and understand all of the conditions for data access and use listed in the "North Atlantic Right Whale Consortium Conditions for Data Access" and agree to be bound by them.*

Name: _____     Date: ____ / ____ / _____

Organization: _____

**EXHIBIT 2**

**Joseph F. Shea**

| | |
|---|---|
| **From:** | Amy Knowlton [aknowlton@neaq.org] |
| **Sent:** | Thursday, June 30, 2005 4:55 PM |
| **To:** | Scott Kraus; jshea@nutter.com |
| **Subject:** | FW: Your refusal to provide the Public whale data |

```
-----Original Message-----
From: esistoo@yahoo.com [mailto:esistoo@yahoo.com]
Sent: Wednesday, April 07, 2004 8:58 PM
To: Amy Knowlton
Subject: Your refusal to provide the Public whale data


 April 7, 2004

   Amy,

     The consortium's attempts to prevent the Public's
access to whale data paid for by our tax dollars will
not be successful. Prepare yourselves to be held
accountable. Let the record show you asked for
litigation ... and worst.

     Max
--- Amy Knowlton <aknowlton@neaq.org> wrote:
> Hi Max,
>
> I have asked the Consortium Board for their thoughts
> on providing you with access to the right whale
> sightings database. All the board members felt that
> the only appropriate way to do this was for you to
> request it through the Consortium Data Access
> Protocol that I sent you awhile back. Since that is
> the process in place for anyone who requests data,
> whether they be a researcher, government agency, or
> other interested party (whether they are directly
> involved in the Consortium or not), it is an
> established protocol which I hope you are willing to
> follow.
>
> You can send the data request to me directly and I
> will send it out to reviewers and get back to you in
> short order. It usually only takes a week or so to
> turn it around.
>
> Thanks, Amy
```

```
Do you Yahoo!?
Yahoo! Small Business $15K Web Design Giveaway
http://promotions.yahoo.com/design_giveaway/
```

.

**EXHIBIT 3**

**Joseph F. Shea**

| | |
|---|---|
| **From:** | Richard Strahan [einstein@fasterthanc.org] |
| **Sent:** | Friday, April 22, 2005 11:07 PM |
| **To:** | Amy Knowlton |
| **Subject:** | Scarification Reports and Ecatalog |

22 April 2005

Amy,

    Why send me an  error message? Why don't you send me the
scarification reports from 2000 to 2005 and the Ecatalog on the NRW
with the ID pox for each ID'd whale?

    If I don't hear from you by Monday I will subpoena them and more.
Call me ASAP ti discuss this.

Max Strahan
617,233.3854

On Apr 22, 2005, at 4:10 PM, Amy Knowlton wrote:

```
>
>
>      -----Original Message-----
>      From: Mail Delivery System [mailto:Mailer-Daemon@host.tmodns.com]
>      Sent: Tue 4/12/2005 2:03 PM
>      To: Amy Knowlton
>      Cc:
>      Subject: Warning: message 1DL2b2-0003Ot-4j delayed 24 hours
>
>
>
>      This message was created automatically by mail delivery software.
>      A message that you sent has not yet been delivered to one or more of
> its
>      recipients after more than 24 hours on the queue on host.tmodns.com.
>
>      The message identifier is:     1DL2b2-0003Ot-4j
>      The subject of the message is: RE: The NRW Catalog and other stuff
>      The date of the message is:    Mon, 11 Apr 2005 13:24:43 -0400
>
>      The address to which the message has not yet been delivered is:
>
>        einstein@fasterthanc.org
>          Delay reason: mailbox is full
>
>      No action is required on your part. Delivery attempts will continue
> for
>      some time, and this warning may be repeated at intervals if the
> message
>      remains undelivered. Eventually the mail delivery software will give
> up,
>      and when that happens, the message will be returned to you.
>
>
```

**EXHIBIT 4**

## Joseph F. Shea

| | |
|---|---|
| **From:** | Richard Strahan [esis@savespecies.com] |
| **Sent:** | Tuesday, May 03, 2005 2:33 PM |
| **To:** | Amy Knowlton |
| **Subject:** | Information Pulleeze! |



PixNRW.jpg (98 KB)    ATT594244.txt
(211 B)

3 May 2005

Amy,

Thanks for the expeditious reply.  Here's my address —
Richard Max Strahan
Unit #5
928 Dorchester Avenue
Boston MA 02125

So send the Ecatalog along as soon as you can.

I need high resolution of any Right Whales. My request to you —
1.     You certainly got pix from the stranded whale last week on Cape Cod
just for ID purposes. Newspapers have pictures of this whale. 2.  On 17 April 2005 the CCS
survey found an entangled whale in CCB,
good ol' "Piper." The CCS sent you the pix for ID purposes.
3. The 10 March 2005 whale that got struck by the yacht off Cumberland
Island. You were handing out two tail shots to the press. I want the
high-resolution copies of these pictures.
4. On or about 8 March 2005 another NRW was sighted entangled in CCB.
This one you identified at #1424 I am told. Let's have some big
megabyte copies of overhead shots of this big guy.
5. I saw the following pix credited to the NEA. I want to gat a copy of
the original  of this to use in presentations and non-commercial stuff
like that.

**EXHIBIT 5**

## Joseph F. Shea

**From:**      Richard Strahan [einstein@fasterthanc.org]
**Sent:**      Thursday, May 05, 2005 9:05 AM
**To:**        Amy Knowlton; Scott Kraus
**Subject:**   Information on Whales

5 May 2005

TO:   Scott Kraus
          Amy "Raging" Knowlton
          New England Aquarium
          Boston MA

RE:   Information   on Whales

Scott and Amy:

    A couple days ago I sent Amy an e-mail listing several items of
information on whales that I needed and requested that you supply me.
Earlier, I informed you that I needed this information to assist my
efforts to protect whales and prevail in a law suit to stop commercial
fishing agencies from licensing fishing gear that kills whales. You
responded and expressed a willingness to cooperate.

    I need a positive response from you on my last e-mail and an
expression of a willingness to supply the requested items mentioned in
my earlier e-mail by Friday. Otherwise, i will be forced into issuing a
subpoena for the requested information and a lot more. Be advised, even
if I am forced to issue the subpoena, I will enforce that subpoena in a
manner to minimize any inconvenience to you from your complying with
it.

    I am sure we all agree that there will be no ending the killing of
whales by fishing gear and from ship strikes unless the law protecting
these whales are enforced. I am also sure that you agree that all the
funds supplied to you to do research on whales was wholly done in order
to provide a basis for enforcing laws that protect whales. So your
supplying me this information was the basis for you getting all these
funds.  If you object to fulfilling these obligations, perhaps in the
future NOAA and NGO's should only fund researchers that openly agree to
make the collected data available to enforcement efforts and the Public
in general.

I look forward to your response before close of business day tomorrow.

In Peace,

Richard Max Strahan
GreenWorld

**EXHIBIT 6**

## Joseph F. Shea

**From:**      Richard Strahan [esis@savespecies.com]
**Sent:**      Friday, May 06, 2005 8:25 AM
**To:**        Amy Knowlton
**Subject:**   Information Exchange in Support of Whale Conservation II


6 May 2005

Amy,

Hi there. I got the Ecatalog CD-R. Thanks a bunch.  I will see if it
works.

   I must remind you that I need you to respond today to my last e-mail
that requested a specific list of items. I really need these and I
consider these to be a test of our ability to cooperatively to support
whale conservation. If you decide to supply me the requested items,
then I feel that we should talk sometime soon about the extent of
information that be provided.  Thanks for your help.

In Peace,

Max

May 3, 2005, at 10:36 AM, Amy Knowlton wrote:

> Hi Max,
>
> In a previous email to you (that got bounced back a number of times),
> I sent you the scarring report and the Consortium abstracts. At that
> time I also asked for your address so I could send you the ecatalog. I
> did not receive your address and have been away on travel for much of
> the past two weeks. If you send me your address, I can put the
> ecatalog in the mail to you today. You have the sightings database
> that I sent you some months ago.
>
> As for necropsy reports and images, I do not have those in hand until
> they are finalized. These are written by the necropsy team leaders and
> submitted to NMFS. I believe you have been in touch with NMFS to
> receive the most up-to-date information on these animals.
>
> Amy
>
>
>
> -----Original Message-----
> From: Richard Strahan [mailto:esis@savespecies.com]
> Sent: Tuesday, May 03, 2005 9:08 AM
> To: Amy Knowlton; Scott Kraus
> Subject: Information Exchange in Support of Whale Conservation
>
>
> 3 May 2005
>
> TO:  Scott Kraus and Amy Knowlton
>           New England Aquarium
>         Boston, MA
>
> RE: Information Exchange in Support of Whale Conservation
>
> Scott and Amy;
>
> As you are aware, I am attempting to stop the killing of whales off

1

> the Massachusetts coast by enforcing the protections that these whales
> are afforded under the ESA. I am sure that you agree that this is the
> only way that the killing of these whales by ships and fishing gear
> will come to an end.  This enforcement requires information on these
> whales and the bad things that happen to them. Unfortunately, this
> information is not Public but kept hidden away behind lock doors.
> Because you possess one of the few government permits to research
> these whales and are funded by the government to do so,  you are in
> exclusive possession of information that is vital to the protection of
> these whales. As you admit, you and your business has chosen not to
> use this information to protect the whales and in fact oppose many
> required protection that would stop the killings of these whales —
> like banning gill nets. Therefore, I have been forced to sacrifice my
> limited resources to enforce the law to stop these killings. I have
> approached you for access to your exclusive information on these
> whales, which can be found no where else and if its can it is behind
> similar locked doors. You have refused to offer me any reasonable
> access to this information. I have never demanded full or immediate
> access. I seek only a fair and reasonable accommodation form you.
>
>   Yo have failed to respond to my e-mails and other written requests.
> You have not returned my phone calls. As a result I can only conclude
> that you have no intent or interest in giving me access on information
> that you have on endangered whales that is needed by anyone to
> persuade a court that the ESA is being violated and to compel the
> court to order the whale's protection so that they will not be killed
> in the future. I have asked you for basics like whale sighting data
> and some pictures. You have refused to supply it by outright denial.
> You claim that it is your property and proprietary. The government,
> foundations and the Pubic have given you the money to pay for your
> research for the single purpose of facilitating the protection of
> these whales. Your refusal to provide the information to allow me to
> simply enforce the protections afforded these whales by the ESA in a
> court of law belies your vested interest in the parties killing these
> whales and this constitutes a fraud against  the Public interest. This
> of course saddens me and I really hope that you would worry about the
> whales more than your relationship with the commercial fishing
> industry and other commercial/government interests that you support
> politically and personally.
>
> I am now forced to subpoena it directly from you,  as a  result of
> tour refusal to allow me reasonable access to the exclusive
> information that you possess on endangered whales,. Regardless of the
> demands of the subpoena, be advised I am always willing to negotiate a
> reasonable basis for providing me the information I need to see these
> whales protected by a court of law.
>
> I ask you to consider the safety of whales in Massachusetts waters
> over your own selfish commercial interest and be cooperative with my
> request for information.  Obviously you doing research on whales does
> not mean protection for whales. But my subpoena for information on
> whales will result in the protection of whales.
>
> You have till the close of the business day this Friday — May 6 — to
> enter into an agreement for access to your information on whales. I
> will serve a subpoena on you and the Aquarium on Friday If you refuse
> my overture for a mutually beneficial cooperative agreement.  Feel
> free to contact me to discuss anything.
>
> In Peace,
>
> Richard Max Strahan
> GreenEWorld
>
>
>

2

**EXHIBIT 7**

**Joseph F. Shea**

| | |
|---|---|
| **From:** | Richard Strahan [esis@savespecies.com] |
| **Sent:** | Friday, May 06, 2005 3:49 PM |
| **To:** | Amy Knowlton |
| **Subject:** | Re: Information Exchange in Support of Whale Conservation II |

6 May 2005

Amy,

I only got three images of the whale beached last week.

Aside from you refusal for the specified entangle whale pix, you failed
to respond for the picture of the breeching whale. Can I get a high
resolution (MB plus) copy of this picture.

I really need you to respond. Its  about sincerity.

In Peace,

Max

On May 6, 2005, at 2:36 PM, Amy Knowlton wrote:

> In case the the email with the images is two big, I am sending them in
> two batches of 3 images.
>
> -----Original Message-----
> From: Amy Knowlton
> Sent: Friday, May 06, 2005 2:35 PM
> To: 'Richard Strahan'
> Cc: Scott Kraus
> Subject: RE: Information Exchange in Support of Whale Conservation II
>
>
> Hi Max,
>
> Here are four images of the dead whale on the beach last week - a 9
> year old female, #2617. I have been on travel and am only in the
> office briefly today. I have also attached two images of the animal
> struck on March 10th (#2425, an 11 year old female). Regarding your
> other requests, you would need to request the images of the entangled
> animals taken by CCS from CCS directly.
>
> Amy
>
>
>
> -----Original Message-----
> From: Richard Strahan [mailto:esis@savespecies.com]
> Sent: Friday, May 06, 2005 8:25 AM
> To: Amy Knowlton
> Subject: Information Exchange in Support of Whale Conservation II
>
>
> 6 May 2005
>
> Amy,
>
> Hi there. I got the Ecatalog CD-R. Thanks a bunch.  I will see if it
> works.
>
>    I must remind you that I need you to respond today to my last e-mail

1

> that requested a specific list of items. I really need these and I
> consider these to be a test of our ability to cooperatively to support
> whale conservation. If you decide to supply me the requested items,
> then I feel that we should talk sometime soon about the extent of
> information that be provided.  Thanks for your help.
>
> In Peace,
>
> Max
>
> May 3, 2005, at 10:36 AM, Amy Knowlton wrote:
>
>> Hi Max,
>>
>> In a previous email to you (that got bounced back a number of times),
>> I sent you the scarring report and the Consortium abstracts. At that
>> time I also asked for your address so I could send you the ecatalog.
>> I did not receive your address and have been away on travel for much
>> of the past two weeks. If you send me your address, I can put the
>> ecatalog in the mail to you today. You have the sightings database
>> that I sent you some months ago.
>>
>> As for necropsy reports and images, I do not have those in hand until
>> they are finalized. These are written by the necropsy team leaders
>> and submitted to NMFS. I believe you have been in touch with NMFS to
>> receive the most up-to-date information on these animals.
>>
>> Amy
>>
>>
>>
>> -----Original Message-----
>> From: Richard Strahan [mailto:esis@savespecies.com]
>> Sent: Tuesday, May 03, 2005 9:08 AM
>> To: Amy Knowlton; Scott Kraus
>> Subject: Information Exchange in Support of Whale Conservation
>>
>>
>> 3 May 2005
>>
>> TO:  Scott Kraus and Amy Knowlton
>>          New England Aquarium
>>          Boston, MA
>>
>> RE: Information Exchange in Support of Whale Conservation
>>
>> Scott and Amy;
>>
>> As you are aware, I am attempting to stop the killing of whales off
>> the
>> Massachusetts coast by enforcing the protections that these whales are
>> afforded under the ESA. I am sure that you agree that this is the only
>> way that the killing of these whales by ships and fishing gear will
>> come to an end.  This enforcement requires information on these whales
>> and the bad things that happen to them. Unfortunately, this
>> information
>> is not Public but kept hidden away behind lock doors. Because you
>> possess one of the few government permits to research these whales and
>> are funded by the government to do so,  you are in exclusive
>> possession
>> of information that is vital to the protection of these whales. As you
>> admit, you and your business has chosen not to use this information to
>> protect the whales and in fact oppose many required protection that
>> would stop the killings of these whales — like banning gill nets.
>> Therefore, I have been forced to sacrifice my limited resources to
>> enforce the law to stop these killings. I have approached you for
>> access to your exclusive information on these whales, which can be

2

>> found no where else and if its can it is behind similar locked doors.
>> You have refused to offer me any reasonable access to this
>> information.
>> I have never demanded full or immediate access. I seek only a fair and
>> reasonable accommodation form you.
>>
>>    Yo have failed to respond to my e-mails and other written requests.
>> You have not returned my phone calls. As a result I can only conclude
>> that you have no intent or interest in giving me access on
>> information that you have on endangered whales that is needed by
>> anyone to persuade a court that the ESA is being violated and to
>> compel the court to order
>> the whale's protection so that they will not be killed in the future.
>> I
>> have asked you for basics like whale sighting data and some pictures.
>> You have refused to supply it by outright denial. You claim that it is
>> your property and proprietary. The government, foundations and the
>> Pubic have given you the money to pay for your research for the single
>> purpose of facilitating the protection of these whales. Your refusal
>> to
>> provide the information to allow me to simply enforce the protections
>> afforded these whales by the ESA in a court of law belies your vested
>> interest in the parties killing these whales and this constitutes a
>> fraud against  the Public interest. This of course saddens me and I
>> really hope that you would worry about the whales more than your
>> relationship with the commercial fishing industry and other
>> commercial/government interests that you support politically and
>> personally.
>>
>> I am now forced to subpoena it directly from you,  as a  result of
>> tour
>> refusal to allow me reasonable access to the exclusive information
>> that
>> you possess on endangered whales,. Regardless of the demands of the
>> subpoena, be advised I am always willing to negotiate a reasonable
>> basis for providing me the information I need to see these whales
>> protected by a court of law.
>>
>> I ask you to consider the safety of whales in Massachusetts waters
>> over
>> your own selfish commercial interest and be cooperative with my
>> request
>> for information.  Obviously you doing research on whales does not mean
>> protection for whales. But my subpoena for information on whales will
>> result in the protection of whales.
>>
>> You have till the close of the business day this Friday — May 6 — to
>> enter into an agreement for access to your information on whales. I
>> will serve a subpoena on you and the Aquarium on Friday If you refuse
>> my overture for a mutually beneficial cooperative agreement.  Feel
>> free to contact me to discuss anything.
>>
>> In Peace,
>>
>> Richard Max Strahan
>> GreenEWorld
>>
>>
>>
>
> <DSC06263.JPG><DSC06266.JPG><DSC06268.JPG>

3

**EXHIBIT 8**

**Joseph F. Shea**

| | |
|---|---|
| **From:** | Richard Strahan [esis@savespecies.com] |
| **Sent:** | Tuesday, May 10, 2005 12:31 PM |
| **To:** | Amy Knowlton |
| **Subject:** | Thanks for the All the Fish |

10 May 2005

Amy,

Well it appears all three pix came through. So i really appreciate
that. As a reminder from our phone call a few minutes ago, i really
want to just sit down with you and Scott and openly discuss and
hopefully come to agreement on a broad strategy and agreement on the
exchange of information between us. I am completely willing to share
with you any info that I have on whales. In this way we can maximize a
cooperative relationship between us and minimize any inconvenience.  I
look forward to hearing back from you this week on your agreement to
the meeting so we can just talk about things.

I also want to make sure that you did not take anything personal out of
my frank expression of the problem in getting commercial interests to
not kill whales. I  have always liked and respected you and appreciated
the work that you have done. I just try to be honest about what it
actually takes to save a living thing from extinction. Its not an easy
thing to do. Hard choices have to be made. People killing endangered
animals must be held accountable for their individual violations of law
if any fisherman or ship captain is expected to change their activities
to be cautious around endangered species.

I would feel terrible if in any way I inadvertently hurt your feelings
by being so frank about the failure of NMFS law enforcement etc.

Take Care,

Max

**EXHIBIT 9**

**Joseph F. Shea**

| | |
|---|---|
| **From:** | Richard Strahan [esis@savespecies.com] |
| **Sent:** | Friday, May 13, 2005 8:25 AM |
| **To:** | Amy Knowlton; Scott Kraus |
| **Subject:** | Harbor Whale |

13 May 2005

Amy and Scott,

I am sure that you are aware of the Humpback Whale that has been
swimming in Boston Harbor for the last week or so. I would like to get
—

1.   10 representative pictures (over 1 MB in size) of this whale
including close up, the underside of its tail, and with Boston
buildings in the back ground.
2.   Video recording of the whale (same view points as above)
3.   Press releases that you and the NEA sent out on this event.

Ya know I'm a little perturb that you did not tell me about this HBW
considering we were in constant communication during this event.

I intend to subpoena this information if you will not be cooperative.
Do respond to this request ASAP to let me know if you are willing to
act positively on it.

In Peace,

Richard Max Strahan
GreenWorld

**EXHIBIT 10**

**Joseph F. Shea**

| | |
|---|---|
| **From:** | Amy Knowlton [aknowlton@neaq.org] |
| **Sent:** | Tuesday, June 14, 2005 3:54 PM |
| **To:** | Richard Strahan |
| **Subject:** | RE: Whale Pix |

Max, because these photos are part of the Consortium database, they are not 'mine' to send out without going through the Consortium process (as you have done in the past). That is why I was going to direct you to the photographer himself to get copies of the images.

-----Original Message-----
From: Richard Strahan [mailto:esis@savespecies.com]
Sent: Tuesday, June 14, 2005 3:49 PM
To: Amy Knowlton
Subject: Re: Whale Pix


14 June 2005

Amy,

I feel that you are my contact concerning Northern Right Whales at the NEA.  I need you to make any arrangement for sending for e-mailing copies of these photos to me. Who is the person that you are saying has current control of these photos?

Max


On Jun 14, 2005, at 3:02 PM, Amy Knowlton wrote:

> Hi Max,
>
> The person who was dealing with those images is not in today. I will
> touch base with you on this tomorrow and pass along the photographers'
> information so you can request them directly.
>
> Amy
>
> -----Original Message-----
> From: Richard Strahan [mailto:esis@savespecies.com]
> Sent: Tuesday, June 14, 2005 11:40 AM
> To: Amy Knowlton
> Subject: Whale Pix
>
>
> 14 June 2005
>
> Amy,
>
> Hi there. I have not heard back from you about getting copies of those
> pictures of Northern Right Whale and her calf taken by the South
> Carolina fisherman. I understand that he sent you at least five
> pictures. Are you willing to send me faithful copies of the original
> digital images that he sent you and the NEA? I really need these
> copies. I look forward to hearing from you today or tomorrow at the
> latest.
>
> In Peace,
>
> Max
>
>

1