UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MAX STRAHAN ) | |
| ) | |
| *Plaintiff* ) | |
| ) | Civil Action No. |
| v. ) | |
| ) | 05 – 10140 - NMG |
| ELLEN ROY-HERZFELDER, *et al.* ) | |
| ) | 22 August 2005 |
| *Defendants* ) | |

PLAINTIFF'S MOTION TO EXTEND DEADLINE FOR
DISCOVERY TO 30 SEPTEMBER 2005

The Plaintiff — Richard Max Strahan — moves the Court to extend the deadline for conducting discovery to 30 September 2005. Strahan has been frustrated by a continuing unresolved refusal of the defendants and third parties that have been served subpoenas to produce sought for documents. This continues to the present day and has not been resolved by the Court as requested by the Plaintiff. There is now a magistrate's hearing scheduled for 7 September 2005 on all outstanding discovery issues. It is obvious that Strahan will be denied all requested discovery until the middle of September 2005.  This ongoing refusal to provide requested discovery by the Defendants and subpoenaed thrid party agents of the Defendants has prevented Strahan from gathering information relevant to his prosecuting his claims and conducting further discovery.. There are now several outstanding motions to compel discovery and production of subpoenaed doscuments. The Court's granting Strahan's request for additional time to conduct discovery will allow him to obtain this sought after documents and information and then to to make meaningful decisions on purusing further discovery that is necessary to fully prosecuting his claims against the Defendants.

For the above reasons the Plaintiff asks the Court to grant his requested relief.

BY:

_____
Richard Max Strahan, Plaintiff
928 Dorchester Avenue, #5
Boston, MA 02125
617.233.3854

*Pro Se and Proud!*

---

### CERTIFICATION OF CONSULTATION PURSUANT TO LOCAL RULE 7

---

I certify that I consulted with the Defendants attorney Daniel Hammond of the Office of the Massachusetts Attorney General on the above motion.

_____
Richard Strahan, Plaintiff

---

### CERTIFICATION OF SERVICE

---

I hereby certify that a copy of this motion has been served VIA U. S. Mail and E-mail on the attorney for the Defendants on 23 August 2005.

_____
Richard Strahan, Plaintiff