UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MAX STRAHAN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ELLEN ROY-HERZFELDER, et. al. )<br>)<br>Defendants. ) | Civil Action No.05cv10140NMG |

ORDER ON DISCOVERY PERIOD

SOROKIN, M.J.                                                                                                   September 8, 2005

Plaintiff has moved (docket # 52) to extend the period for written discovery until September 30, 2005 (a second one month extension).  Defendants request that if the court allows the motion all other dates previously set in this case be extended by two months to account for the earlier one month extension.  Plaintiff's Motion is Allowed in Part and Denied in Part, however, the Court is unlikely to extend further the discovery period.  The revised schedule for this case is as follows:

| | |
|---|---|
| September 30, 2005 | Deadline for Serving Written Discovery (except that the period for serving written discovery from the following non-parties is <u>NOT</u> extended from the earlier August 31, 2005 deadline and therefore <u>closed</u>: the Provincetown Center for Coastal Studies,  the New England Aquarium and the United States National Marine Fishery Service) |
| November 30, 2005 | Deadline for Responding to Written Requests |
| December 30, 2005 | Deadline for Concluding Depositions |
| January 17, 2005 | Dispositive Motions |

February 6, 2005     Responses

April 20, 2005       Pretrial Conference at 3:00 p.m.

May 8, 2005          Trial

Plaintiff has also moved to extend the period for amending the complaint (docket #53) to September 30, 2005. At the hearing plaintiff explained that he primarily wants an opportunity to amend the complaint to add more factual assertions to buttress various theories in support of his legal claims. Plaintiff may have until September 30, 2005 to amend the complaint except that the Motion is DENIED insofar as it seeks an opportunity to add more parties or new legal claims.

/s/ LEO T. SOROKIN
Leo T. Sorokin
United States Magistrate Judge