UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MAX STRAHAN,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SECRETARY ELLEN ROY-HERZFELDER;<br>COMMISSIONER DAVID PETERS; and<br>DIRECTOR PAUL DIODATI,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 05-10140-NMG |

**PROVINCETOWN CENTER FOR COASTAL STUDIES' STATUS REPORT**

Provincetown Center for Coastal Studies (the "Center"), though its attorneys, Nixon Peabody LLP, hereby submits this status report pursuant to the Court's September 8, 2005 Order on Discovery Motions ("Order"). The Court's Order identified three questions for investigation and discussion by the Center. Each question will be discussed *seriatim*.

　　1.　　Whether the Center has a list of identified whales with an indication of whether the whale has been entangled.

The Center maintains a list of entangled whales on the Atlantic Large Whale Disentanglement Network on-line database ("Entanglement Database"), which it produced to Plaintiff on May 18, 2005. The Entanglement Database contains Whale Archives for the years 2001 through May 4, 2005. These Archives contain information on every sighting of an entangled whale that occurred in a particular year, including the whale number and/or name. Thus, these Archives provide a comprehensive list of entangled whales and Plaintiff is already in possession of this information.

In addition, the Center maintains a Whale Rescue Database that contains a list of entangled whales. This database contains a record of entangled whales from 1985 to June 10, 2005. Each Entanglement and Collision record contains Details of the Incident, which includes a description of the whale, including the whale number when known. Thus, the Whale Rescue Database contains a comprehensive list of entangled whales. The Center produced a copy of this database to Plaintiff today, September 16, 2005.

> 2. Whether Scott Landry is aware of an entanglement database (other than the one already produced to the Plaintiff).

Mr. Landry is aware of another database that contains information on entangled whales – the Whale Rescue Database (referenced above in response to question 1), which is a Microsoft Access database maintained by the Center. The Center produced a copy of this database to Plaintiff today.

> 3. Whether the Center has an approximately 150 field sighting database as opposed to the 2 to 3 field database Plaintiff states that he received in response to the Subpoena.

The Center is in possession of the Whale Rescue Database (referenced above in response to question 1), which contains approximately 150 fields of data. This database contains 499 records of Entanglement and Collision Reports, dating back to 1985. Each record contains the following information, where available: Notification of the Incident; Details of Incident; Entanglement Information; Animal Appearance; Animal Behavior; and Comments. The Center produced a copy of this database to Plaintiff today.

As a result of the Center's production of the Entanglement and Whale Rescue Databases, as well as the submission of this status report, the Center asserts that it has fully complied with the Court's Order, as well as its obligations to respond to the Subpoena.

In an effort to keep the Court fully apprised of the status of this matter, the Center hereby informs the Court that since the recent hearing and resulting Order, the Center received correspondence from Plaintiff concerning the matters before it. A true and correct copy of the Email

Correspondence from Plaintiff to Amy R. George, Esq., dated September 14, 2005, is attached hereto as Exhibit A.

Respectfully submitted,

PROVINCETOWN CENTER FOR COASTAL STUDIES

By its attorneys,

/s/ Amy R. George
_____
David M. Ryan (BBO No. 644037)
Amy R. George (BBO No. 629548)
NIXON PEABODY LLP
100 Summer Street
Boston, MA  02110
617-345-1000 (phone)
617-345-1300 (fax)

Dated:        September 16, 2005

## CERTIFICATE OF SERVICE

I, Amy R. George, Esq., do hereby certify that the above Provincetown Center for Coastal Studies' Status Report, was served upon the following, who do not receive electronic notifications from the Court:

1. Richard Max Strahan, 928 Dorchester Avenue, Unit 5, Boston, MA  02125, by overnight mail; and

2. Daniel J. Hammond, Esq., Attorney General's Office, One Ashburton Place, Room 2019, Boston, MA  02108-1698, by first class mail, postage pre-paid,

on this 16th day of September, 2005.

/s/ Amy R. George
_____
Amy R. George

# EXHIBIT A

Case 1:05-cv-10140-NMG	Document 58-2	Filed 09/16/2005	Page 1 of 5

**George, Amy**

| | |
|---|---|
| **From:** | Richard Strahan [esis@savespecies.com] |
| **Sent:** | Wednesday, September 14, 2005 5:29 PM |
| **To:** | George, Amy; James Riley; jshea@nutter.com |


LetterIdiots14Sept05.pdf (40 K...

```
            14 September 2005

Shysters of Big Corporations,

Well its time to get to it! The shoot out at the OK Corral. When the
smoke clears their is going to be more whales and less whale
researcher!  HAHAHAHAHAHAHA!  Lets just try and stay friends. OK?

In Peace,

Richard Max Strahan
```

1

# GreenWorld
928 Dorchester Avenue, #5
Boston MA 02125

**Served VIA E-mail and U. S. Mail**

Notice of Intent to Bring Suit Under the Endangered Species Act
and A Demand Letter Pursuant to M. G. L. Ch. 93A

TO:     Frederick O'Regan
        International Fund for Animal Welfare
        411 Main Street
        Yarmouthport MA 02646

        Charles Mayo III
        Center for Coastal Studies
        115 Bradford Street
        Provincetown MA 02657

        Scott Kraus
        New England Aquarium
        1 Central Wharf
        Boston MA

DATE:   14 September 2005

To the Above Named Parties:

This is a notice pursuant to Section 11(g) of the Endangered Species Act of our intent to bring suit against your respective non-profit organizations and you personally for conspiring with each other, various federal and state government agencies, and private commercial interests to unlawfully take listed species of endangered whales and sea turtles in violation of the Section 9 take prohibitions of the ESA. See 16 U. S. C. § 1538. In general it is the intentional goal of your conspiracy to assist commercial fisherman, state and federal fisheries agencies, and members of the shipping industry to evade the enforcement of the ESA's Section 9 take prohibitions against them and for you to profit handsomely in helping out your fellow conspirators. Your fraudulent practices to assist others in violation of state and federal laws that protected endangered marine wildlife for your own commercial gain is called "Whale Fraud." As a part of this conspiracy you act deliberately to defraud the Public by posing as "whale loving researchers" and — so represented to the Public — you then deliberately attempt to deceive them into ignoring the killing of endangered wildlife by your fellow conspirators, covering up and concealing the actual killing and injuring of protected endangered wildlife, and attempting to deceive the Public into accepting token and ineffective measures as sufficient to protect these species while you all profit handsomely being paid to conduct these measures. For example, you assist commercial

fisherman into defrauding the Public that "whale safe" fishing is not necessary and that all that is required is that whales be disentangled. As a result commercial fisherman and government agencies pay you millions of dollars to disentangle whales from fishing gear as a substitute for having to license fishing gear that does not entangle whales. Unfortunately making a living freeing whales from fishing gear that entangles as part of a conspiracy to continue the licensing of fishing gear that entangles whales is a violation of the Section 9 take prohibitions of the ESA. So is helping commercial fisherman buy "non-buoyant" fishing line that entangles whales. You are the classic "rats in sheep's clothing. "

In addition you deliberately support and profit from commercial whale watching that pursues and otherwise unlawfully takes endangered species of whales in violation of the Section 9 take prohibitions of the Act. Further also you directly take listed species of whales engaging in questionable "research" and "rescue" activities in excess of what is authorized by whatever permits that your have been issued by the National Marine Fisheries Service to take listed species of whales and sea turtles or that you allege to operate under. Finally (not really) the research and rescue permits issued to you by the NMFS or that you pretend to operate under are unlawful themselves and hence to not lawfully authorize you to take listed species of whales in violation of the Section 9 take prohibitions of the ESA.

This is also a notice to you pursuant to the Massachusetts Consumer Protection Act demanding that you cease your deceptive and fraudulent practices of "Whale Fraud." You deliberately hide pictures of entangled whales and other evidence of people's impact on marine wildlife from the Public. You do this deliberately to interfere with the Public's ability to petition the government for the enforcement of the protections afforded by state and federal wildlife laws. You hide this evidence to insure that Public opinion will not demand the protection of whales and sea turtles and adversely impact the commercial interests of your fellow conspirators. In this manner also you try to unfairly insure your commercial advantage in getting grants and government contracts at the expense of more qualified and conservation oriented researchers. You deliberately and fraudulently sabotage the opportunity for the high caliber research necessary to support effective management efforts to stop the killing and injuring of whales and sea turtles by the activities of commercial interests. You also have repeatedly lobbied against state and federal government regulating commercial activities to make them safe for whales and sea turtles. For example, you have consistently opposed the regulation of commercial whale watching by deliberately asserting pseudo-scientific reasons, counterfeit data and with phony claims of being "neutral whale loving researchers."

The bottom line is that the current killing of endangered whales and sea turtles in commercial fishing gear and by ship strikes would now be largely a thing of the past if it were not for your Whale Fraud. You are directly responsible for the current depleted status of the Northern Right Whale and the killing and injuring of thousands of whales and sea turtles each year because of your fraudulent and unlawful antics. You should be ashamed.

In order to avoid our said intended prosecution of you for your Whale Fraud under federal and state law we demand that you —

1. Each provide us one million dollars to support scientific and conservation programs of real scientists of my choosing that will truly assist the recovery of endangered species of whales and sea turtles.

2. Immediately make all information on whales and sea turtles in your possession — now and in the future — freely available to all members of the Public via the Internet.

3. Immediately cease your distribution of non-buoyant fishing line to commercial fisherman.

4. Cease your association with commercial whale watch companies.

In short — you're busted!

I would be glad to discuss our demands with you. You may reach me at the above address, by phone at 617.233.3854, or at my e-mail address: esis@savespecies.com.

In Peace,

Richard Max Strahan
National Campaign Director