UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MAX STRAHAN ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.05cv10140-NMG |
| v. ) | |
| ) | |
| ELLEN ROY-HERZFELDER, et. al. ) | |
| ) | |
| Defendants. ) | |

ORDER ON MOTION TO COMPEL (Docket #32)

SOROKIN, M.J.                                                                                       September 21, 2005

    Pending before the Court is plaintiff's Motion to Compel further responses to document requests and admissions from the defendants. Plaintiff's Motion fails to explain the basis for the request beyond an assertion that the responses are neither complete nor proper. In light of the hearing on discovery motions held by the Court, the response to the Motion by the defendants in which they explain in some detail what they have and have not produced to defendant, the plaintiff's Affidavit filed at the hearing which does not respond to the defendant's filing or otherwise explain the basis for the Motion as to the defendants, the Court's Order on the Other Motions (docket # 55 ) which has resulted in additional discovery for the plaintiff, the Motion is DENIED.

                                                                         /s/ LEO T. SOROKIN
                                                                         Leo T. Sorokin
                                                                         United States Magistrate Judge

Case 1:05-cv-10140-NMG    Document 59    Filed 09/22/2005    Page 2 of 2