UNITED STATES DISTRICT COURT FILED
FOR THE DISTRICT OF MASSACHUSETTS KS OFFICE

| | |
|---|---|
| RICHARD MAX STRAHAN | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) |
| | ) |
| ELLEN ROY-HERZFELDER, *et al*. | ) |
| | ) |
| *Defendants* | ) |

2005 SEP 28  P 4: 33

DISTRICT COURT
DISTRICT OF MASS.

05 – 10140 - NMG

28 September 2005

PUBLIC-CITIZEN STRAHAN'S MOTION FOR LEAVE TO
MAKE ELECTRONIC FILINGS WITH THE COURT

The Public-Citizen Plaintiff — Richard Max Strahan —moves the Court for leave to make electronic filings with the Court in the instant action. Strahan is indigent and cannot afford the costs of printing and copying out voluminous reports and other documents that he needs to file with the Court. He has access to a computer and the internet and can readily file all needed documents with the Court in the PDF computer format required in its electronic filing system. addition the Court expressed its interest and support in Strahan filing said electronic copies w: the Court at the discovery hearing that it held on 29 July 2005.

Strahan has arranged with the Court's clerk-magistrate's office to participate in its electronic filing system training session that is scheduled to be held on 13 October 2005.

For the above reasons the Plaintiff asks the Court to GRANT his requested relief. .

BY:

Richard Max Strahan, Plaintiff
928 Dorchester Avenue, #5
Boston, MA 02125
617.233.3854

*Pro Se and Proud!*

---

CERTIFICATION OF CONSULTATION PURSUANT TO LOCAL RULE 7

---

I certify that I consulted with the attorney for the Defendants on several occasions.

_____
Richard Strahan, Plaintiff

---

CERTIFICATION OF SERVICE

---

I hereby certify that a copy of this opposition has been served IN HAND on the Defendants' attorney on 28 September 2005

_____
Richard Strahan, Plaintiff