UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RICHARD MAX STRAHAN )
)
*Plaintiff* )
)
v. ) Civil Action No.
)
) 05 – 10140 - NMG
ELLEN ROY-HERZFELDER, *et al.* )
) 30 September 2005
*Defendants* )

FILED
IN CLERKS OFFICE
2005 SEP 30 P 4: ?
U.S. DISTRICT COURT
DISTRICT OF MASS

PUBLIC-CITIZEN STRAHAN'S MOTION FOR LEAVE TO FILE AMENDED COMPLAIN

The Public-Citizen Plaintiff — Richard Max Strahan —moves the Court for leave to file his "Verefied Amended Complaint for Declaratory and Injunctive Relief and Request for a Jury Trial ("Amended Complaint"). The Court has ruled that I would be allowed to do so. The revisions of the Amended Complaint are essential for Strahan to get the relief he sought in his orginal complaint – to stop the killing and injuring of endangered species of wildlife by the Defendants licensing and regulating commercial marine fisheries in U. S. waters and to correct the depletion of their populations and return them to the size they would be currently if it were not for the unlawful killing of them by the Defendants.

For the above reasons the Plaintiff asks the Court to GRANT his requested relief. .

BY:
_____
Richard Max Strahan, Plaintiff
928 Dorchester Avenue, #5
Boston, MA 02125
617.233.3854

*Pro Se and Proud!*

I certify that I consulted with the attorney for the Defendants on several occasions.
_____
Richard Strahan, Plaintiff

I hereby certify that a copy of this opposition has been served IN HAND on the Defendants' attorney on 28 September 2005
_____
Richard Strahan, Plaintiff