UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE
2005 SEP 30 P 4:25
U.S. DISTRICT COURT
DISTRICT OF MASS.

RICHARD MAX STRAHAN          )
                             )
        *Plaintiff*           )
                             )   Civil Action No.
v.                           )
                             )   05 – 10140 - NMG
ELLEN ROY-HERZFELDER, *et al.* )
                             )   30 September 2005
        *Defendants*          )

---

PLAINTIFF'S ACEEDED TO MOTION TO EXTEND DISCOVERY TO 31 OCTOBER 2005

---

The Public-Citizen Plaintiff — Richard Max Strahan —moves the Court to extend the period of foing document discovery to 31 October 2005. I consulted with the Defendants Attroney and he has aceeded tosupport this request. Since the Court has allowed the Defendants two months after 30 September 2005 to respond to my discovery requests, the current scheduling order will in no way be affected by the Court allowing me more time to conduct discovery. My indigent status and the complete refusal of anone to produce discovery without a fight has made me unable to acquire any of the information and doscuments that I need to in any way prevail on my claims against the Defendants.

For the above reasons the Plaintiff asks the Court to GRANT his requested relief. .

BY:

_____
Richard Max Strahan, Plaintiff
928 Dorchester Avenue, #5
Boston, MA 02125
617.233.3854

*Pro Se and Proud!*

I certify that I consulted with the attorney for the Defendants on several occasions.

_____
Richard Strahan, Plaintiff

I hereby certify that a copy of this opposition has been served IN HAND on the Defendants' attorney on 28 September 2005

_____
Richard Strahan, Plaintiff