UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MAX STRAHAN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ELLEN ROY-HERZFELDER, et. al. )<br>)<br>Defendants. ) | Civil Action No.05cv10140-NMG |

ORDER ON DISCOVERY PERIOD

SOROKIN, M.J.                                                                                                October 7, 2005

Plaintiff has moved (docket # 62) to extend the period for written discovery until October 31, 2005 (a third one month extension). Defendants do not oppose. This Motion is ALLOWED, however, the Court is unlikely to allow any further extensions. At this time only the date for written discovery is amended. The prior limitations on written discovery remain in effect.

The Court has reviewed the status reports filed by the United States National Marine Fisheries Service and the Provincetown Center for Coastal Studies. The responses of these two entities to the subpoenas is complete and no further action in regard to the subpoenas is required.

Plaintiff has filed a Motion to Amend the Complaint (docket # 61). Previously, the Court extended the time for such a filing to September 30, 2005, with the limitation that the complaint may not add more parties or new legal claims. Plaintiff is ORDERED to file a copy of the

proposed Amended Complaint with the Court as an attachment to the Motion already filed and to serve a copy of the proposed Amended Complaint on the defendants.

    So Ordered.

/s/ LEO T. SOROKIN
Leo T. Sorokin
United States Magistrate Judge
