UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MAX STRAHAN )<br>)<br>Plaintiff, )<br>) Civil Action No.05cv10140-NMG<br>v. )<br>)<br>ELLEN ROY-HERZFELDER, et. al. )<br>)<br>Defendants. ) | |

ORDER ON DISCOVERY PERIOD

SOROKIN, M.J.                                                                                                                November 7, 2005

      Plaintiff has filed a Motion to Amend the Complaint (docket # 61).  In an October 7, 2005 Order the Court directed plaintiff to file a copy of the proposed Amended Complaint with the Court as an attachment to the Motion already filed and to serve a copy of the proposed Amended Complaint on the defendants.  To date the plaintiff has not submitted the proposed amended complaint to the Court.  Accordingly, the Court ORDERS that Plaintiff has until November 10, 2005 to file the proposed amended complaint and to serve a copy on the defendants.  Defendants shall file any objections to the filing of the proposed amended complaint by November 18, 2005.

      So Ordered.

                                                 /s/ LEO T. SOROKIN
                                                 Leo T. Sorokin
                                                 United States Magistrate Judge