UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 NOV 10 A 11: 52

U.S. DISTRICT COURT
DISTRICT OF MASS.

RICHARD MAX STRAHAN )
)
*Plaintiff* )
)   Civil Action No.
v. )
)   05 – 10140 - NMG
STEVEN PRITCHARD, *et al.* )
)   10 October 2005
*Defendants* )

PLAINTIFFS' NOTICE OF HIS SECOND FILING OF HIS
30 SEPTEMBER 2005 AMENDED COMPLAINT

The Plaintiff — Richard Max Strahan — FILED with the Court on 30 September 2005 an amended complaint with the Court. This filing was apparently lost by the Court and never docketed by it. However, Strahan has a stamped receipt of his filing from the Court. Strahan today has filed another copy of his 30 September 2005 amended complaint with the Court. Strahan also has served today on the Defendants for a second time his 30 September 2005 amended complaint. Strahan today files for a second time his 30 September 2005 amended complaint at the request of the Court.

For the above reasons the Plaintiff asks the Court to grant his requested relief.

BY:

_____
Richard Max Strahan, Plaintiff
928 Dorchester Avenue, #5
Boston, MA 02125
617.233.3854

*Pro Se and Proud!*

I hereby certify that a copy of this motion has been served VIA Mail and E-mail on the attorney for the Defendants on 10 November 2005.

_____
Richard Strahan, Plaintiff