UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 NOV 17 P 4:45

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| RICHARD MAX STRAHAN | )
| | )
| Plaintiff | )  Civil Action No.
| | )
| v. | )
| | )  05 – 10140 - NMG
| ELLEN ROY-HERZFELDER, *et al.* | )
| | )  17 November 2005
| Defendants | )

---

### PLAINTIFFS' ACCEDED TO MOTION FOR THE COURT TO ISSUE SUMMONS FOR THE NEW DEFENDANTS

---

The Public-Citizen Plaintiff— Richard Max Strahan —moves the Court to order the clerk-magistrate of the Court to issue to the Plaintiff summons under its signature for the Defendants added to the instant action by Strahan's 30 September 2005 Amended Complaint so that the Plaintiffs may promptly serve them on the added Defendants through service of process by the U. S. Marshals. Strahan requests a signed and embossed summons be supplied him for the Defendant Center of Coastal Studies and an additional one for the Defendant Charles Mayo. The Defendants have acceded to this motion.

For the above reasons the Plaintiff asks the Court to GRANT his requested relief. .

BY:
_____
Richard Max Strahan, Plaintiff

*Pro Se and Proud!*

I certify that I consulted personally with the attorney for the Defendants on 15 November 2005 vis telephone conference on the issues raised in this motion..

_____
Richard Strahan, Plaintiff

I hereby certify that a copy of this opposition has been served via e-mail on 18 November 2005.

_____
Richard Strahan, Plaintiff