UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RICHARD MAX STRAHAN )
)
*Plaintiff* )
) Civil Action No.
v. )
) 05 – 10140 - NMG
ELLEN ROY-HERZFELDER, *et al.* )
) 17 November 2005
*Defendants* )

---

### PLAINTIFFS' ACCEDED TO MOTION FOR THE COURT TO SCHEDULE A RULE 16 CONFERENCE TO SET A NEW TRIAL DATE AND REVISE OTHER DEADLINES

---

The Public-Citizen Plaintiff — Richard Max Strahan — moves the Court to schedule a Rule 16 status conference for the purpose of setting a new date for trial and to revise the dates for other events relevant to the proceedings. The Defendants have acceded to this request to the Court by Strahan and agree to it.

On 15 November 2005 Strahan and the Defendants attorney had a phone conference concerning the Plaintiffs' 30 September 2005 amended complaint that was aditionally filed for a second time with the Court on 10 November 2005. The Defendants' attorney said that he did not object to the filing of the Plaintiffs' amended complaint. The Defendants do not object to the addition of Jeremy Shugar as a plaintiff. The Defendants do not object to adding the Center for Coastal Studies and Charles May as defendants. The Defendants do not object to the new claims of fact and laws brought forward in the Amended Complaint against the Defendants and in support of the Plaintiff's claims against them.

A status conference is necessary for the Court to schedule a new trial date with the parties. The original parties have agreed that a date for trial should be extended to sometime in the Summer of 2006. Strahan needs the opportunity to conduct extensive discovery on the new Defendants and needs more time to conduct further discovery against the original Defendants in order to prevail on his claims against them. Much of the information sought for originally from the original Defendants has turned out to be in the possession of the new Defendants.

For the above reasons the Plaintiff asks the Court to GRANT his requested relief. .

BY:

_____
Richard Max Strahan, Plaintiff
928 Dorchester Avenue, #5
Boston, MA 02125
617.233.3854

*Pro Se and Proud!*

### CERTIFICATION OF CONSULTATION PURSUANT TO LOCAL RULE 7

I certify that I consulted personally with the attorney for the Defendants on 15 November 2005 vis telephone conference on the issues raised in this motion..

_____
Richard Strahan, Plaintiff

### CERTIFICATION OF SERVICE

I hereby certify that a copy of this opposition has been served via e-mail on 18 November 2005.

_____
Richard Strahan, Plaintiff