UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MAX STRAHAN           )<br>                              )<br>       Plaintiff,            )<br>                              )   Civil Action No.05cv10140-NMG<br>       v.                     )<br>                              )<br>ELLEN ROY-HERZFELDER, et. al. )<br>                              )<br>       Defendants.            ) | |

ORDER ON MOTION TO STRIKE

SOROKIN, M.J.                                             November 21, 2005

As noted in the Order dated September 8, 2005, at the motion hearing, plaintiff explained that he primarily wanted an opportunity to amend his complaint to add more factual assertions to buttress various theories in support of his legal claims. The Court, therefore, extended the deadline for filing an amended complaint until September 30, 2005, provided that the amendments added neither new parties nor new legal theories. The Court also extended the time for discovery, but not as to further discovery from Center for Coastal Studies or certain other non–parties.

On September 16, 2005, Center for Coastal Studies served plaintiff with additional information in light of the Court's September 8, 2005 Order on Discovery Motions. On October 7, 2005, the Court ruled that CCS' response to the subpoenas, supplemented by its September 16, 2005 disclosures, was complete.

On November 10, 2005, the Court received and docketed an Amended Complaint purporting to add CSC and one of its employees as defendants in this case. These two new

defendants have moved to strike the Amended Complaint as it pertains to them.  This Motion (Docket # 69) is ALLOWED.  While the Court gave plaintiff additional time to amend the Complaint, the time for adding parties or claims was not extended.  In addition, the amendment would necessitate additional discovery and a delay in the trial schedule according to plaintiff's Motion for another Rule 16 Conference and new trial date (docket # 68).

    WHEREFORE, the Court ALLOWS the Motion to Strike (Docket # 69) and STRIKES from the Amended Complaint those claims (or portions thereof) asserted against either Center for Coastal Studies or its employee Charles Mayo.  The record suggests that the Commonwealth has no objection to the filing of the Amended Complaint.  If the Commonwealth has an objection as to the timing of the filing or the scope of the claims or parties within it, then the Commonwealth shall file these objections by November 29, 2005.  Otherwise, the Commonwealth defendants shall respond to the pleading in the normal course.  The Motion for Scheduling of another Rule 16 Conference (Docket #68) is DENIED WITHOUT PREJUDICE to either or both sides renewing the request if they believe such a conference would be helpful notwithstanding the disposition of the Motion to Strike.

/s/ LEO T. SOROKIN
Leo T. Sorokin
United States Magistrate Judge