UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RICHARD MAX STRAHAN )
)
    *Plaintiff* )
) Civil Action No.
v. )
) 05 – 10140 - NMG
ELLEN ROY-HERZFELDER, *et al.* )
) 28 November 2005
    *Defendants* )

---

**PLAINTIFF'S MOTIONS FOR ORAL ARGUMENT ON HIS MOTION FOR RECONSIDERATION OF THE MAGISTRATE STRIKING HIS AMENDED COMPLAINT AND FOR A RULE 16 SCHEDULING CONFERENCE TO SET NEW DATES FOR TRIAL AND DISCOVERY**

---

The Public-Citizen Plaintiff — Richard Max Strahan — makes a motion to the District Judge (J. Gorton) requesting a hearing for oral argument on his outstanding motion to reconsider the Magistrate's (J. Sorokin) 21 November 2005 "Order on Motion to Strike"[1] ("Strike Order") that struck one of the added Defendants – the Provincetown Center for Coastal Studies[2] -- and his claims against it from Strahan's 30 September 2005 amended complaint ("Amended Complaint"). See 28 November 2005 "Plaintiff's Motion to the District Judge for Reconsideration of the 21 Novemner 2005 Order Striking Parts of His Amended Complaint" ("Motion for Reconsideration"). Strahan is also moving the Court – with the ascent of the Defendants -- for a Rule 16 conference to re-schedule a trial date and a discovery schedule as a result of the filing of the Amended Complaint and for other reasons.

On 30 September 2005 Strahan filed an Amended Complaint in the Court without any opposition from the Defendants. The Magistarte should NOT have interfered with this especially since he was only assigned to deal with discovery matters with the case. Instead the Magistrate schose to unlawfully entertain a motion by a non-party to strike the Amended Complaint. The Magistrate

---

[1] The Strike Order was in direct response to a motion from a non-party – the Providence Center for Coastal Studies – asking the Court to strike Strahan's Amended Complaint becuase it was included as a defendant. See 18 November 2005 "Provincetown Center for Coastal Studies' Motion to Strike Plaintiff's Amended Complaint" ("Non-Party Motion"). On 28 November 2005, Strahan moved the Court to strike the Non-Party Motion.

[2] Oddly the Magistrate in its 21 November 2005 Straike Order did not strike the other added Defendant Charles Mayo or the added plaintiff – Jeremy Shugar. This despite the fact that the Non-Party Motion asked for Strahan's entire Amended Complaint be stricken from the record. The Magistrate gave no reason for its only partially granting the sought after relief in the Non-Party Motion.

improperly refused to allow Strahan or the Defendants any opportunity to oppose this motion by summarily granting it without any of the Parties being allowed to respond to it. In its 21 November 2005 Strike Order, the only reason that the Magistrate gave for issuing its Strike Order was that the Amended Complaint would cause a conflict with the current trial date. It did this despite the Plaintiff having an outstanding motion – that was aceeded to by the Defendants – to reset the trial date and the discovery schedule. The Strike Order otherwise went on about discovery issues that have nothing to do with the filing of the Amended Complaint. It also misquoted Strahan as claiming at a hearing that he did not want to amend his complaint to add new parties. This is wrong. Strahan has repeatedly asserted to the Defendants and the Court – at that very hearing -- that he needed to add other parties as defendants in order to get his requested relief. His Amended Complaint does so.

Strahan also intends to challenge the Magistrate's refusal to grant his motion compelling the compliance with his third-party discovery subpoenas for document production. There is no basis in law for the Magistrate to allow third-party business agents of the Defendants to not produce any of the documents summoned for in Strahan's subpoenas to them.

For the above reasons the Plaintiff asks the Court to GRANT his requested relief.

BY:

_____
Richard Max Strahan, Plaintiff
928 Dorchester Avenue, #5
Boston, MA 02125
617.233.3854

*Pro Se and Proud!*

I certify that I consulted with the attorney for the Defendants on several occasions.

_____
Richard Strahan, Plaintiff

I hereby certify that a copy of this opposition will be served VIA E-mail and will also electronically filed with the Court later this day. Strahan refuses to serve a copy of this motion on the PCCS and Defendant Mayo until they have been served a summons in the instant action as they are not current parties in it and Strahan is under no obligation to serve them copies of his filings in the instant action.

_____
Richard Strahan, Plaintiff