UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RICHARD MAX STRAHAN, <br><br> and <br><br> JEREMY SHUGAR, <br><br>   Plaintiffs <br><br> v. <br><br> ELLEN ROY-HERZFELDER, in her official capacity as Secretary of the Massachusetts Executive Office of Environmental Affairs, <br><br> DAVID M. PETERS, in his official capacity as Commissioner of the Massachusetts Department of Fish and Game, <br><br> and <br><br> PAUL DIODATI, in his official capacity as Director of the Massachusetts Division of Marine Fisheries, <br><br>   Defendants | Civil Action <br> No. 05-10140-NMG |

**STATE DEFENDANTS' MOTION TO ENLARGE AND
CONSOLIDATE FILING DEADLINES**

Ellen Roy-Herzfelder, in her official capacity as Secretary of the Massachusetts Executive Office of Environmental Affairs, David M. Peters, in his official capacity as Commissioner of the Massachusetts Department of Fish and Game, and Paul Diodati, in his official capacity as Director of the Massachusetts Division of Marine Fisheries (together, the

"State Defendants"), hereby move that this Court consolidate, for briefing purposes, the existing deadline for the filing of dispositive motions (currently set as January 17, 2006) with the State Defendants' deadline for responding to the plaintiff's recently-filed motion for a preliminary injunction, and that the Court set the deadline for the filing of both pleadings as January 24, 2006.

In support of this motion, and as grounds therefor, the State Defendants state as follows:

1.      In this action, the plaintiff, Richard Max Strahan ("Strahan"), seeks declaratory and injunctive relief in the form of a judgment holding that the State Defendants, as the entities statutorily charged with regulating lobster fishing in the Commonwealth of Massachusetts, have violated the Endangered Species Act and/or the Marine Mammal Protection Act by permitting Massachusetts lobstermen to use gear that is likely to result in the takings of various species of federally-protected whales.

2.      Under the scheduling order issued by this court (Gorton, J.) and subsequently modified by the Magistrate Judge (Sorokin, M.J.), discovery in this case has recently been completed, and the deadline for the filing of dispositive motions pursuant to Fed. R. Civ. P. 56 is presently set for January 17, 2006.

3.      Strahan has recently filed a motion for a preliminary injunction in this case, seeking, among other things, an order enjoining the State Defendants from issuing licenses to certain classes of lobstermen during the pendency of this case. No hearing date has been set with respect to Strahan's motion.

4.      Any analysis of Strahan's entitlement to the preliminary injunction which he seeks will necessarily implicate, among other things, an assessment of whether he is likely to prevail

on the merits of his underlying claim. This is precisely the analysis the State Defendants are preparing to undertake in connection with their request for summary judgment, which is currently due on January 17, 2006.

5.  In addition to duplicating this effort, the request for a preliminary injunction requires an assessment of the irreparable harm likely to befall the State Defendants (and the lobstermen whom they regulate) if the requested injunction were entered.

6.  It will serve the interests of judicial economy, and prevent the duplication of efforts, therefore, to consolidate these pendings matters into a single briefing schedule. Granting the requested small modification to the existing scheduling order will have no effect upon the other dates already established by the court, including the scheduled date of any necessary trial.

WHEREFORE, the State Defendants respectfully request that this Court enter an order consolidating the dates by which the State Defendants must (a) reply to the plaintiff's motion for a preliminary injunction; and (b) file their motion for summary judgment, and setting the deadline for both pleadings to be filed as January 24, 2006.

Respectfully submitted,

ELLEN ROY-HERZFELDER, in her official capacity as Massachusetts Secretary of Environmental Affairs;

DAVID M. PETERS, in his official capacity as Massachusetts Commissioner of the Department of Fish and Game;

and

PAUL DIODATI, in his official capacity as Director of the Massachusetts Division of Marine Fisheries

By their attorney,

THOMAS F. REILLY
ATTORNEY GENERAL


s/Daniel J. Hammond
Daniel J. Hammond
Assistant Attorney General
Government Bureau
One Ashburton Place, Room 2019
Boston, Massachsuetts 02108
(617) 727-2200, ext. 2078

Date:  December 23, 2005