UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MAX STRAHAN    )<br>                                                       )<br>     *Plaintiff*                                  )<br>                                                       )<br>v.                                                    )<br>                                                       )<br>ELLEN ROY-HERZFELDER, *et al.*     )<br>                                                       )<br>     *Defendants*                            ) | Civil Action No.<br><br>05 – 10140 - NMG<br><br>3 January 2006 |

_____

**PLAINTIFFS ACCEDED TO MOTION FOR THE COURT TO ISSUE SUMMONS FOR DEFENDANT CENTER FOR COASTAL STUDIES AND DEFENDANT MAYO**
_____

The Plaintiffs move the Court to issue to them summons for the new Defendants that were added to the instant action by the Plaintiffs' 30 September 2005 Amended Complaint (Docket Item #66) — the Defendant Center for Coastal Studies and the Defendant Charles Mayo. The original Defendants accede to this request by the Plaintiffs and otherwise also accede to Strahan's request that his Amended Complaint be accepted by the Court and that the CCS and Charles Mayo may be added as defendants to the instant action.

For the above reasons the Plaintiffs ask the Court to GRANT his requested relief.

    BY:

_____
Richard Max Strahan, Plaintiff
928 Dorchester Avenue, #5
Boston, MA 02125
617.233.3854

*Pro Se and Proud!*

_____

### CERTIFICATION OF CONSULTATION PURSUANT TO LOCAL RULE 7
_____

I certify that I consulted with the attorney for the Defendants on 5 January 2006 and he has agreed to accede to the above motion.

_____
Richard Strahan, Plaintiff

_____

### CERTIFICATION OF SERVICE
_____

I hereby certify that a copy of this opposition has been served VIA E-mail on the Defendants' attorney on 3 January 2006

_____
Richard Strahan, Plaintiff