UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MAX STRAHAN )<br>)<br>    *Plaintiff* )<br>)<br>v. )<br>)<br>ELLEN ROY-HERZFELDER, *et al.* )<br>)<br>    *Defendants* ) | Civil Action No.<br><br>05 – 10140 - NMG<br><br>20 January 2006 |

_____

NOTICE OF NEW MAILING ADDRESS FOR PLAINTIFF RICHARD MAX STRAHAN
_____

The Plaintiff — Richard Max Strahan — notifies the Court that his address has changed and his current address is as follows —

Richard Max Strahan
236 West Portal Avenue, Unit #195
San Francisco CA 94127

Send any future mailings to Strahan at the above stated address and not to any other address.

    BY:
_____

Richard Max Strahan, Plaintiff
236 West Portal Avenue, Unit #195
San Francisco CA 94127
617.233.3854

*Pro Se and Proud!*

I hereby certify that a copy of this Notice has been served on the Defendants' attorney on 20 January 2006
_____
Richard Strahan, Plaintiff