UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MAX STRAHAN ) | |
| ) | |
| *Plaintiff* ) | |
| ) | Civil Action No. |
| v. ) | |
| ) | 05 – 10140 - NMG |
| STEPHEN PRITCHARD[1], *et al.* ) | |
| ) | 18 May 2006 |
| *Defendants* ) | |

_____

### JOINT MOTION FOR THE COURT TO HOLD A STATUS CONFERENCE AND TO ADOPT A NEW SCHEDULE FOR DISCOVERY AND TRIAL
_____

The Plaintiffs and the Defendants jointly moved the Court to hold a status conference in the end of June for the purpose of adopting a new schedule of dates to proceed to trial. They also ask the Court to extend its previously set date for the Defendants to respond to the Plaintiffs' outstanding motion for a preliminary injunction and/or to file a motion for summary judgment for a further thirty days. The Plaintiffs and the Defendants are seeking the Court to order that document discovery will continue for a further period of time to the end of July 2006 and then for the Court to hold an evidentiary hearing at about that time to hear oral argument on the Plaintiffs' outstanding motion for a preliminary injunction and to consolidate this hearing with a trial on the merits pursuant to Rule 65(a)(2) of the Fed. R. Civ. Proc. See 18 May 2006 "Joint Motion for an Evidentiary Hearing on the Plaintiffs' Motion for a Preliminary Injunction and for a Consolidation of the Hearing with a Trial Pursuant to Rule 65(a)(2)."

The Plaintiffs and the Defendants are actively engaged in settlement discussions. If the Plaintiffs and the Defendants reach a settlement agreement then they will be asking the Court to

---

[1] The original named defendant Ellen Roy-Herzfelder as subsequently left her employment as the secretary of the Massachusetts Executive Office of Environmental Affairs and was replaced by this currently named defendant who is currently employed in the said position.

approve this agreement and to have continued oversight over its successful implementation in the future.

Specifically the Plaintiffs and the Defendants ask the following —

1. For the Court to hold in July 2006 an evidentiary hearing on the Plaintiffs motion for a preliminary injunction.

2. That the requested evidentiary hearing and hearing for oral argument on the Plaintiffs' motion for a preliminary injunction be consolidated as a hearing for final judgment pursuant to Rule 65(a)(2).

3. For the Court to extend for thirty days the date that the Defendants must respond to the Plaintiffs' outstanding motion for preliminary injunction and/or to submit a motion for summary judgment..

4. For document discovery between the parties and to third parties be continued until the date of the evidentiary hearing.

5. That the Court to require that the Plaintiffs and Defendants to supply the Court a single list of mutually agreed to witnesses to be subpoenaed and/or appear at the requested evidentiary hearing and to be examined by all parties two weeks prior to the proposed evidentiary hearing.

6. Lastly, for the Court to hold a status conference — hopefully at the end of June 2006 — with the purpose of discussing the above proposed acts and setting an actual date for the proposed evidentiary hearing on the Plaintiff's motion for a preliminary injunction and which at that time the parties would report on the progress on their settlement discussions.

The Plaintiffs and the Defendants assert that the issues of the instant action concern issues of critical importance to the Public Interest. The Public Interest requires that the Court fully adjudicate the serious issues underlying the instant action as soon as possible and by being provided full access to the factual basis of the issues underlying the Plaintiffs' claims against the Defendants.

For the above reasons the Plaintiff and the Defendants ask the Court to GRANT their requested relief.

BY:

_____
Richard Max Strahan, Plaintiff
236 West Portal Avenue, #195
San Francisco, CA
617.233.3854

Jeremy Shugar, Plaintiff
86 Norfolk Street, #3
Cambridge, MA 02138

*Pro Se and Proud!*

For the Defendants:

_____
Thomas Riley, esq. and
Daniel Hammond, esq.
Massachusetts Office of the Attorney General
One Ashburton Place
Boston MA  02108