UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MAX STRAHAN )<br>)<br>*Plaintiff* )<br>)<br>)<br>v. )<br>)<br>STEPHEN PRITCHARD[1], *et al.* )<br>)<br>*Defendants* ) | Civil Action No.<br><br>05 – 10140 - NMG<br><br>30 June 2006 |

_____

PLAINTIFFS' ACCEDED TO MOTION TO EXTEND 21 JULY 2006 OF EVIDENTIARY
HEARING TO ACCOMMODATE AGREED LIST OF EXPERT WITNESSES
_____

Public Citizen Richard Max Strahan moves the Court to extend the duration of the previously scheduled evidentiary hearing for several more days in order that the parties may take testimony from a mutually agreed list of ten expert witnesses. The Defendants have acceded to the instant motion. At present the Court has only scheduled the hearing to be on a single day. It is clear that only one or two witnesses can be examined on that date. This will not allow the parties to present to the Court a sufficient body of expert testimony in order to fully adjudicate the Strahan's claims against the Defendants of violating the Section 9 take prohibitions of the Endangered Species Act.

The agreed to list of expert witnesses is as follows —

1. Scott Kraus

2. David Wiley

3. Clifford Goudey

---

[1] The original named defendant Ellen Roy-Herzfelder as subsequently left her employment as the secretary of the Massachusetts Executive Office of Environmental Affairs and was replaced by this currently named defendant who is currently employed in the said position.

  4.  Charles Mayo

  5.  Scott Landry

  6.  Sharon Young

  7.  Michael Moore

  8.  Fred O'Regan

  9.  Daniel Mckiernen

  10.  Tom French

The parties together estimate that to properly examine these expert witnesses will take at least four to five days. The Court should consider this evidentiary hearing as the trial on the merits. The parties have agreed to allow the Court to enter its decision on the Plaintiffs preliminary injunction as a decision on the merits of the Plaintiffs claims against the Defendants if the Court allows the mutually agreed above list of witnesses to be examined during the course of the scheduled evidentiary hearing. Granting the instant motion will serve the purposes of judicial economy and be an alternative to a far more time consuming route to a trial on the merits.

For the above reasons the Plaintiffs ask the Court to GRANT his requested relief. .

BY:

_____
Richard Max Strahan, Plaintiff
236 West Portal Avenue, #195
San Francisco, CA
617.233.3854

*Pro Se and Proud!*

_____

CERTIFICATION OF CONSULTATION PURSUANT TO LOCAL RULE 7

_____

I certify that I consulted with the attorney for the Defendants on the issue of the Court issuing me the relief requested in the instant motion.

_____
Richard Max Strahan, Plaintiff

_____

CERTIFICATION OF SERVICE

_____

I hereby certify that a copy of this opposition has been served VIA E-mail on the Defendants' attorney on 30 June 2006.

_____
Richard Max Strahan, Plaintiff