UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RICHARD MAX STRAHAN | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 05-10140-NMG |
| ELLEN ROY-HERZFELDER, *et al.* | ) | |
| | ) | |
| Defendants | ) | |

**MOTION TO QUASH SUBPOENA
PURPORTEDLY SERVED UPON SCOTT KRAUS**

Scott Kraus moves the Court to quash the subpoena that he received in the mail on July, 3, 2006. As grounds for this motion, Kraus states that (1) the subpoena was not properly served, (2) he cannot be required to provide expert testimony against his will, and (3) he has long-standing plans to be out of state on vacation on the day plaintiff Richard Strahan seeks to compel his expert testimony. As more fully discussed in the Memorandum in Support of Motion to Quash Subpoena Purportedly Served upon Scott Kraus, for each of these reasons, the Court should quash the subpoena.

Wherefore, Scott Kraus moves the Court to quash the subpoena that was mailed to him.

SCOTT KRAUS

By his attorneys,

  /s/Joseph F. Shea
Joseph F. Shea (BBO # 555473)
Eric N. Shor (BBO # 664102)
Nutter, McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA  02210
617-439-2280

Dated: July 11, 2006


<u>CERTIFICATE OF SERVICE</u>

I hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.


 /s/Joseph F. Shea
Joseph F. Shea (BBO # 555473)


1545179.1