UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MAX STRAHAN    )<br>                              )<br>         Plaintiff           )<br>                              )<br>v.                            )<br>                              )   Civil Action No. 05-10140-NMG<br>ELLEN ROY-HERZFELDER, *et al.* )<br>                              )<br>         Defendants          ) | |

## AFFIDAVIT OF SCOTT KRAUS
## IN SUPPORT OF MOTION TO QUASH SUBPOENA

I, Scott Kraus, hereby depose and state on oath as follows:

1.  I am Vice President of Research/Senior Scientist at the New England Aquarium (the "Aquarium"). I hold a Ph.D. in Zoology and an M.S. in Biology. I am a member of the National Right Whale Recovery Team, National Harbor Porpoise Take Reduction Team, and the National Large Whale Take Reduction Team.

2.  On July 3, 2006, I received in the mail a document that purported to be a subpoena from this Court to testify at a hearing on July 21, 2006. No fees were tendered with the purported subpoena.

3.  I have not been retained as an expert by any party to this case. I have no knowledge of the matters at issue and no reason to believe that I could provide any relevant factual information.

4.  Despite the fact that I know nothing about this case and have not been retained as an expert, I understand that on June 30, 2006, Richard Strahan identified me as an "agreed expert" in this case.

5.  On July 8, 2006, I begin a long-scheduled vacation in Wyoming and Montana, returning on July 22, 2006. When I return from vacation, I will almost immediately go to my field station to continue my research on marine mammals in eastern Maine and Canada pursuant to a contract with the National Marine Fisheries Service. I will remain at the field station during August and September 2006..

6.  Richard Strahan has a lengthy history of filing baseless lawsuits against the Aquarium and of violating a permanent injunction barring him from the Aquarium and the surrounding area. Strahan's identification of me as an "agreed expert" in this case is a similarly baseless and harassing tactic.

7.  Because I was not retained as an expert in this case, was not properly served with a subpoena, and will be out of state on July 21, 2006, it would be unduly burdensome for me to testify in this case.

Subscribed and sworn to by me under the pains and penalties of perjury on this 7th day of July 2006.

_____
Scott Kraus

### CERTIFICATE OF SERVICE

I hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

1544075.1

/s/Joseph F. Shea
Joseph F. Shea (BBO # 555473)