UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MAX STRAHAN, *et al.* | ) |
| *Plaintiffs* | ) |
| | ) Civil Action No. |
| v. | ) |
| | ) 05 – 10140 - NMG |
| STEPHEN PRITCHARD[1], *et al.* | ) |
| | ) 18 July 2005 |
| *Defendants* | ) |

_____

PLAINTIFFS' OPPOSITION TO MOTION TO QUASH SUBPOENA BY KRAUS
_____

Plaintiff Richard Max Strahan opposes the 11 July 2006 "Motion to Quash Subpoena Purportedly Served on Scott Kraus." The subpoena to Scott Kraus was properly served and the Public Interest demands his presence at the evidentiary hearing to be held in this matter beginning on 21 July 2006. This person is not being asked to provide expert testimony. This individual is a long-standing business partner of the Defendants and is a witness to all manner of events surrounding the issues underlying Strahan's claims against the Defendants going back to 1980. In point of fact, Strahan is expected to ask the Court to allow him to treat Kraus as a hostile witness. The only real reason that Kraus does not want to testify is to prevent Strahan from obtaining useful evidentiary testimony from him that would allow Strahan to successfully prosecute his claims against the Defendants. Kraus is a known conspirator with the Defendants and a business partner with other commercial fishing interests also.

---

[1] The original named defendant Ellen Roy-Herzfelder as subsequently left her employment as the secretary of the Massachusetts Executive Office of Environmental Affairs and was replaced by this currently named defendant who is currently employed in the said position.

Kraus claims to like whales and to be a scientist. Since this case is about protecting endangered wildlife it should be a point of interest that contradicts Kraus' selfless claims that he does not want to testify before the Court and assist in its possibly issuing orders to protect whales. Obviously Kraus does not want whales protected by the Court because in reality he is a supporter of the commercial fishing industry.

Kraus attorney seizes on a single word in a filing by Strahan, the word "expert." Strahan wants to make it clear that he does not consider Kraus an expert in anything except exploiting environmental issues for personal gain. He is a witness needed, for example, to impeach the allegations of the Defendants. The affidavit of McKiernan makes a reference to an op-ed piece authored by Kraus and others. This article appeared in the 12 July 2005 issue of *Science* magazine and was entitled "North Atlantic Right Whale in Crisis." Strahan is relying on Kraus testimony — in part — to impeach McKiernan's claims concerning this article.

The Public Interest demands that Strahan be allowed to have Kraus available as a witness at the evidentiary hearing to be held in this matter. Since Kraus makes millions of dollars pretending to care about whales, his testifying in support of whale protection is consistent with his professional activities and should be construed as why he is working for non-profit corporations.

For the above reasons the Plaintiff asks the Court to GRANT his requested relief. .

BY:

_____
Richard Max Strahan, Plaintiff
236 West Portal Avenue, #195
San Francisco, CA
617.233.3854

*Pro Se and Proud!*

_____
CERTIFICATION OF CONSULTATION PURSUANT TO LOCAL RULE 7
_____

I certify that I consulted with the attorney for the Defendants on the issue of the Court issuing me the relief requested in the instant motion.

_____
Richard Strahan, Plaintiff

_____
CERTIFICATION OF SERVICE
_____

I hereby certify that a copy of this opposition has been served on the Defendants' attorney on 18 July 2005.

_____
Richard Strahan, Plaintiff