UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-10140-NMG

RICHARD MAX STRAHAN
    Plaintiff

v.

ELLEN ROY-HERZFELDER, as Secretary of the Massachusetts Executive Office of Environmental Affairs; DAVID M. PETERS, as Commissioner of the Massachusetts Department of Fish and Game; and PAUL DIODATI, as Director of the Massachusetts Division of Marine Fisheries,
    Defendants

## MOTION OF NON-PARTY WITNESS TO QUASH SUBPOENA

William Adler ("Adler"), by his counsel, moves to quash the trial/hearing subpoena in this matter which was mailed to him at his place of business by the plaintiff without reasonable time for preparation and without the fees and mileage required by statute and the civil rules.

In support of this Motion, Adler states as follows:

1. Adler is employed by and is an officer of the Massachusetts Lobstermen's Association, Inc. ("MLA"), and has a principal and usual place of business at the MLA office in Scituate, Massachusetts, approximately thirty (30) miles from this Court;

2. On July 18, 2006, Adler received a subpoena by mail at the MLA office from the plaintiff Richard Max Strahan (copy attached); the subpoena seeks the attendance of Adler at a hearing in this Court on July 21, 2006 at 2:00 p.m.; it was unaccompanied by any fee for attendance or any mileage payment;

3. Fed. R. Civ. P. 45(b)(1) requires that subpoenas be served by a <u>disinterested</u> person "not a party" to the action, that they be served by "delivering a copy" of the subpoena (mailing is not mentioned), and that if attendance is required the witness is to be provided "the fees for one day's attendance and the mileage allowed by law"; 28 U.S.C. Sect. 1821(b) provides that the attendance fee for a witness is $40 daily;

4. The subpoena received by Adler is multiply deficient because it was not properly served, and because it was unaccompanied by the required payments and therefore incomplete;

5. The subpoena provides inadequate notice to Adler and is therefore unduly burdensome; Adler has plans to be in another state on July 20 and would have to rearrange his personal and business schedule in order to attend this hearing on such short notice;

6. Adler adopts by reference the general arguments made in the memorandum supporting a motion to quash the subpoena served by mail in similar fashion on Scott Kraus (Court document 89-1);

7. For all these reasons Adler seeks to quash the subpoena as received.

WHEREFORE, Adler requests that this Court quash the attached subpoena and excuse him from any compulsion to attend the hearing scheduled at 2:00 pm on July 21, 2006.

WILLIAM ADLER
By his attorney,

*/s/ Steven S. Broadley*
Steven S. Broadley, BBO #542305
Posternak Blankstein & Lund, LLP
Prudential Tower
800 Boylston Street, 33rd Floor
Boston, MA 02199-8004
617-973-6100

## CERTIFICATE OF SERVICE

I, Steven S. Broadley, Esquire of Posternak, Blankstein & Lund, LLP, hereby certify that on this 19 day of July, 2006, I caused a copy of the above **Motion of Non-Party Witness to Quash Subpoena** to be served electronically to the following:

Richard Max Strahan
236 West Portal Avenue, # 195
San Francisco, CA   94127-1423
esistoo@yahoo.com

Daniel J. Hammond
Attorney General's Office
One Ashburton Place, Room 2019
Boston, MA   02108-1698
dan.hammond@ago.state.ma.us

David M. Ryan, Esquire
Nixon Peabody LLP
100 Summer Street
Boston, MA   02110
dryan@nixonpeabody.com

Amy R. George, Esquire
Nixon Peabody LLP
100 Summer Street
Boston, MA   02110
ageorge@nixonpeabody.com

James E. Riley, Jr., Esquire
Riley & Associates
420 Main Street, Suite 25
Walpole, MA   02081-3753
jriley@rileypc.com

Srinath J. Govindan, Esquire
U.S. Dept. of Justice, ENRD
PO Box 7369
Washington, DC   20004-7369
Jay.Govindan@usdoj.gov

Joseph F. Shea, Esquire
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02201-2699
jshea@nutter.com

_____
Steven S. Broadley

≈AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

_Eastern_ DISTRICT OF _Massachusetts_

Richard Strahan
V.
Secretary Herzfelder, et al.,

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  05-10140-NMG

TO: William Adler ℅ Mass. Lobstermen Association
8 Otis Place
Scituate MA 02066-1323

X  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY<br>UNITED STATES DISTRICT COURT<br>1 COURTHOUSE WAY<br>BOSTON, MA  02210 | COURTROOM<br>NO. 4    3rd Floor |
| --- | --- |
| | DATE AND TIME<br>7/21/06 2:00 P.M. |

☐  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |

☐  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
| --- | --- |

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |

   Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br>Courtroom Clerk | DATE<br>6/13/06 |
| --- | --- |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Craig J. Nicewicz, Courtroom Clerk USDC 1 Courthouse Way, Suite 2300 Boston, MA 02210
(Issued on behalf of Pro-se Plaintiff Richard Strahan under Rule 45)

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number

AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 16 July 2006 | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| William Adler | First Class U.S. Mail |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Richard Max Strahan | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on   16 July 2006
              DATE

SIGNATURE OF SERVER

236 W. Portal Ave. #195
ADDRESS OF SERVER
San Francisco CA 94127