UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 JUL 20 P 3: 23

| | |
|---|---|
| RICHARD MAX STRAHAN ) | |
| ) | Civil Action No. 05-10140-NMG |
| *Plaintiff* ) | DISTRICT OF MASS. |
| ) | |
| v. ) | |
| ) | |
| ELLEN ROY-HERZFEDLER, Secretary ) | |
| EXECUTIVE OFFICE OF ENVIRONMENTAL ) | |
| AFFAIRS ) | |
| ) | |
| DAVID M. PETERS, Commissioner ) | |
| DEPARTMENT OF FISH AND GAME ) | |
| ) | |
| PAUL DIODATI, Director ) | |
| DIVISION OF MARINE FISHERIES ) | |
| ) | |
| *Defendants* ) | |

### MOTION OF NON-PARTY FREDERICK O'REGAN TO QUASH SUBPOENA

On July 20, 2006, Frederick O'Regan (hereinafter O'Regan), President of the International Fund for Animal Welfare and a non-party to this litigation, received (by mail) a Subpoena (attached hereto as "Exhibit A"), requiring him to appear in the United States District Court on the following day, July 21, 2006 at 2:00 p.m.

Frederick O'Regan, by and through his counsel, moves this Court to quash the Subpoena on the grounds that the Subpoena was improperly served, was without the fees and mileage required by statute and the Federal Civil Rules of Federal Procedure, was without reasonable time for preparation and is unduly burdensome.

In support of this Motion, Mr. O'Regan states as follows:

1. O'Regan is the President of the International Fund for Animal Welfare and has a principal and usual place of business at Yarmouth Port, Massachusetts (74) miles from the Court.

2. The Subpoena mailed to Mr. O'Regan was not accompanied by any fee for attendance or any mileage payment.

3. Fed. R. Civ. P. 45(b)(1) requires that a subpoena "be served by a person who is 'not a party' to the action. . . . Service of a subpoena upon a person named therein shall be made by delivering a copy thereof to such persons, and if the person's attendance is commanded, by tendering to that person the fees for one day's attendance and the mileage allowed by law."

4. The subpoena received by O'Regan is deficient because:

   A.  The service of the subpoena in question was not made by a "disinterested person" and was not delivered in person to Mr. O'Regan.

   B.  The Subpoena was not accompanied by the "fees for one day's attendance and the mileage allowed by law.

   C.  The subpoena provides inadequate notice to O'Regan and is, therefore, unduly burdensome.

5. O'Regan adopts by reference the general arguments made in the memorandum supporting a motion to quash the subpoena served by mail in similar fashion on Scott Kraus (Court Document 89-1).

**WHEREFORE,** for all these reasons, O'Regan requests that this Court quash the subpoena and excuse him from attending the hearing scheduled at 2:00 p.m. on July 21, 2006.

Respectfully submitted,

Frederick O'Regan

By this attorney,

_____
James E. Riley, Jr.
BBO #420320
RILEY & ASSOCIATES
420 Main Street, Suite 25
Walpole, MA 02081
(508) 668-3360

## CERTIFICATE OF SERVICE

I, James E. Riley, Jr., of Riley & Associates, hereby certify that on this 20th day of July 2006, I caused a copy of the above **Motion to Quash Subpoena** to be served by mail to the following:

Richard Max Strahan
236 West Portal Avenue #195
San Francisco, CA 94127-1423

Daniel J. Hammond
ATTORNEY GENERAL'S OFFICE
One Ashburton Place, Room 2019
Boston, MA 02108-1698

David M. Ryan, Esq.
NIXON PEABODY, LLP
100 Summer Street
Boston, MA 02110

Amy R. George, Esq.
NIXON PEABODY, LLP
100 Summer Street
Boston, MA 02110

Srinath J. Govindan, Esq.
U. S. DEPT. OF JUSTICE, ENRD
P. O. Box 7369
Washington, DC 20004-7369

Steven S. Broadley, Esq.
POSTERNAK, BLANKSTEIN & LUND LLP
Prudential Tower
800 Boylston Street, 33rd Floor
Boston, MA 02199-8004

Joseph F. Shea, Esq.
NUTTER, McCLENNEN & FISH, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02201-2699

_____
James E. Riley, Jr.

Exhibit A

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

Eastern _____ DISTRICT OF _____ Massachusetts

Richard Strahan

V.

Secretary Herzfelder, et al.,

**SUBPOENA IN A CIVIL CASE**

TO: Fredericks O'Regan
410 Church Street
W. Barnstable MA
02668-1432

To International Fund for Animal Welfare
411 Main Street
Yarmouthport MA 02675-1843

Case Number:¹ 05-10140-NMG

☒ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| UNITED STATES DISTRICT COURT<br>1 COURTHOUSE WAY<br>BOSTON, MA 02210 | NO. 4   3rd Floor |
| | DATE AND TIME |
| | 7/21/06 2:00 P.M. |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects)

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] Courtroom Clerk | 6/13/06 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Craig J. Nicewicz, Courtroom Clerk USDC 1 Courthouse Way, Suite 2300 Boston, MA 02210
(Issued on behalf of Pro-se Plaintiff Richard Strahan under Rule 45)

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

¹ If action is pending in district other than district of issuance, state district under case number

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED | 15 July 2006 |  |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Frederick O'Regan |  |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Richard Max Strahan |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  15 July 2006
                   DATE

SIGNATURE OF SERVER

236 W. Portal Ave, #195
ADDRESS OF SERVER

San Francisco CA 94127

R. STRAHAN
236 W. Portal Ave., #195
San Francisco CA 94127

BOSTON MA 021
17 JUL 2006 PM 14 L

Frederick O'Regan
International Fund for Animal Welfare
411 Main Street
Yarmouthport MA
02675-1643