UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MAX STRAHAN        ) | |
| ) | |
| *Plaintiff*        ) | |
| ) | Civil Action No. |
| v.        ) | |
| ) | 05 – 10140 - NMG |
| STEPHEN PRITCHARD[1], *et al*.        ) | |
| ) | 26 July 2006 |
| *Defendants*        ) | |

_____

PLAINTIFFS' MOTION TO RESCHEDULE EVIDENTIARY HEARING
TO A DATE IN SEPTEMBER 2006
_____

Citizen Attorney General — Richard Max Strahan — moves the Court to reschedule the evidentiary hearing that is currently set for 3 August 2006 to a date at the Court's discretion in September of 2006. In support of his motion Strahan offer the following: (1) When the Court set the current date at its hearing on 19 July 2006, Strahan did not recollect at that time that he has a prior and not revocable commitment as a condition of his employment that requires his presence outside of Massachusetts on that date; (2) In addition, Strahan has contacted several of individuals that he wants to subpoena as witnesses to the evidentiary hearing and they have informed him they will not be in Massachusetts in August owing to Summer vacation and other commitments; (3) Finally Scott Kraus is an important witness for Strahan and he needs him personally to testify on his behalf at the evidentiary hearing. Since Kraus' attorney said at the said prior hearing that he would be out of Massachusetts in August, the Court rescheduling its evidentiary hearing till September will allow Strahan to subpoena Kraus as a witness.

---

[1] The original named defendant Ellen Roy-Herzfelder as subsequently left her employment as the secretary of the Massachusetts Executive Office of Environmental Affairs and was replaced by this currently named defendant who is currently employed in the said position.

For the above reasons the Plaintiff asks the Court to GRANT his requested relief.

BY:
_____
Richard Max Strahan, Plaintiff
236 West Portal Avenue, #195
San Francisco, CA
617.233.3854

*Pro Se and Proud!*

_____
CERTIFICATION OF CONSULTATION PURSUANT TO LOCAL RULE 7
_____

I certify that I consulted with the attorney for the Defendants on the issue of the Court issuing me the relief requested in the instant motion.

_____
Richard Strahan, Citizen Attorney General

_____
CERTIFICATION OF SERVICE
_____

I hereby certify that a copy of this opposition has been served a Court E-filing on the Defendants' attorney on 26 July 2006.

_____
Richard Strahan, Citizen Attorney General