UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RICHARD MAX STRAHAN | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | Civil Action No. |
| v. | ) | |
| | ) | 05 – 10140 - NMG |
| STEPHEN PRITCHARD[1], *et al.* | ) | |
| | ) | 28 July 2006 |
| *Defendants* | ) | |

_____

PLAINTIFFS' REQUESTING ISSUANCE OF SUBPOENAS AND SERVICE BY THE U. S.
MARSHALS FOR WITNESSES AT THE SCHEDULED EVIDENTIARY HEARING
_____

Citizen Attorney General — Richard Max Strahan — moves the Court to order the
issuing of subpoenas for the following list of persons for them to appear as witnesses for
examination by the parties at the Court's upcoming evidentiary hearing in this matter. These are
witnesses to the facts underlying Strahan's claims against the Defendants.  At the Court's
hearing on 19 July 2006 in this matter, it ordered from the bench that the Court would issue
subpoenas for six persons at Strahan's request to be required to attend the upcoming evidentiary
hearing in this matter. The Court also ruled that it would provide the costs associated with the
issuance of these subpoenas and also would issue an order requiring the U. S. Marshals to
properly serve the said subpoenas.  Strahan now moves the Court to do so.

Strahan asks the Court to issue a subpoena to each of the persons listed below to appear
at the upcoming evidentiary hearing — whatever date it is be held on — and then to order the

_____

[1] The original named defendant Ellen Roy-Herzfelder as subsequently left her employment as the
secretary of the Massachusetts Executive Office of Environmental Affairs and was replaced by
this currently named defendant who is currently employed in the said position.

U. S. Marshals to serve each of the said individuals with their respective subpoenas.  The list of person to be subpoenaed is as follows —

1.    Michael Moore,
      Woods Hole Oceanographic Institute, Mail stop 50, Woods Hole MA 02543.

2.    Sharon Young,
      22 Washburn Street, Sagamore Beach, MA 02562.

3.    Scott Kraus,
      New England Aquarium, One Central Wharf, Boston MA 02110.

4.    Scott Landry,
      Center for Coastal Studies, 115 Bradford Street, Provincetown MA 02657

5.    Charles Mayo,
      Center for Coastal Studies, 115 Bradford Street, Provincetown MA 02657

6.    Richard Pace,
      Northeast Fisheries Science Center, 166 Water Street, Woods Hole MA 02543.

The issue of the date of the evidentiary hearing is not certain. The Court has scheduled it for 3 August 2006. However, Strahan has requested in another filing with the Court that it be continued to another date in September 2006 owing to the lack of availability of Michaela Moore, Scott Kraus, and maybe other above named individuals because of Summer vacation schedules and other prior commitments.

For the above reasons the Plaintiff asks the Court to GRANT his requested relief.


BY:

_____
Richard Max Strahan, Plaintiff
236 West Portal Avenue, #195
San Francisco, CA
617.233.3854

*Pro Se and Proud!*

_____

CERTIFICATION OF CONSULTATION PURSUANT TO LOCAL RULE 7
_____

I certify that I consulted with the attorney for the Defendants on the issue of the Court issuing me the relief requested in the instant motion.

_____
Richard Strahan, Citizen Attorney General

_____

CERTIFICATION OF SERVICE
_____

I hereby certify that a copy of this opposition has been served a Court E-filing on the Defendants' attorney on 28 July 2006.

_____
Richard Strahan, Citizen Attorney General