UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MAX STRAHAN, )<br>)<br>and )<br>)<br>JEREMY SHUGAR, )<br>)<br>    Plaintiffs )<br>)<br>v. )<br>)<br>)<br>ELLEN ROY-HERZFELDER, in her )<br>official capacity as Secretary of the )<br>Massachusetts Executive Office of )<br>Environmental Affairs, )<br>)<br>DAVID M. PETERS, in his official )<br>capacity as Commissioner of the )<br>Massachusetts Department of Fish and )<br>Game, )<br>)<br>and )<br>)<br>PAUL DIODATI, in his official capacity as )<br>Director of the Massachusetts Division of )<br>Marine Fisheries, )<br>)<br>    Defendants )<br>) | Civil Action<br>No. 05-10140-NMG |

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THE ABOVE NAMED COURT:**

    Please enter the appearance of the undersigned as the attorney for the defendants, Ellen Roy-Herzfelder, David M. Peters, and, Paul Diodati, in the above-entitled case.

|  |  |
|---|---|
|  | COMMONWEALTH OF MASSACHUSETTS<br>By its Attorneys<br><br>THOMAS F. REILLY<br>ATTORNEY GENERAL<br><br><br>s/ Bryan G. Killian<br>Bryan G. Killian, BBO # 271640<br>Assistant Attorney General<br>Government Bureau/Trial Division<br>One Ashburton Place, Room 1813<br>Boston, MA 02108<br>(617) 727-2200, Ext. 2553 |
| Date: July 31, 2006 | bryan.killian@ago.state.ma.us |

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 31, 2006.


                s/ Bryan G. Killian
                Bryan G. Killian
                Assistant Attorney General
                Government Bureau/Trial Division
                bryan.killian@ago.state.ma.us