UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MAX STRAHAN ) | |
| ) | |
| *Plaintiff* ) | |
| ) | Civil Action No. |
| v. ) | |
| ) | 05 – 10140 - NMG |
| STEVEN PRITCHARD, *et al.* ) | |
| ) | 15 August 2006 |
| *Defendants* ) | |

_____

PLAINTIFF'S MOTION TO EXTEND DISCOVERY TO 1 NOVEMBER 2006
_____

The Plaintiff — Richard Max Strahan — moves the Court to extend the period for discovery to 1 November 2006. During the course of the proceedings, the Defendants have consistently refused to comply with his requests for discovery. For example, in his last request for discovery Strahan asked to be supplied a list of all individuals licensed by the Defendants to engage in commercial fisheries in Massachusetts' waters. The Defendants have simply refused to provide this list. Instead they have repeatedly attempted to send him a computer file in an odd format that is either corrupted or accessible only to software in the possession of the Defendants. Strahan has repeatedly asked for this information in a simple text document that the Defendants have continued to refuse to supply to him to the current time.

Strahan spent months in settlement discussions with the Defendants who refused to supply him any discovery while so engaged in settlement negotiations. In the end, the Defendants declined to make any offer of settlement and clearly they abused Strahan's willingness to discuss settlement in good faith.

Strahan wants to depose the Defendants and key employees of the agencies that they represent. Strahan needs the time to enforce his previous discovery requests. Strahan needs to be

allowed to make several further discovery requests to the Defendants. Recently the Defendants have filed documents with the Court that cited numerous reports in their possession that they have deliberately failed to supply to Strahan in the course of discovery. Strahan also needs the time to serve subpoenas to the business partners of the Defendants who are archiving records owned by the Defendants. The Defendants have refused to retrieve their documents from their business partner's possession. Strahan must pursue the option of obtaining the needed records directly from the Defendants business partners. The Defendants' attorney has consistently refused every request from Strahan to engage in a discovery conference, in violation of the Court's rules.

Since the Court has scheduled an evidentiary hearing for a date in November 2006, Strahan should be allowed to obtain evidentiary material that will be submitted to the Court at the scheduled evidentiary hearing. He obviously needs to have some evidence to question the witnesses who will appear at this hearing.

The Defendants will in no way be prejudiced from the Court extending discovery to 1 November 2006. All the records sought by Strahan are in the Public domain. The Defendants are state employees whose testimony is expected and required.

For the above reasons the Plaintiff asks the Court to grant his requested relief.

BY:

_____
Richard Max Strahan, Plaintiff
236 West Portal Avenue, #195
San Francisco CA 94127
617.233.3854

*Pro Se and Proud!*

_____
### CERTIFICATION OF CONSULTATION PURSUANT TO LOCAL RULE 7
_____

I certify that I consulted with the Defendants attorney Daniel Hammond of the Office of the Massachusetts Attorney General on the above motion on several occasions. .

_____
Richard Strahan, Plaintiff

_____
### CERTIFICATION OF SERVICE
_____

I hereby certify that a copy of this motion has been served on the attorney for the Defendants on 15 August 2006.

_____
Richard Strahan, Plaintiff