UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RICHARD MAX STRAHAN | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | Civil Action No. |
| v. | ) | |
| | ) | 05 – 10140 - NMG |
| STEVEN PRITCHARD, *et al*. | ) | |
| | ) | 15 August 2006 |
| *Defendants* | ) | |

_____

PLAINTIFF'S RESPONSE TO THE DEFENDANTS' OPPOSITION
TO THE FILING OF HIS AMENDED COMPLAINT
_____

The Plaintiff — Richard Max Strahan — finds the opposition that the Defendants have made to the Court accepting Strahan's 26 July 2006 amended complaint ("Amended Complaint") insincere and totally a joke —

1.      The Defendants did not object to his earlier 30 September 2005 amended complaint despite their being given the opportunity to do so by the Court. As a result the Defendants have effectively lost the opportunity now to object to the more modest and current amended complaint of the Plaintiff.

2.      The Amended Complaint contains no new claims against the Defendants but does respond to claims of fact and law raised by the Defendants during the course of the proceedings. For example, the Defendants in their 30 June 2006 opposition and supporting affidavit to his motion for a preliminary injunction , argued that the Defendants have teamed up with the Center for Coastal Studies to implement an alleged program to reduce the possibility of entanglement of Northern Right Whales in their fishing gear,. In doing so, the Defendants are alleging that CCS is an independent

company that serves only the interests of whales and would never compromise these interests. Strahan's Amended Complaint challenges these assertions by alleging that CCS seeks only to monetarily profit over the plight of endangered whales and has agreed to not report entangled whales in Massachusetts' waters in exchange for receiving millions of dollars from the Defendants to do survey work. This is not a new claim but an assertion of an existing fact in defense of false claims made by the Defendants. Further in their 26 July 2006 response to the Court's prior order that they comment on the applicability of *res judicata* doctrine to the instant action, the Defendants revealed that they had made a binding contract in 2001 with the Conservation Law Foundation to fund the CCS and adopt specific fisheries regulations. It is a known fact that employees of the CLF sit on the board of the CCS and that the CLF has commercial fisherman on its board. Strahan had never seen this contract or heard of it until he received a copy of it from the Defendants within the last month. Strahan in his Amended Complaint is simply asserting that the Defendants are involved in a scam with CLF and CCS to evade the Section 9 prohibitions of the Endangered Species Act. The CCS and CLF are not independent agents but business partners of the Defendants.

3.  Strahan has a constitutional right to petition the Court. Strahan is entitled as a matter of right to be able to bring any claim that he wants against the Defendants and is entitled to assert it on the merits.; The Court's deliberate attempt to stop Strahan from bringing the claims that he wants against the Defendants absolutely allows him to preserve these claims to be brought against the defendants in future civil actions immune from any consideration of *res judicata*.

4.      Since the Court actually ordered Strahan to file an Amended Complaint with the Court,

Strahan has decided to now file his 26 July 2006 Amended Complaint with the Court on

this date.

BY:

_____
Richard Max Strahan, Plaintiff
236 West Portal Avenue, #195
San Francisco CA 94127
617.233.3854

*Pro Se and Proud!*


_____

CERTIFICATION OF CONSULTATION PURSUANT TO LOCAL RULE 7
_____


I certify that I consulted with the Defendants attorney Daniel Hammond of the Office of
the Massachusetts Attorney General on the above motion on several occasions. .

_____
Richard Strahan, Plaintiff

_____

CERTIFICATION OF SERVICE
_____


I hereby certify that a copy of this motion has been served on the attorney for the
Defendants on 15 August 2006.

_____
Richard Strahan, Plaintiff