UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| RICHARD MAX STRAHAN, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action |
| | ) | No. 05-10140-NMG |
| STEVEN R. PRITCHARD, in his official capacity as Secretary of the Massachusetts Executive Office of Environmental Affairs, | ) | |
| | ) | |
| DAVID M. PETERS, in his official capacity as Commissioner of the Massachusetts Department of Fish and Game, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| PAUL DIODATI, in his official capacity as Director of the Massachusetts Division of Marine Fisheries, | ) | |
| | ) | |
| Defendants | ) | |

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S
MOTION TO EXTEND DISCOVERY**

The Secretary of the Massachusetts Executive Office of Environmental Affairs, the Commissioner of the Massachusetts Department of Fish and Game, and the Director of the Massachusetts Division of Marine Fisheries (together, the "State Defendants"), by their

1

attorneys, hereby oppose plaintiff's motion to extend discovery to November 1, 2006. As grounds therefor, the State Defendants stateas follows:

    1.    Discovery in this case has been closed for months. The plaintiff has moved on numerous occasions to extend discovery. Magistrate Judge Sorokin partially granted such a motion in September, 2005, and noted that the Court was unlikely to do so again..

    2.    Plaintiff, despite claiming that he wishes this case to move quickly, has filed one motion after another that have had the effect of delaying the case.

    3.    Plaintiff had the opportunity to take the deposition of the State Defendants and, as he states in his motion, "key employees of the agencies that they represent," for many months and failed to do so.

    4.    At plaintiff'srequest, this case was scheduled for an evidentry hearing on a preliminary injunction for August 3, 2006. The State Defendants believe that that hearing was also intended by the Court to be a dispositive hearing on the merits.

    5.    After the Court set the date for hearing, plaintiff moved to delay the hearing for one month claiming that he had a prior engagement out of state related to his employment, and that witnesses that he wished to subpoena to the hearing were unavailable. The State Defendants did not oppose this further delay.

    6.    Plaintiff now asks that discovery, which has been closed for months, be reopened. In support of his motion, plaintiff makes numerous charges against the defendants that they deny. The State Defendants have met their discovery obligations.

    7.    The legal and factual issues in this case are clear and there is no need to reopen discovery. Plaintiff has had months to prepare a case.

WHEREFORE, the State Defendants respectfully request that the Court deny plaintiff's motion.

Respectfully submitted,

STEPHEN R. PRITCHARD, in his official capacity as Massachusetts Secretary of Environmental Affairs;

DAVID M. PETERS, in his official capacity as Massachusetts Commissioner of the Department of Fish and Game;

and

PAUL DIODATI, in his official capacity as Director of the Massachusetts Division of Marine Fisheries

By their attorney,

THOMAS F. REILLY
ATTORNEY GENERAL


/s/ Bryan G. Killian
Bryan G. Killian
BBO # 271640
Daniel J. Hammond
BBO # 559475
Assistant Attorneys General
Government Bureau
One Ashburton Place, Room 2019
Boston, Massachusetts 02108
(617) 727-2200, exts. 2553, 2078

Date: August 25, 2006

## CERTIFICATE OF SERVICE

      I, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 25, 2006.

                                              _____
                                              Bryan G. Killian
                                              Assistant Attorney General
                                              Government Bureau/Trial Division
                                              bryan.killian@ago.state.ma.us