U.S. Department of Justice  
United States Marshals Service

**PROCESS RECEIPT AND RETURN**  
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| Field | Entry |
|---|---|
| PLAINTIFF | Richard Max Strahan |
| DEFENDANT | Ellen Roy-Herzfelder |
| COURT CASE NUMBER | 05-10140-NMG |
| TYPE OF PROCESS | SUBPOENA |
| SERVE NAME | Michael Moore — Woods Hole |
| ADDRESS | Oceanographic Institute, Mail stop 50, Woods Hole MA 02543 |

IN CLERKS OFFICE  
2006 NOV -2 P 1:38

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Richard Max Strahan  
236 W. Portal Avenue, #195  
San Francisco CA 94127

Number of process to be served with this Form - 285:  
Number of parties to be served in this case:  
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

2006 SEP 28  
U.S. MARSHAL SERVICE BOSTON, MA

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT  
TELEPHONE NUMBER: 617-233-5854  
DATE: 28 Sept 2006

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 31 | No. 38 | Nancy Jaluvela | 9/28/06 |

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):  
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):  
Date of Service: 10/31  
Time: 12:06 pm  
Signature of U.S. Marshal or Deputy

REMARKS: 144 miles RD TRIP.

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 270.00 | 64.08 | | 334.08 | | | |

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

Issued by the
# UNITED STATES DISTRICT COURT

_Eastern_ DISTRICT OF _Massachusetts_

Richard Max Strahan

v.

Ellen Roy-Herzfelder

SUBPOENA IN A CIVIL CASE

Case Number: 05-10140-NMG

TO: Michael Moore
℅ Woods Hole Oceanographic Institute
Mail Stop 50, Woods Hole MA 02543

☒ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY U.S. District Court, One Courthouse Way, Boston MA | COURTROOM Nathaniel Gorton |
|---|---|
| | DATE AND TIME 9AM 17 November 2006 |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) Common Clerk | DATE 9/14/06 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
United States District Court
Office of the Clerk
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

617-747-9058

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

¹ If action is pending in district other than district of issuance, state district under case number.