| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Richard Max Strahan | 05-10140-NMG |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Ellen Roy-Herzfelder et al | U.S. SUBPOENA |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Richard PACE / NOAA - Northeast Fisheries

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

Science Center, 166 Water Street, Woods Hole MA 02543

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Richard Max Strahan
236 West Portal Avenue, #195
San Francisco CA 94127

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

SEP 28 P 4:34   MARSHAL SERVICE BOSTON MA

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 617-233-3854
DATE: 28 Sept 2006

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 11 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 9/28/06 |
|---|---|---|---|---|---|
| | 1 | | | Nancy Soloman | |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 8/31/06   Time: 11:40 am

Signature of U.S. Marshal or Deputy

Remarks: 144 miles RD TRIP

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 270.- | | | 270.00 | | | |

REMARKS:

PRIOR EDITIONS MAY BE USED — 1. CLERK OF THE COURT — FORM USM-285 (Rev. 12/15/80)

Issued by the
# UNITED STATES DISTRICT COURT

__Eastern__ DISTRICT OF __Massachusetts__

Richard Max Strahan

v.

Ellen Roy-Herzfelder

**SUBPOENA IN A CIVIL CASE**

Case Number: 05-10140-NMG

TO: Richard Pace
℅ Northeast Fisheries Science Center
166 Water Street, Woods Hole MA 02543

☒ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| U.S. District Court<br>One Courthouse Way<br>Boston MA | Nathaniel Gorton |
| | DATE AND TIME |
| | 7AM 17 November 2006 |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] Courtroom Clerk | 9/14/06 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

United States District Court
Office of the Clerk       617-748-9158
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

¹ If action is pending in district other than district of issuance, state district under case number.