UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MAX STRAHAN,            )<br>                                                       )<br>          Plaintiff,                        )<br>                                                       )<br>v.                                                  )<br>                                                       )<br>ELLEN ROY-HERZFELDER, *et al.*, )<br>                                                       )<br>          Defendants.                   )<br>_____) | Civil Action No.<br><br>05-10140-NMG |

### NATIONAL MARINE FISHERIES SERVICE'S MOTION TO QUASH PLAINTIFF'S NOVEMBER 11, 2006 SUBPOENA

The National Marine Fisheries Service ("NMFS"), a non-party to the above-captioned case, by and through its undersigned attorneys, and pursuant to Rule 45 of the Federal Rules of Civil Procedure, respectfully moves this Court to quash the November 9, 2006 document request and corresponding November 11, 2006 subpoena sent by Plaintiff, Richard Max Strahan, to Mary Colligan, Assistant Regional Administrator for Protected Resources, NMFS Northeast Region. In support of this motion, NMFS states as follows:

1.   Following a status conference on November 3, 2006, this Court ordered that:

> The plaintiff will have the opportunity to call six witnesses of his choosing on November 17, 2006, and will have one day only to present evidence. **The plaintiff is not entitled to any additional outstanding discovery from the parties**, with the exception that an Excel file maintained by the state, which the plaintiff alleges was provided to him in corrupted form, will be provided again intact. The plaintiff has filed subpoenas on additional parties (Center for Coastal Studies discussed below). The subpoena filed on the New England Aquarium was opposed and will not be allowed. Court allows the motion with respect to any supplemental information in its possession that it has acquired since October 7, 2005, including images and information relating to a whale entanglement in August, 2006. The plaintiff argued that he should also be provided with a database so that a witness under subpoena from CCS, Scott Landry, can testify to it at the hearing. That request was denied inasmuch as **discovery is closed** and CCS represented that it would provide the required

documents.

PACER Docket Entry re: Electronic Clerk's Notes for November 3, 2006 (emphasis added).

2. Subsequently, Plaintiff sent a new document request to NMFS on or about November 9, 2006, (attached hereto as Exhibit 1) and later sent a corresponding subpoena (executed on November 11, 2006). Through this subpoena, Plaintiff demands production of a variety of documents, electronic data, and other materials on or before November 16, 2006.

3. Thus, Plaintiff's subsequent subpoena for documents to NMFS is untimely, and prohibited by this Court's order regarding further discovery. Accordingly, the subpoena should be quashed.[1/]

Respectfully submitted this 15th day of November, 2006.

        MICHAEL J. SULLIVAN, United States Attorney
        ANTON GIEDT, Assistant United States Attorney

        SUE ELLEN WOOLDRIDGE, Assistant Attorney General
        United States Department of Justice
        Environment and Natural Resources Division
        JEAN E. WILLIAMS, Chief
        SETH M. BARSKY, Assistant Chief

By:        /s/__S. Jay Govindan_____
        S. JAY GOVINDAN, Trial Attorney
        United States Department of Justice
        Environment and Natural Resources Division
        Wildlife and Marine Resources Section
        Benjamin Franklin Station, P.O. Box 7369
        Washington, D.C. 20044-7369

---

[1/] Furthermore, because NMFS is not a party to this action, Plaintiff is subject to certain regulatory requirements that have not been followed. See 15 C.F.R. § 15.14(c)(1), (2). Finally, even if otherwise permissible, given the competing demands on agency resources, it is unreasonable for Plaintiff to demand NMFS to produce this material in less than one week's time.

Telephone: (202) 305-0237/ Facsimile: (202) 305-0275

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RICHARD MAX STRAHAN | ) | |
| | ) | Civil Action No. |
| *Plaintiff* | ) | |
| | ) | O5 – 10140 - NMG |
| v. | ) | |
| | ) | |
| ELLEN ROY HERZFELDER, *et al.* | ) | 8 November 2006 |
| | ) | |
| *Defendants* | ) | |

_____

PLAINTIFF'S SUBPOENA FOR DOCUMENT PRODUCTION TO MARY COLLIGAN OF
THE NATIONAL MARINE FISHERIES SERVICE

_____

Pursuant to Rule 34 and 45 of the fed. R. Civ. Proc. the following documents are requested for production by 16 November 2006 at 10 AM at the office of the Massachusetts Sierra Club, 100 Boylston Street, Boston MA in order that they might be copied by the Plaintiff. If the said documents are forwarded to the Plaintiff via the Internet to esistoo@yahoo.com as PDF files prior to 16 November 2006, then they do not have to be made available at the scheduled date and time.

By "documents" the term is used to include all manner of media used to communicate ideas, information, and/or all other forms of information. "Document" includes – but not exclusively – E-mails, correspondence, reports, pictures, images, videotape recordings, audio tape recordings, photo copies, etc.

This subpoena seeks all relevant documents concerning the following reported entanglements of wildlife in fishing gear, including the results of investigations to determine the licensed owner of said fishing gear and the name of the government agency – state or federal – that licensed the entangling fishing gear.

1. On about 2 August 2006 a Humpback Whale was reported in fishing gear off Plymouth MA. This whale was then subject to disentanglement efforts. A lobster pot was recovered from the whale as well as floats and lengths of line. I want to know the name of the fisherman who owned the gear and which state licensed the fishing gear, or whether NOAA licensed it.

2. On or about 23 April 2004 a Minke Whale was sighted entangled in fixed gear off of Gloucester MA. This whale was subject to disentanglement efforts and the gear was removed to NOAA agents and the U. S. Coast Guard. I want to know the name of the

   fisherman who owned the gear and which state licensed the fishing gear, or whether NOAA licensed it.

3. On or about 12 September 2004, a Humpback Whale was sighted entangled in fishing gear off Nantucket. This whale was subject to disentanglement efforts and the gear was removed to NOAA agents and the U. S. Coast Guard. I want to know the name of the fisherman who owned the gear and which state licensed the fishing gear, or whether NOAA licensed it.

4. On or about 23 August 2006, a Humpback Whale was found entangled in fishing gear off Cape Cod Bay. Its injuries included a necrotic tail. This whale was subject to disentanglement efforts and the gear was removed to NOAA agents and the U. S. Coast Guard. I want to know the name of the fisherman who owned the gear and which state licensed the fishing gear, or whether NOAA licensed it.

5. On or about 15 July 2006, a humpback Whale was discovered entangled in anchored fishing gear off the Maine coast near Mt. Desert Island. This whale was subject to disentanglement efforts and the gear was removed to NOAA agents and the U. S. Coast Guard. I want to know the name of the fisherman who owned the gear and which state licensed the fishing gear, or whether NOAA licensed it.

**Entangled Sea Turtles in Cape Cod Bay in 2004**

In 2004 four sea Turtles were discovered entangled in fishing gear in Cape Cod Bay. I want to obtain copies of the NOAA's records of these entanglements. I also want the results of the investigation on the origin fishing gear and its type. I want to get the names of the owner of the fishing gear and the state that licensed the gear, or whether NOAA was identified as the government agency that licensed the gear. Obviously, I would like copies of photographs taken of these incidents and the exact location of the reported entanglements.

6. On June 29: a group of kids fishing from the beach at Long Point, Provincetown reported an animal towing gear just offshore. With the help of the Provincetown Harbormaster the PCCS team found a large leatherback towing a buoy and line that was wrapped around the neck and at least one flipper.

7. On August 2: a lobsterman reported an entangled turtle off Wellfleet, Cape Cod Bay. At least one lobster trap, a buoy, and a buoy line were wrapped around its neck and both fore flippers.

8. On September 8: a lobsterman reported an entangled turtle to the U.S. Coast Guard. This especially large individual was anchored by two sets of gear with wraps of line around its neck and one flipper.

9. On September 13**:** a beachgoer in Sandwich, Cape Cod, reported an animal wallowing in gear just offshore. Personnel from the local Coast Guard station and from the Cape Cod Stranding Network verified the report and stood by a large turtle anchored in gear.

## Offer for Burden Reduction on Subpoenaed Parties

The Plaintiff is glad to discuss the supplying of the requested documents to minimize the burden on the affected parties.

In Peace,

Richard Max Strahan
Whale Safe USA
617.233.3854