UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MAX STRAHAN,<br>      Plaintiff<br><br>      v.<br><br>STEPHEN PRITCHARD, ET AL,<br>      Defendants | CIVIL ACTION<br>NO. 05-10140-NMG |

ORDER

On Monday, November 27, 2006 at 10:00 A.M. the hearing on plaintiff's motion for a preliminary injunction will be completed. Time limitations will be imposed. Plaintiff's continued direct examination of Mr. Landry will be no more than 30 minutes, his examination of Mr. Pace will be no more than 45 minutes and his cross examination of defendants' witness(es) will be no more than 45 minutes. Defendants' entire examination, including cross examination of plaintiff's witnesses and direct examination of their own witnesses will not exceed 120 minutes. Both sides will be allowed up to 30 minutes for closing argument at the conclusion of the evidence.

**So ordered.**

Dated: November 20, 2006

                                              /s/ Nathaniel M. Gorton
                                              Nathaniel M. Gorton
                                              United States District Judge