UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MAX STRAHAN ) | |
| ) | |
| *Plaintiff* ) | |
| ) | Civil Action No. |
| v. ) | |
| ) | 05 – 10140 - NMG |
| STEPHEN PRITCHARD[1], *et al*. ) | |
| ) | 22 November 2006 |
| *Defendants* ) | |

_____

PLAINTIFF'S REQUEST THAT THE COURT HOLD A SHOW CAUSE HEARING TO DETERMINE IF MARY COLLIGAN AND NOAA SHOULD BE HELD IN CONTEMPT
_____

Citizen-Prosecutor Richard Max Strahan request the Court to hold a show cause hearing to determine if Mary Colligan and the National Oceanographic and Atmospheric Administration ("NOAA") should be held in contempt for their refusing to comply with the Court's 17 November 2006 order ("Order"). On the said date the Court issued an Order enforcing Item #1 of Strahan's 6 November 2006 subpoena ("Subpoena") to Colligan and NOAA that directed them to supply him the name, address, and licensing fisheries agency of the commercial fisherman ("Identity Information") who owns the fishing gear that entangled a Humpback Whale ("Entangled Whale") on or before 2 August 2006 off the coastline of Plymouth MA and was removed from the Entangled Whale by agents of NOAA. As of this date Colligan and NOAA have both informed Strahan through their attorney that they refuse to supply the said Identity Information, which is in deliberate violation of the Court's Order.

---

[1] The original named defendant Ellen Roy-Herzfelder as subsequently left her employment as the secretary of the Massachusetts Executive Office of Environmental Affairs and was replaced by this currently named defendant who is currently employed in the said position.

Additionally, Strahan is asking the Court to issue a an order to specifically Colligan and NOAA to immediately supply him the Identity Information before the start of its scheduled hearing on 27 November 2006 in the instant action.

Strahan issued his Subpoena to Colligan and NOAA on 6 October 2006. They opposed compliance and filed a motion with the Court to quash Strahan's Subpoena on 15 November 2006. At the Court's hearing on 17 November 2006, the Court — after reviewing testimony and documents submitted in evidenced during the course of this hearing — denied Colligan and NOAA's motion to quash in regards to item #1 of Strahan's Subpoena. It further ordered that Colligan and NOAA were to supply documents that would establish the identity of the owner of the fishing gear removed form the Entangled Whale ("Fishing Gear"), including non-redacted photographs and all other information in their possession concerning the said 2 August 2006 Entangled Whale.

Strahan's Subpoena at Item #1 states —

"This subpoena seeks all relevant documents concerning the following reported entanglements of wildlife in fishing gear, including the results of investigations to determine the licensed owner of said fishing gear and the name of the government agency – state or federal – that licensed the entangling fishing gear. "

"1.     On about 2 August 2006 a Humpback Whale was reported in fishing gear off Plymouth MA. This whale was then subject to disentanglement efforts. A lobster pot was recovered from the whale as well as floats and lengths of line. I want to know the name of the fisherman who owned the gear and which state licensed the fishing gear, or whether NOAA licensed it."

On 20-21 November 2006 Strahan sent three E-mail messages reminding her and NOAA of the Order and requesting that she send him the Identity Information, especially the name of the fisherman and the government agency(s) that license his commercial fishing. The first response by Colligan and NOAA was to send Strahan only four digital images of the removed Fishing Gear but no other information. These pictures did not clearly show the name and fishing

license number of the owner that is affixed to plastic tags on the recovered lobster pot. Strahan then called Colligan and NOAA's attorney and asked to be sent the Identity Information, especially the name of the said fisherman and the government agency that licenses its commercial fishing. In response to this specific, direct request, Strahan received on 22 November 2006 a second E-mail from Colligan and NOAA that had an attachment that appears to be a single page of an entanglement report prepared by NOAA ("Entanglement Report") on the Entangled Whale. See attachment #1. This page makes repeated references to an individual who was interviewed by NOAA agents as the owner of the said fishing gear but fails to mention the name of the said commercial fisherman. Strahan is entitled to receive the complete entanglement report.

Strahan therefore asks the Court to —

1. Schedule a show cause hearing to determine if Colligan and NOAA should be held in civil contempt for failing to comply with Strahan's Subpoena and its 17 November 2006 order.

2. Order Colligan and NOAA to supply Strahan before the 27 November 2006 hearing the complete entanglement report of the Entangled Whale and to specifically supply him in writing the name and available contact information for the commercial fisherman that owns the gear found on the Entangled Whale by NOAA.

For the above reasons the Plaintiff asks the Court to GRANT his requested relief. .

BY: _____
Richard Max Strahan, Plaintiff
236 West Portal Avenue, #195
San Francisco, CA
617.233.3854

*Pro Se and Proud!*

_____
## CERTIFICATION OF CONSULTATION PURSUANT TO LOCAL RULE 7
_____

I certify that I consulted with the attorney for the Defendants on the issue of the Court issuing me the relief requested in the instant motion.

_____
Richard Max Strahan, Plaintiff

_____
## CERTIFICATION OF SERVICE
_____

I hereby certify that a copy of this opposition has been served VIA E-mail on the Defendants' attorney on 27 November 2006.

_____
Richard Max Strahan, Plaintiff

# FISHERY INTERACTION GEAR ANALYSIS

*DRAFT*  *PRELIMINARY ANALYSIS*  *DRAFT*

| | | | |
|---|---|---|---|
| NMFS No. | - - - - - - - - | | |
| Field No. | J080206 | Date 1st Observed | 8/2/06 |
| Location 1st Observed | 9 nm WNW of Race Pt., Cape Cod, MA  42° 07' N,  70° 26' W | Type of Event - Observation, Disentanglement, Stranding. Other (describe) | Disentanglement |
| Species | humpback | Gear Recovered (y/n) | Yes |
| Individual ID | 2005 calf of "Sickle" | Gear Analysis Conducted (y/n) | Yes |

## GEAR DESCRIPTION / ANALYSIS

| | | | | |
|---|---|---|---|---|
| Date Gear Retrieved | | 8/2/06 | Gear Retrieved By | PCCS |
| Date Gear Received | | 8/4/06 | Received From | PCCS |
| Sources: | USCG | | Date Set | 7/30/06 |
| | CCS | | Date Lost | 8/3/06 realized lost |
| | Fisherman | owner interview | Location | 6 nm NNW of Race Pt in federal waters |
| | Other | | Depth | approximately 90 feet |
| | | | Bottom Type | gravel & sand on mud edge |
| Gear Type: | lobster trap | | Target Species: | lobster |

Gear Description:   The gear recovered included a 2 buoy surface system attached to a 3/8" buoy line.  Each buoy is attached with a weak link meeting the requirements of the ALWTRP.  The buoy line was made up of two lengths of sink rope, 85 feet & 55 feet.  The buoy line attaches to 23 foot section of 3/8" sinking groundline that appears to have parted off from the rest of the trawl.  One gangion is attached to the recovered portion of the groundline and has the remnants of the trap bridle.  A 15" x 21" x 48" double parlor

Comments:     The gear was set as a 20 trap trawl with 85 feet of 3/8" dia. sink rope between traps.  Each end is marked with one 8" x 14" hard foam buoy with a 5 foot wooden spindle and one 8" x 14" hard foam buoy on a 10 foot plastic pole having three flags acting as a high flyer.  The owner set the gear 7/30/06 and found one endline and one trap missing when he returned to haul the gear on 8/3/06.

Conclusions:    Entanglement occurred in lobster gear that was set in federal waters.  Based on observations of the disentanglement team the bottom portion of the endline was through the whale's mouth with a single trap trailing partway back on the right side of the whale and the remainder of the endline and surface system trailing from the left side.  The owner recovered 19 of the 20 trap trawl that was set 3 days prior to the disentanglement.

| | | | | | |
|---|---|---|---|---|---|
| Report By: | John F. Kenney | Date: | 11/21/06 | Current Location of Gear | NMFS, N. Kingstown, RI |

*DRAFT*    *PRELIMINARY ANALYSIS*    *DRAFT*