United States District Court
District of Massachusetts

```
_____
                              )
RICHARD MAX STRAHAN,          )
        Plaintiff,            )
                              )
        v.                    )   Civil Action No.
                              )   05-10140-NMG
STEVEN PRITCHARD, in his      )
official capacity as Secretary)
of the Massachusetts Executive)
Office of Environmental Affairs,)
DAVID M. PETERS, in his official)
capacity as Commissioner of the )
Massachusetts Department of Fish)
and Game, and PAUL DIODATI, in )
his official capacity as      )
Director of the Massachusetts )
Division of Marine Fisheries, )
        Defendants.           )
                              )
_____)
```

ORDER

GORTON, J.

On November 22, 2006, the plaintiff filed a motion to enforce an order entered by this Court on November 17, 2006. Pursuant to that order, made in open court, the National Marine Fisheries Service ("NMFS"), an agency of the National Oceanographic and Atmospheric Administration ("NOAA"), was instructed to provide the plaintiff with:

> an unredacted photograph and/or the information available from viewing the unredacted photograph so that he can determine, to the extent possible, who owned the gear in question and what jurisdiction licensed that gear.

The requested information relates to a lobster pot that was found

as part of a whale entanglement near Plymouth, Massachusetts on or about August 2, 2006.

The plaintiff represents that the identifying information on the lobster gear has been withheld from him despite the fact that a report that has been provided to him clearly indicates that the owner of the fishing gear has been interviewed and is known to the agency.

For the foregoing reasons, the plaintiff's Request that the Court Hold a Show Cause Hearing to Determine if Mary Colligan and NOAA Should be Held in Contempt (Docket No. 121) is treated as a motion to compel production and the motion is **ALLOWED**.  Ms. Colligan, the NMFS and/or NOAA will, on or before November 27, 2006, provide the plaintiff with the name and contact information of the subject commercial fisherman or show cause on that date why they should not be held in contempt of this Court.

**So ordered.**

_____
Nathaniel M. Gorton
United States District Judge

Dated November 22, 2006