UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MAX STRAHAN )<br>)<br>*Plaintiff* )<br>)<br>)<br>v. )<br>)<br>SECRETARY, MASSACHUSETTS EXECUTIVE )<br>OFFICE OF ENVIRONMENTAL AFFAIRS[1], *et al.* )<br>)<br>*Defendants* ) | Civil Action No.<br><br>05 – 10140 - NMG<br><br><br>6 December 2006 |

_____

PLAINTIFF'S MOTION TO EXTEND DATE FOR FILING OF ORDERED
MEMO/RESPONSE TO 11 DECEMBER 2006
_____

Citizen-Prosecutor Richard Max Strahan moves the Court to extend to 10 December 2006 the date ordered by the Court for his filing a memo/response in support of his preliminary injunction motion. The Court ordered at its hearing on 28 November 2006 that the parties were to file memos/responses in regards to Strahan's outstanding motion for a preliminary injunction within ten days of the hearing date. Strahan asks the Court to extend the said date for his filing his said response/motion to 11 December 2006 owing to his need to fulfill his employment obligation in order to pay his monthly bills. Strahan's employment obligation has left him without the time needed for him to prepare his said response/memo.

For the above reasons the Plaintiff asks the Court to GRANT his requested relief. .

---

[1] The original named defendant Ellen Roy-Herzfelder has subsequently left her employment as the Secretary of the Massachusetts Executive Office of Environmental Affairs and was replaced subsequently by first one and then another person. For consistency, Strahan has adopted the current caption for his civil action.

BY:  _____
Richard Max Strahan, Plaintiff
236 West Portal Avenue, #195
San Francisco, CA
617.233.3854

*Pro Se and Proud!*

_____

CERTIFICATION OF SERVICE

_____

I hereby certify that a copy of this opposition has been served VIA E-mail on the Defendants' attorney on 6 Decmeber 2006.

_____
Richard Max Strahan, Plaintiff