UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MAX STRAHAN ) | |
| ) | |
| *Plaintiff* ) | |
| ) | Civil Action No. |
| v. ) | |
| ) | 05 – 10140 - NMG |
| SECRETARY, MASSACHUSETTS EXECUTIVE ) | |
| OFFICE OF ENVIRONMENTAL AFFAIRS[1], *et al.* ) | |
| ) | 17 December 2006 |
| *Defendants* ) | |

_____

PLAINTIFF'S MOTION FOR LEAVE TO FILE MEMO IN
EXCESS OF TEN PAGES AND ON CURRENT DATE
_____

Citizen-Prosecutor Richard Max Strahan moves the Court for leave too file a memorandum/response in support of his Motion for a Preliminary Injunction in excess of the ordered ten pages and on the current date. As represented by the Plaintiff previously, his indigent status required him over the last two weeks to fully attend to his employment in order to pay the rent and other bills. He was physically unable to adequately prepare and file his memo by the date previously ordered by the Court. He also asks the Court to file a memo in excess of the ordered ten pages. It is well known that "requests extraordinary relief require extraordinary effort." It is not possible for Strahan to cover in ten double spaced pages the serious issues in his request for an order to require that the Defendants' engage in Whale Safe fishing and to respond to the Defendants/Amicus voluminous oppositions.

For the above reasons the Plaintiff asks the Court to GRANT his requested relief.

---

[1] The original named defendant Ellen Roy-Herzfelder has subsequently left her employment as the Secretary of the Massachusetts Executive Office of Environmental Affairs and was replaced subsequently by first one and then another person. For consistency, Strahan has adopted the current caption for his civil action.

BY: _____
Richard Max Strahan, Plaintiff
236 West Portal Avenue, #195
San Francisco, CA
617.233.3854

*Pro Se and Proud!*

_____

CERTIFICATION OF SERVICE

_____

I hereby certify that a copy of this opposition has been served VIA E-Filing on the Defendants' attorney on 18 December 2006.

_____
Richard Max Strahan, Plaintiff