UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RICHARD STRAHAN )
)
*Plaintiff* )
)   Civil Action No
v. )
)   05-10140-NMG
SECRETARY, EXEXUTIVE OFFICE OF )
ENVIRONMENTAL AFFAIRS, *et al/* )
)   5 February 2007
*Defendants* )
)

PLAINTIFF'S MOTION FOR THE COURT TO WAIVE THE COSTS OR PAY FOR
THE PRODUCTION OF THE TRANSCRIPT OF THE EVIDENTIARY HEARING

The Plaintiff — Richard Max Strahan moves the Court to either waive the cost or pay for a copy to be supplied to Strahan of the transcript of the evidentiary hearing and oral argument on his motion for a preliminary injunction. Strahan is indigent and cannot afford a copy of the said transcript. Strahan needs the said transcript in order to complete his memorandum on his pending Rule 59 motion and for the purpose of supporting his appeal to the First Circuit of the Court's denial of his motion for a preliminary injunction. The interests of Justice will be served in making it possible to obtain a copy of the said transcript.

The Court will make money supply Strahan the said transcript. There is no question once Strahan has obtained a copy of the said transcript, that Defendants will order one and so likely will one of the more interested parties who have been hovering around this case. The transcript is the only source of admissible evidence of what the six expert witnesses and the Defendants' witness testified to under oath in that hearing. With

Strahan v Secretary, EOEA, 05-10140-NMG: Plaintiff's Motion to be supplied a copy of the transcript of the evidentiary hearing without cost.    2

out access to this testimony, Strahan will be severely prejudiced in his ability to further participate meaningfully in the proceedings.

For the above reasons the Plaintiff asks the Court to GRANT him his requested relief.

BY:

_____
Richard Max Strahan, Plaintiff
236 West Portal Avenue, #195
San Francisco, CA
617.233.3854

*Pro Se and Proud!*

---

### CERTIFICATION OF SERVICE

---

I hereby certify that a copy of this opposition has been served E-mail, and through First Class U. S. mail on the Defendants' attorney on 5 February 2007.

_____
Richard Strahan, Plaintiff