UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RICHARD MAX STRAHAN, ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action |
| v. ) | No. 05-10140-NMG |
| ) | |
| IAN BOWLES, in his ) | |
| official capacity as Secretary of the ) | |
| Massachusetts Executive Office ) | |
| of Environmental Affairs, ) | |
| ) | |
| THOMAS FRENCH, in his official ) | |
| capacity as Acting Commissioner of the ) | |
| Massachusetts Department of ) | |
| Fish and Game, ) | |
| ) | |
| and ) | |
| ) | |
| PAUL DIODATI, in his official capacity ) | |
| as Director of the Massachusetts ) | |
| Division of Marine Fisheries, ) | |
| ) | |
| Defendants ) | |

## OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION

The Secretary of the Massachusetts Executive Office of Environmental Affairs, the

Commissioner of the Massachusetts Department of Fish and Game, and the Director of the

Massachusetts Division of Marine Fisheries (together, the "State Defendants")[1] hereby oppose

---

[1] Pursuant to Fed. R. Civ. P. 25(d)(1), the names of Ian Bowles, in his capacity as Secretary of the Massachusetts Executive Office of Environmental Affairs, and Thomas French, in his capacity as Acting Commissioner of the Massachusetts Department of Fish and Game, have been substituted for those of their predecessors in office, who no longer hold these positions.

the Motion for Reconsideration filed by the plaintiff, Richard Max Strahan ("Strahan"), on or about January 31, 2007.

As grounds for their opposition, the State Defendants state as follows:

1. By virtue of this Court's January 24, 2007 order (the "Order"), the litigation of this case is presently stayed for a period of two years. Under the Order, the parties' only pleading obligations during the stay are to file joint status reports on three discrete dates, the first of which is October 1, 2007. Accordingly, unless this Court directs them to do so, the State Defendants, having stated their opposition to the relief Strahan seeks in his motion, , do not intend to engage in a point-by-point refutation of Strahan's claims.

2. In the main, Strahan merely asks this Court to revisit ground it has already covered extensively in its Order, and to grant relief the Court has expressly declined to issue for reasons set forth in the Order (e.g., vacating the order of stay, and/or setting an arbitrary date beyond which the State Defendants must certify that all of its licensed gear is "whale-safe").

3. To the extent that Strahan's motion seeks relief not contemplated by his motion for a preliminary injunction or addressed in the Order, he makes no showing that circumstances have materially changed since the entry of the Order, or why such requests could not timely have been litigated in the context of his motion for a preliminary injunction.

## Conclusion

For these reasons, Strahan's motion for reconsideration should be denied.

Respectfully submitted,

IAN BOWLES, in his
official capacity as Massachusetts
Secretary of Environmental Affairs;

        THOMAS FRENCH, in his official
capacity as Massachusetts Acting
Commissioner of the Department
of Fish and Game;

and

PAUL DIODATI, in his official capacity
as Director of the Massachusetts Division
of Marine Fisheries

By their attorney,

MARTHA COAKLEY
ATTORNEY GENERAL


/s/ Bryan G. Killian
Bryan G. Killian
BBO # 271640
Daniel J. Hammond
BBO # 559475
Assistant Attorneys General
Government Bureau
One Ashburton Place, Room 2019
Boston, Massachusetts 02108
(617) 727-2200, ext. 2553 (Killian)
                 ext. 2078 (Hammond)

Date: February 12, 2007