UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MAX STRAHAN,<br><br>                              Plaintiff,<br><br>v.<br><br>STEVEN R. PRITCHARD; COMMISSIONER DAVID PETERS; and DIRECTOR PAUL DIODATI,<br><br>                              Defendants. | Civil Action No. 05-10140-NMG |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF THE ABOVE NAMED COURT:

Please withdraw the appearance of Amy R. George as counsel for Provincetown Center of Coastal Studies ("Center"), an interested party in the above-captioned matter. David M. Ryan and Gordon M. Jones, III will continue to represent the Center in this matter.

        Respectfully submitted,

        PROVINCETOWN CENTER FOR COASTAL STUDIES

        By its attorneys,


        /s/ *Amy R. George*
        David M. Ryan (BBO No. 644037)
        Gordon M. Jones, III (BBO No. 549016)
        Amy R. George (BBO No. 629548)
        NIXON PEABODY LLP
        100 Summer Street
        Boston, MA  02110
        617-345-1000 (phone)
        617-345-1300 (fax)

Dated:  February 22, 2007

10320144.1

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies to those indicated as non registered participants on February 22, 2007.

                                                /s/ *Amy R. George*
                                                Amy R. George