UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MAX STRAHAN ) | |
| ) | |
| *Plaintiff* ) | |
| ) | Civil Action No. |
| v. ) | |
| ) | 05 – 10140 - NMG |
| SECRETARY, MASSACHUSETTS EXECUTIVE ) | |
| OFFICE OF ENVIRONMENTAL AFFAIRS[1], *et al.* ) | |
| ) | 1 April 2007 |
| *Defendants* ) | |

_____

DECLARATION OF RICHARD MAX STRAHAN
_____

I Richard Max Strahan do hereby swear and depose as follows —

1.I am a citizen of the United States. I currently serve as the National Campaign Director for GreenWoirld an environmental movement for the conservation and protection of endangered wildlife. I am a conservation scientist and one of the world's leading experts on issues involving the conservation of marine mammals.

2.I have become aware through press reports and rumors of recent[2] incidents of members of endangered species of being sighted entangled in commercial fishing gear along the Atlantic coastline of the United Stated. Agents of the National Oceanographic and Atmospheric Agency ("NOAA") and the Center for Coastal Studies ("CCS") — one of NOAA's contracted agents — made these sightings.  Upon information and belie, both NOAA and CCS employees

---

[1] The original named defendant Ellen Roy-Herzfelder has subsequently left her employment as the Secretary of the Massachusetts Executive Office of Environmental Affairs and was replaced subsequently by first one and then another person.  For consistency, Strahan has adopted the current caption for his civil action.
[2] By "recent" I mean that the reported sightings of entangled whales occurred after the Courttt issued its 24 January 2007 order ("Order") staying the proceedings.

Case 1:05-cv-10140-NMG    Document 138    Filed 04/01/2007    Page 2 of 4

*Strahan v. Secretary, Massachusetts EOEA*, 05-10140-NMG (D. Mass. 2005): 1 April 2007 Declaration of Richard Max Strahan

2

took photographs and collected other information of several endangered whales recently sighted entangled in fishing gear or otherwise injured by people since the Court issued its 24 January 2007 order in the above captioned action. Upon information and belief, only NOAA and CCS are in exclusive possession of all and any meaningful and scientific information on these said entanglements. Because the said sighted endangered whales are listed protected species under the Endangered Species Act, only permitted agents of NOAA have lawful access to these endangered whales, to be in the physical proximity of these endangered whales, and/or to deliberately gather scientifically significant information on these whales and their said entanglements. Upon information and belief, no other known party — with the possible exception of other permitted agents of NOAA — are in possession of any scientifically valid information on these said current sightings of endangered whales entangled in commercial fishing gear and/or possessing injuries consistent with their entanglement in fishing gear.

     3.     I have made requests directly to both NOAA and the CCS to inspect and/or obtain copies of the digital photographs and other information on these said whale entanglements in their exclusive possession. I have asked NOAA agents to simply provide me access to the requested information or simply answer questions about these said entanglements. NOAA agents have refused all my said requests and even refuse to discuss these said current incidents of entangled whales with me. I have been forced to serve a FOIA request on NOAA for the said information. NOAA has informed me that it refuses to process any FOIA request by me. A civil action against NOAA for its failure to process FOIA requests from me will be commenced in a U. S. District Court within the immediate future. The CCS has also refused my request for it to give me any access to information on the said current sighted endangered whales entangled in commercial fishing gear. For these reasons and others, I have no expectation of obtaining any

Case 1:05-cv-10140-NMG    Document 138    Filed 04/01/2007    Page 3 of 4

*Strahan v. Secretary, Massachusetts EOEA*, 05-10140-NMG (D. Mass. 2005): 1 April 2007 Declaration of Richard Max Strahan

3

meaningful amount of available information about these said current incidents of entangled endangered whales unless the Court enforced my service of a subpoena on NOAA and CCS for information of the said sighting of entangled endangered whales and for other reports of sightings of endangered whales similarly in their exclusive possession.

4. Both CCS and NOAA are business partners of the Defendants. The Defendants have paid CCS millions of dollars since 1996 to assist its efforts to evade the enforcement of the ESA against its practice of entangling endangered species of whales and sea turtles in fishing gear licensed by the Defendants. It is unrealistic for anyone to believe that NOAA and/or CCS to provide me or any other independent scientist with information that they have gathered on recent sightings on endangered whales entangled in fishing gear absent a court order.

5. I have heard of the following incidents of endangered whales seen entangled in commercial fishing gear —

   i. A Northern Right Whale seen entangled in commercial fishing gear in Cape Cod Bay in Massachusetts' waters on 21 March 2007 where it was subject to disentanglement efforts by CCS and NOAA. .

   ii. A Northern Right Whale seen repeatedly entangled in commercial fishing gear off the Delaware and Virginia coast in January 2007 where it was subject to disentanglement efforts by NOAA and the CCS.

   iii. On 12 March 2007 a Northern Right Whale seen by CCS and NOAA agents in Cape Cod Bay with slash marks on its side that could have been caused by entanglement with fishing gear or collision with a commercial fishing ship.

6. It is probable that CCS and NOAA are in possession of numerous other current reports of endangered whales sighted entangled in commercial fishing gear since the Court

Case 1:05-cv-10140-NMG    Document 138    Filed 04/01/2007    Page 4 of 4

*Strahan v. Secretary, Massachusetts EOEA*, 05-10140-NMG (D. Mass. 2005): 1 April 2007 Declaration of Richard Max Strahan  4

issued its Order staying the proceedings in January 2007. Both NOAA and CCS refuse to either confirm or deny to me the existance of these said reports when I ask them to do so. The only access that I will ever get to current reports of sighting of endangered whales entangled in commercial fishing gear in NOAA and/or CCS possession is through my serving a subpoena on NOAA/CCS to coerce the production of these sought after records from them.

    Signed under the pains and penalties of perjury this first day of April in the year two thousand and seven.

_____
Richard Max Strahan