UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MAX STRAHAN )<br>)<br>    *Plaintiff* )<br>)<br>v. )<br>)<br>SECRETARY, MASSACHUSETTS EXECUTIVE )<br>OFFICE OF ENVIRONMENTAL AFFAIRS[1], *et al.* )<br>)<br>    *Defendants* ) | Civil Action No.<br><br>05 – 10140 - NMG<br><br><br>18 June 2007 |

_____

PLAINTIFF'S NOTICE OF APPEAL OF THE COURT'S DENIAL OF HIS MOTION FOR A
PRELIMINARY INJUNCTION AND RULE 59 MOTION FOR RECONSIDERATION
_____

The Plaintiff — Richard Max Strahan — NOTIFIES the Court of his appeal of its 24 January 2007 denial ("Denial") of his previous request for interlocutory in injunctive relief, its further order of the same date to stay the proceedings of the instant action, and his 1 June 2007 denial of his motion for reconsideration of his Denial under Rule 59 of the Fed. R. Civ. Proc. On 1 June 2007 the Court denied the Plaintiff's said Rule 59 motion for reconsideration. The Plaintiff reminds the Court that a motion for a Rule 59 reconsideration tolls the time for filing a notice of appeal from a denial of a motion for a preliminary injunction.

BY:  
_____  
Richard Max Strahan, Plaintiff  
236 West Portal Avenue, #195  
San Francisco, CA  
617.233.3854  

*Pro Se and Proud!*

---

[1] The original named defendant Ellen Roy-Herzfelder has subsequently left her employment as the Secretary of the Massachusetts Executive Office of Environmental Affairs and was replaced subsequently by first one and then another person. For consistency, Strahan has adopted the current caption for his civil action and asks the Court to do the same.