UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RICHARD MAX STRAHAN | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | Civil Action No. |
| v. | ) | |
| | ) | 05 – 10140 - NMG |
| SECRETARY, MASSACHUSETTS EXECUTIVE | ) | |
| OFFICE OF ENVIRONMENTAL AFFAIRS[1], *et al.* | ) | |
| | ) | 18 June 2007 |
| *Defendants* | ) | |

_____

PLAINTIFF'S NOTICE OF APPEAL OF THE COURT'S DENIAL OF HIS MOTION FOR A
PRELIMINARY INJUNCTION AND RULE 59 MOTION FOR RECONSIDERATION

_____

The Plaintiff — Richard Max Strahan — NOTIFIES the Court of his appeal of its 24

January 2007 denial ("Denial") of his previous request for interlocutory in injunctive relief, its

further order of the same date to stay the proceedings of the instant action, and his 1 June 2007

denial of his motion for reconsideration of his Denial under Rule 59 of the Fed. R. Civ. Proc. On

1 June 2007 the Court denied the Plaintiff's said Rule 59 motion for reconsideration. The

Plaintiff reminds the Court that a motion for a Rule 59 reconsideration tolls the time for filing a

notice of appeal from a denial of a motion for a preliminary injunction.

BY:

_____
Richard Max Strahan, Plaintiff
236 West Portal Avenue, #195
San Francisco, CA
617.233.3854

*Pro Se and Proud!*

_____

[1] The original named defendant Ellen Roy-Herzfelder has subsequently left her employment as
the Secretary of the Massachusetts Executive Office of Environmental Affairs and was replaced
subsequently by first one and then another person.  For consistency, Strahan has adopted the
current caption for his civil action and asks the Court to do the same.