## *UNITED STATES DISTRICT COURT*
## *DISTRICT OF MASSACHUSETTS*

USDC Docket Number : 05-cv-10140

Richard Max Strahan

v.

Secretary, Massachusetts Executive Office of Environment Affairs, et al

## **CLERK'S CERTIFICATE**

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 1-143 & exhibits #1- 3, 8, 19-21 & plaintiff's exhibits presented at November 27,2006 evidentiary hearing

and contained in   Volume(s) are the original or electronically filed  pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on   6/18/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on July 5, 2007.

Sarah A. Thornton, Clerk of Court

By

Receipt of the documents in the above entitled
case is hereby acknowledged this date:   7/6/7  .

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____ _____ _____

- 3/06

# United States District Court
# District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-cv-10140-NMG
### Internal Use Only

Strahan v. Herzfelder et al
Assigned to: Judge Nathaniel M. Gorton
Cause: 33:1365 Environmental Matters

Date Filed: 01/21/2005
Jury Demand: Plaintiff
Nature of Suit: 893 Environmental
Matters
Jurisdiction: Federal Question

## Plaintiff

**Pro Se Party Richard Max Strahan**

represented by **Richard Max Strahan**
928 Dorchester Avenue
#5
Boston, MA 02125
617-233-3854
Email: esistoo@yahoo.com
PRO SE

## Plaintiff

**Jeremy Shugar**

represented by **Jeremy Shugar**
PRO SE

V.

## Defendant

**Secretary Ellen Roy Herzfelder**
*Executive Office of Environmental*
*Affairs*

represented by **Bryan G. Killian**
Massachusetts Attorney General's
Office
One Ashburton Place
McCormack Building, 20th floor
Boston, MA 02108-1598
617-727-2200
Fax: 617-727-3076
Email: bryan.killian@ago.state.ma.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel J. Hammond**
Attorney General's Office
One Ashburton Place
Room 2019
Boston, MA 02108-1698
617-727-2200
Fax: 617-727-5785

Email: dan.hammond@ago.state.ma.u
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Commissioner David M. Peters**
*Department of Fish and Game*

represented by **Bryan G. Killian**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel J. Hammond**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Director Paul Diodati**
*Division of Marine Fisheries*

represented by **Bryan G. Killian**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel J. Hammond**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Center for Coastal Studies**

represented by **David M. Ryan**
Nixon Peabody, LLP
100 Summer Street
Boston, MA 02110
617-345-6060
Fax: 866-947-1616
Email: dryan@nixonpeabody.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Charles Mayo**

**Defendant**

**Steven Pritchard**
*Secretary, Executive Office of*
*Enviromental Affairs*

**Amicus**

**New England Legal Foundation**

represented by **Pamela Zorn Adams**
Sherin and Lodgen LLP
101 Federal Street
Boston, MA 02110

617-646-2000
Fax: 617-646-2222
Email: pzornadams@sherin.com
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Provincetown Center for Coastal
Studies**
*also known as*
the "Center"

represented by **Amy R. George**

Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
617-345-1143
Fax: 866-829-3411
Email: ageorge@nixonpeabody.com
*TERMINATED: 02/22/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David M. Ryan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gordon M. Jones, III**
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
617-345-6125
Fax: 866-369-4746
Email: gmjones@nixonpeabody.com
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Frederick O'Regan**

represented by **James E. Riley, Jr.**

Riley & Associates
Suite 25
420 Main Street
Walpole, MA 02081-3753
508-668-3360
Fax: 508-668-1595
Email: jriley@rileypc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**International Fund for Animal
Welfare**

represented by **James E. Riley, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**National Marine Fisheries Service**
**(NMFS)**

represented by **Srinath J. Govindan**
U.S. Department of Justice, ENRD
P.O. Box 7369
Benjamin Franklin Station
Washington, DC 20004-7369
202-305-0237
Fax: 202-305-0275
Email: Jay.Govindan@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**New England Aquarium**

represented by **Joseph F. Shea**
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2699
617-439-2280
Fax: 617-310-9280
Email: jshea@nutter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Scott Kraus**
*NON-PARTY*

represented by **Joseph F. Shea**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**William Adler**

represented by **Steven S. Broadley**
Posternak, Blankstein & Lund
Prudential Tower
800 Boylston Street
Boston, MA 02199-8004
617-973-6100
Fax: 617-722-4909
Email: sbroadley@pbl.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 01/21/2005 | 1 | MOTION for Leave to Proceed in forma pauperis by Richard Max Strahan.(Jenness, Susan) (Entered: 01/25/2005) |
| 01/21/2005 | 2 | MOTION for Temporary Restraining Order and Preliminary Injunction by Richard Max Strahan.(Jenness, Susan) (Entered: 01/25/2005) |
| 01/21/2005 | 3 | COMPLAINT against Ellen Roy Herzfelder, David M. Peters, Paul Diodati Filing fee: $ 0.00, receipt number 0.00, filed by Richard Max |

|  |  | Strahan.(Jenness, Susan) (Entered: 01/25/2005) |
|---|---|---|
| 01/21/2005 | ❍ | Mr. Strahan has requested to pick up any orders and notices issued by tl Court in the Clerk's Office until further notice. (Jenness, Susan) (Entere 01/25/2005) |
| 01/21/2005 | ❍ | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judg New Magistrate Judge.Modified to reflect Magisrate Jugde Sorokin as Magistrate assigned to this matter (Jenness, Susan) Modified on 6/24/2005 (Nicewicz, Craig). (Entered: 01/25/2005) |
| 01/21/2005 |  | (Court only) ***Staff notes Case undergoing preliminary screening (Jenness, Susan) (Entered: 01/25/2005) |
| 01/25/2005 | 4 | Judge Nathaniel M. Gorton : ORDER entered granting 1 Motion for Leave to Proceed in forma pauperis. The plaintiff's application to procee without prepayment of fees is GRANTED. The Clerk shall issue summonses and the United States Marshal shall serve a copy of the summons, complaint, and this order upon defendant(s) as directed by plaintiff with all costs of service to be advanced by the United States. (JMC) (Entered: 01/25/2005) |
| 01/25/2005 | 5 | Judge Nathaniel M. Gorton : ORDER entered denying 2 Motion for Temporary Restraining Order. The Court denies Strahan's application fo a temporary restraining order. Strahan is advised that once the defendant receive notice of this case, Strahan may request that the Court schedule a hearing on an expedited basis to address the motion for a preliminary injunction. (JMC) (Entered: 01/25/2005) |
| 01/25/2005 | ❍ | Summons Issued as to Ellen Roy Herzfelder, David M. Peters, and Paul Diodati. As per the request of the plaintiff, the summonses, a copy Local Rule 4.1, and the forms for service by the U.S. Marshal service were not mailed to the plaintiff at his place of residence in California, but left in the Clerk's office for pick-up by the plaintiff himself. (JMC) (Entered: 01/25/2005) |
| 01/25/2005 | ❍ | As per the plaintiff's request, copies of the Court's orders, 4, 5, were not mailed to the plaintiff at his place of residence in California but were left with the Clerk of the Court for pick-up by the plaintiff. (JMC) (Entered: 01/25/2005) |
| 02/18/2005 | 6 | NOTICE of Change of Address by Richard Max Strahan (Barrette, Mark (Entered: 02/24/2005) |
| 02/24/2005 | 7 | US Marshal Process Receipt and Return for Complaint. Ellen Roy-Herzfelder served Delivered on 2/22/2005 (Barrette, Mark) (Entered: 03/01/2005) |
| 02/24/2005 | 8 | US Marshal Process Receipt and Return for Complaint. Paul Diodatti served Delivered on 2/22/2005 (Barrette, Mark) (Entered: 03/01/2005) |
| 02/24/2005 | 9 | US Marshal Process Receipt and Return for Complaint. David Peters served Delivered on 2/22/2005 (Barrette, Mark) (Entered: 03/01/2005) |

| 04/05/2005 | 10 | MOTION for Entry of Default for Failure to File a Timely Answer by Richard Max Strahan.(Abaid, Kim) (Entered: 04/06/2005) |
|---|---|---|
| 04/18/2005 | 11 | MOTION for Extension of Time to 5/13/05 to File Answer re 3 Complaint by Ellen Roy Herzfelder, David M. Peters, Paul Diodati. c/s. (Bell, Marie) (Entered: 04/19/2005) |
| 04/19/2005 | ❍ | Letter sent to Attorney Daniel J. Hammond advising of inactive status in the Bar of this Court. Notice, reregistration and ECF application included. (Bell, Marie) (Entered: 04/19/2005) |
| 04/21/2005 | ❍ | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 11 Motion for Extension of Time to Answer Ellen Roy Herzfelder answer due 5/13/2005; David M. Peters answer due 5/13/2005; Paul Diodati answer due 5/13/2005. (Nicewicz, Craig) (Entered: 04/21/2005) |
| 05/04/2005 | 12 | MOTION for Protective Order to compel the production of discovery by Richard Max Strahan.(Elefther, Elizabeth) (Entered: 05/05/2005) |
| 05/04/2005 | 13 | MEMORANDUM in Opposition re 11 MOTION for Extension of Time to 5/13/05 to File Answer re 3 Complaint filed by Richard Max Strahan. (Elefther, Elizabeth) (Entered: 05/05/2005) |
| 05/04/2005 | 14 | MOTION for Hearing (scheduling conference) by Richard Max Strahan. (Elefther, Elizabeth) (Entered: 05/05/2005) |
| 05/13/2005 | 15 | Defendants' ANSWER to Plaintiffs' Complaint by Ellen Roy Herzfelder, David M. Peters, Paul Diodati.(Elefther, Elizabeth) (Entered: 05/17/2005 |
| 06/14/2005 | ❍ | NOTICE of Hearing on Motion 10 MOTION for Entry of Default, 12 MOTION for Protective Order, 14 MOTION for Hearing: Motion Hearing set for 6/24/2005 10:00 AM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 06/14/2005) |
| 06/14/2005 | 16 | MOTION for Protective Order to Compel the Production of Discovery by Richard Max Strahan. (Attachments: # 1 Exhibit # 2 Exhibit)(Elefther, Elizabeth) (Entered: 06/15/2005) |
| 06/14/2005 | 17 | MOTION for Protective Order to Compel the Production of Discovery by Richard Max Strahan. (Attachments: # 1 Exhibit # 2 Exhibit)(Elefther, Elizabeth) (Entered: 06/15/2005) |
| 06/21/2005 | 18 | AFFIDAVIT of Richard Max Strahan by Richard Max Strahan. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5)(Elefther, Elizabeth) (Entered: 06/22/2005) |
| 06/21/2005 | 19 | MEMORANDUM in Support re 16 MOTION for Protective Order, 17 MOTION for Protective Order filed by Richard Max Strahan. (Elefther, Elizabeth) (Entered: 06/22/2005) |
| 06/23/2005 | 23 | Cross MOTION to Quash by Provincetown Center for Coastal Studies. (Elefther, Elizabeth) (Entered: 06/24/2005) |
| 06/23/2005 | 24 | MEMORANDUM OF LAW in Opposition to Plaintiff's Motion to Compel and in Support of 23 MOTION to Quash by Provincetown |

| | | |
|---|---|---|
| | | Center for Coastal Studies.(Elefther, Elizabeth) (Entered: 06/24/2005) |
| 06/23/2005 | 25 | AFFIDAVIT OF PETER BORRELLI In Support re 23 MOTION to Quash. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhil D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 1( Exhibit J# 11 Exhibit K# 12 Exhibit L# 13 Exhibit M# 14 Exhibit N) (Elefther, Elizabeth) (Entered: 06/24/2005) |
| 06/23/2005 | 26 | AFFIDAVIT OF Amy R. George in Support re 23 MOTION to Quash. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit E# 7 Exhibit G# 8 Exhibit H)(Elefther, Elizabeth) (Entered: 06/24/2005) |
| 06/23/2005 | 27 | CORPORATE DISCLOSURE STATEMENT by Provincetown Center for Coastal Studies. (Elefther, Elizabeth) (Entered: 06/24/2005) |
| 06/24/2005 | ◑ | Electronic Clerk's Notes for proceedings held before Judge Nathaniel M Gorton : Motion Hearing held on 6/24/2005 re 10 DENYING MOTION for Entry of Default filed by Richard Max Strahan,, 12 DENYING without prejudice MOTION for Protective Order filed by Richard Max Strahan,, 16 DENYING without prejudice MOTION for Protective Orde filed by Richard Max Strahan,, 17 DENYING without prejudice MOTION for Protective Order filed by Richard Max Strahan,, 14 GRANTING MOTION for Hearing filed by Richard Max Strahan,, Scheduling Conference held on 6/24/2005. Amendments/supplements 7/31/05, written discovery requests 7/31/05, responses 8/31/05. Depositions 10/31/05. Dispositive motions 11/15/05, responses 12/2/05. Pretrial conference 2/9/06 at 3:00 p.m., jury trial 3/6/06 at 9:00 a.m. Future discovery disputes to be referred to MJ Sorokin. (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 06/24/2005) |
| 06/24/2005 | 20 | Judge Nathaniel M. Gorton : Electronic ORDER entered. SCHEDULIN( ORDER: Final Pretrial Conference set for 2/9/2006 03:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. Jury Trial set for 3/6/2006 09:00 AM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 06/24/2005) |
| 06/24/2005 | 21 | Judge Nathaniel M. Gorton : Electronic ORDER entered. REFERRING CASE to Magistrate Judge Leo T. Sorokin Referred for: discovery, future disovery disputes(Nicewicz, Craig) (Entered: 06/24/2005) |
| 06/24/2005 | 22 | AFFIDAVIT of Richard Max Strahan by Richard Max Strahan. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10)(Elefther, Elizabeth) Additional attachment(s) added on 6/24/2005 (Elefther, Elizabeth). (Entered: 06/24/2005) |
| 06/24/2005 | ◑ | Motions terminated: 10 MOTION for Entry of Default filed by Richard Max Strahan,, 12 MOTION for Protective Order filed by Richard Max Strahan,, 16 MOTION for Protective Order filed by Richard Max Strahan,, 17 MOTION for Protective Order filed by Richard Max Strahan,, 14 MOTION for Hearing filed by Richard Max Strahan,. (Nicewicz, Craig) (Entered: 07/26/2005) |

| 06/29/2005 | 28 | MOTION to Quash Subpoena Duces Tecum and Objection pursuant to FRCP (45)C by Frederick O'Regan, International Fund for Animal Welfare. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C) (Elefther, Elizabeth) (Entered: 06/29/2005) |
|---|---|---|
| 07/27/2005 | ◐ | Judge Leo T. Sorokin : Electronic Order Entered granting the Non-Party Frederick O'Regan and the International Fund for Animal Welfare's Unopposed Motion to Quash.(Sorokin, Leo) (Entered: 07/27/2005) |
| 07/29/2005 | 29 | MOTION for Extension of Time to August 31, 2005 to Extend Discover by Richard Max Strahan.(Elefther, Elizabeth) (Entered: 07/29/2005) |
| 07/29/2005 | 30 | MOTION for Extension of Time to Extend Deadline to August 31, 2005 to Amend Complaint by Richard Max Strahan.(Elefther, Elizabeth) (Entered: 08/01/2005) |
| 07/29/2005 | 31 | MOTION for a Protection Order to Compel Compliance with Subpoena to the International Fund for Animal Welfare by Richard Max Strahan. (Attachments: # 1 Exhibit a)(Elefther, Elizabeth) (Entered: 08/01/2005) |
| 07/29/2005 | 32 | Second MOTION for Protection Order to Compel the Production of Requested Documents and Requested Admissions by Richard Max Strahan. (Attachments: # 1 Exhibit b# 2 Exhibit a)(Elefther, Elizabeth) (Entered: 08/01/2005) |
| 07/29/2005 | 34 | Second MOTION for Protection Order to Enforce Subpoena to Peter Borrelli and the Center for Coastal Studies by Richard Max Strahan. (Attachments: # 1 Exhibit a)(Elefther, Elizabeth) (Entered: 08/01/2005) |
| 07/29/2005 | 35 | Second MOTION for Protection Order to Enforce Subpoena to the National Marine Fisheries Service by Richard Max Strahan. (Attachments: # 1 Exhibit a)(Elefther, Elizabeth) (Entered: 08/01/2005) |
| 08/01/2005 | 33 | MOTION for Protection Order to Enforce Subpoena on Edmund Toomey and the New England Aqaurium by Richard Max Strahan. (Attachments: # 1 Exhibit a)(Elefther, Elizabeth) (Entered: 08/01/2005) |
| 08/04/2005 | 36 | MOTION for Reconsideration its decision to Quash Subpoena to the International Fund for Animal Welfare and Frederick O'Regan by Richard Max Strahan.(Elefther, Elizabeth) (Entered: 08/05/2005) |
| 08/04/2005 | 37 | RESPONSE in opposition to 28 MOTION to Quash by the International Fund for animal welfare and Frederick O'Regans motion to quash subpoena filed by Richard Max Strahan. (Simeone, Maria) (Entered: 08/08/2005) |
| 08/09/2005 | 19 | TRANSCRIPT of Motion Hearing held on June 24, 2005 before Judge Gorton. Court Reporter: Cheryl Dahlstrom. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 6178/951-4555 or the Clerk's Office. (Scalfani, Deborah) (Entered: 08/09/2005) |
| 08/10/2005 | 39 | Magistrate Judge Leo T. Sorokin : ORDER entered; The Court makes the following rulings on the pending motions. Plaintiff's Motion to Extend |

| | | |
|---|---|---|
| | | Discovery for Thirty Days To August 31, 2005 (Docket #29) and Plaintiff's Motion for Extension of Time to Extend Deadline for Amending Complaint to August 31, 2005 (Docket #30) are ALLOWED as unopposed. The Court DENIES without prejudice plaintiff's Motion for Reconsideration (#36) and the Motion to Compel (#31) to plaintiff making a clearer showing of his need for the documents. (Simeone, Maria) (Entered: 08/10/2005) |
| 08/12/2005 | ◑ | Set/Reset Scheduling Order Deadlines in accordance with the motions to extend: Amended Pleadings due by 8/31/2005. Discovery due by 8/31/2005. (Simeone, Maria) (Entered: 08/12/2005) |
| 08/12/2005 | | (Court only) ***Deadlines terminated. (Simeone, Maria) (Entered: 08/12/2005) |
| 08/12/2005 | ◑40 | MOTION for Extension of Time to August 22, 2005 to Respond to Motion to Compel by Ellen Roy Herzfelder, David M. Peters, Paul Diodati.(Elefther, Elizabeth) (Entered: 08/12/2005) |
| 08/12/2005 | ◑41 | Opposition re 35 MOTION for Protective Order filed by National Marine Fisheries Service (NMFS). (Elefther, Elizabeth) (Entered: 08/16/2005) |
| 08/12/2005 | ◑43 | Cross-MOTION to Quash and for a protective order by Provincetown Center for Coastal Studies.(Elefther, Elizabeth) (Entered: 08/17/2005) |
| 08/12/2005 | ◑44 | MEMORANDUM in Opposition re 32 MOTION for Protective Order and in Support re (43) of its Cross-Motion to Quash and for a Protective Order filed by Provincetown Center for Coastal Studies. (Elefther, Elizabeth) (Entered: 08/17/2005) |
| 08/12/2005 | ◑45 | AFFIDAVIT of Amy George by Provincetown Center for Coastal Studies. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3, A-N# 4 Exhibit 4, A-H# 5 Exhibit 5)(Elefther, Elizabeth) (Entered: 08/17/2005) |
| 08/15/2005 | ◑ | Magistrate Judge Leo T. Sorokin : Electronic ORDER entered granting 40 Motion for Extension of Time to 8/22/05. (Simeone, Maria) (Entered: 08/15/2005) |
| 08/16/2005 | ◑42 | MOTION for Extension of Time to August 19, 2005 to file opposition to motion to compel by New England Aquarium. (Attachments: # 1)(Shea, Joseph) (Entered: 08/16/2005) |
| 08/17/2005 | ◑ | Judge Leo T. Sorokin : Electronic ORDER entered granting 42 Motion for Extension of Time to August 19, 2005. (Sorokin, Leo) (Entered: 08/17/2005) |
| 08/18/2005 | ◑46 | ELECTRONIC NOTICE of Hearing on Motion 35 MOTION for Protective Order, 32 MOTION for Protective Order, 33 MOTION for Protective Order, 34 MOTION for Protective Order, 23 MOTION to Quash, 43 MOTION to Quash: The Motion Hearing has been set for 9/7/2005 02:00 PM in Courtroom 14 before Magistrate Judge Leo T. Sorokin. (Simeone, Maria) (Entered: 08/18/2005) |
| 08/19/2005 | ◑47 | MOTION for Extension of Time to August 29, 2005 to Respond to all |

| | | |
|---|---|---|
| | | Outstanding Discovery Motions by Richard Max Strahan.(Elefther, Elizabeth) (Entered: 08/19/2005) |
| 08/19/2005 | 48 | MOTION to Quash by New England Aquarium.(Shea, Joseph) (Entered 08/19/2005) |
| 08/19/2005 | 49 | AFFIDAVIT of Amy Knowlton in Support re 33 MOTION for Protecti Order, 48 MOTION to Quash *EXHIBITS 1 - 10* filed by New England Aquarium. (Attachments: # 1)(Shea, Joseph) (Entered: 08/19/2005) |
| 08/19/2005 | 50 | MEMORANDUM in Opposition re 33 MOTION for Protective Order, 48 MOTION to Quash *EXHIBITS A - B* filed by New England Aquariur (Attachments: # 1)(Shea, Joseph) (Entered: 08/19/2005) |
| 08/22/2005 | 52 | MOTION for Extension of Time to September 30, 2005 to Extend Deadline for Discovery by Richard Max Strahan.(Elefther, Elizabeth) (Entered: 08/23/2005) |
| 08/22/2005 | 53 | MOTION for Extension of Time to September 30, 2005 to Amend 3 Complaint by Richard Max Strahan.(Elefther, Elizabeth) (Entered: 08/23/2005) |
| 08/23/2005 | 51 | RESPONSE to Motion re 32 MOTION to Compel filed by Ellen Roy Herzfelder, David M. Peters, Paul Diodati. (Elefther, Elizabeth) (Entered 08/23/2005) |
| 09/07/2005 | ● | Electronic Clerk's Notes for proceedings held before Magistrate Judge Leo T. Sorokin : Motion Hearing held on 9/7/2005 re: 23 MOTION to Quash filed by Provincetown Center for Coastal Studies, 32 33 34 35 MOTIONS for Protective Order filed by Richard Max Strahan, 43 MOTION to Quash filed by Provincetown Center for Coastal Studies,47 MOTION for Extension of Time to August 29, 2005 to respond to all Outstanding Discovery Motions filed by Richard Max Strahan, 48 MOTION to Quash filed by New England Aquarium,, 52 MOTION for Extension of Time to September 30, 2005 to Extend Deadline for Discovery filed by Richard Max Strahan, 53 MOTION for Extension of Time to September 30, 2005 to Amend 3 Complaint filed by Richard Max Strahan; Court hears oral argument from all parties on the motions and takes the matter under advisement; An order to issue; (Digital Recorder #Y.) (Simeone, Maria) (Entered: 09/08/2005) |
| 09/07/2005 | 56 | AFFIDAVIT of Richard Max Strahan ; filed in open court (Simeone, Maria) (Entered: 09/08/2005) |
| 09/08/2005 | 54 | Magistrate Judge Leo T. Sorokin : ORDER entered; Plaintiff has moved (docket # 52) to extend the period for written discovery until September 30, 2005 (a second one month extension)Plaintiff's Motion is Allowed in Part and Denied in Part, however, the Court is unlikely to extend further the discovery period; The revised schedule for this case is as follows: September 30,2005 Deadline for Serving Written Discovery; November 30, 2005 Deadline for Responding to Written Requests; December 30, 2005 Deadline for Concluding Depositions; January 17, 2005 Dispositive Motions; February 6, 2005 Responses; April 20, 2005 Pretrial |

|  |  | Conference at 3:00 p.m.; May 8,2005 Trial; Plaintiff has also moved to extend the period for amending the complaint (docket #53) to September 30,2005. Plaintiff may have until September 30, 2005 to amend the complaint except that the Motion is DENIED insofar as it seeks an opportunity to add more parties or new legal claims. (Simeone, Maria) Additional attachment(s) added on 9/8/2005 (Simeone, Maria). Additional attachment(s) added on 9/8/2005 (Simeone, Maria). Additional attachment(s) added on 9/8/2005 (Simeone, Maria). Additional attachment(s) added on 9/8/2005 (Simeone, Maria). Additional attachment(s) added on 9/8/2005 (Simeone, Maria). (Entered 09/08/2005) |
|------------|------|---|
| 09/08/2005 | 55 | Magistrate Judge Leo T. Sorokin : Electronic ORDER entered; Pending before the Court are motions by the plaintiff for protective orders seekin to compel further production of discovery from the United States, the New England Aquarium, the Provincetown Center for Coastal Studies (CCS) and the defendants as well as cross-motions to quash filed by some of the foregoing entities; In light of the arguments made at the hearing as well as a review of the papers, the Court DENIES docket #s 33, 34, 35, and 47 and ALLOWS docket #s, 23, 43 and 48 EXCEPT as set forth in the attached order. (Simeone, Maria) Additional attachment(s) added on 9/8/2005 (Simeone, Maria). Additional attachment(s) added on 9/8/2005 (Simeone, Maria). (Entered: 09/08/2005) |
| 09/08/2005 | ◑ | Reset Deadlines/Hearings in accordance with the discovery order: Amended Pleadings due by 9/30/2005. written Discovery due by 9/30/2005; response to written discovery 11/30/05; conclusion of depositions 12/30/05 ; dispositive Motions due by 1/17/2006. Response to Dispositive motions due 2/6/06; Final Pretrial Conference set for 4/20/2006 03:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. Jury Trial set for 5/8/2006 09:00 AM in Courtroom 4 before Judge Nathaniel M. Gorton. (Simeone, Maria) (Entered: 09/08/2005) |
| 09/16/2005 | 57 | STATUS REPORT by National Marine Fisheries Service (NMFS). (Attachments: # 1 Affidavit of Richard Merrick# 2 Affidavit of John Kenney# 3 Affidavit of David Gouveia)(Govindan, Srinath) (Entered: 09/16/2005) |
| 09/16/2005 | 58 | STATUS REPORT by Provincetown Center for Coastal Studies. (Attachments: # 1 Exhibit A)(George, Amy) (Entered: 09/16/2005) |
| 09/22/2005 | 59 | Magistrate Judge Leo T. Sorokin : ORDER ON MOTION TO COMPEL: 32 Plaintiff's Motion fails to explain the basis for the request beyond an assertion that the responses are neither complete nor proper. In light of the hearing on discovery motions held by the Court, the response to the Motion by the defendants in which they explain in some detail what they have and have not produced to defendant, the plaintiff's Affidavit filed at the hearing which does not respond to the defendant's filing or otherwise explain the basis for the Motion as to the defendants, the Court's Order on the Other Motions (docket # 55 ) which has resulted in additional discovery for the plaintiff the Motion is DENIED. (Simeone, Maria) Additional attachment(s) added on 9/22/2005 (Simeone, Maria). |

| | | |
|---|---|---|
| | | (Entered: 09/22/2005) |
| 09/28/2005 | 60 | MOTION for Leave to Make Electronic Filings with the Court by Richard Max Strahan.(Elefther, Elizabeth) (Entered: 09/29/2005) |
| 09/30/2005 | 61 | MOTION for Leave to File Amended Complaint by Richard Max Strahan.(Elefther. Elizabeth) (Entered: 10/03/2005) |
| 09/30/2005 | 62 | MOTION for Extension of Time of Discovery to October 31, 2005 by Richard Max Strahan.(Elefther, Elizabeth) (Entered: 10/03/2005) |
| 10/07/2005 | 63 | Magistrate Judge Leo T. Sorokin : ORDER entered; ORDER entered; Plaintiff has moved (docket # 62) to extend the period for written discovery until October 31, 2005 (a third one month extension). Defendants do not oppose. This Motion is ALLOWED, however, the Court is unlikely to allow any further extensions. At this time only the date for written discovery is amended. The prior limitations on written discovery remain in effect. Plaintiff has filed a Motion to Amend the Complaint (docket # 61). Previously, the Court extended the time for such a filing to September 30, 2005, with the limitation that the complaint may not add more parties or new legal claims. Plaintiff is ORDERED to file a copy of the proposed Amended Complaint with the Court as an attachment to the Motion already filed and to serve a copy o: the proposed Amended Complaint on the defendants. (Simeone, Maria) (Entered: 10/07/2005) |
| 10/20/2005 | | Magistrate Judge Leo T. Sorokin : ElectronicORDER entered granting 6: Motion for leave to make electronic filings with the court. Allowed, pending the completion of the training course. (Simeone, Maria) (Entered: 10/20/2005) |
| 11/07/2005 | 64 | Magistrate Judge Leo T. Sorokin : ORDER entered. To date the plaintiff has not submitted the proposed amended complaint to the Court. Accordingly, the Court ORDERS that Plaintiff has until November 10, 2005 to file the proposed amended complaint and to serve a copy on the defendants. Defendants shall file any objections to the filing of the proposed amended complaint by November 18, 2005. (Simeone, Maria) (Entered: 11/07/2005) |
| 11/10/2005 | 65 | NOTICE of His Second Filing of his September 30, 2005 Amended Complaint by Richard Max Strahan (Elefther, Elizabeth) (Entered: 11/10/2005) |
| 11/10/2005 | 66 | Verified AMENDED COMPLAINT for Declaratory and Injunctive Relief and Request for a Jury Trial against Center for Coastal Studies, Charles Mayo, Steven Pritchard, David M. Peters, Paul Diodati, filed by Richard Max Strahan and Jeremy Shugar.(Elefther, Elizabeth) (Entered: 11/10/2005) |
| 11/17/2005 | 67 | Acceded to Motion for the Court to Issue Summons for the New Defendants by Richard Max Strahan.(Elefther, Elizabeth) (Entered: 11/18/2005) |
| | | |

| 11/17/2005 | 68 | Acceded to Motion for the Court to Schedule a Rule 16 Conference to s a new trial date and revise other deadlines by Richard Max Strahan. (Elefther, Elizabeth) (Entered: 11/18/2005) |
|---|---|---|
| 11/18/2005 | 69 | MOTION to Strike 66 Amended Complaint, by Center for Coastal Studies.(Ryan, David) (Entered: 11/18/2005) |
| 11/21/2005 | 70 | Magistrate Judge Leo T. Sorokin : ORDER entered. WHEREFORE, the Court ALLOWS the Motion to Strike (Docket # 69) and STRIKES from the Amended Complaint those claims (or portions thereof) asserted against either Center for Coastal Studies or its employee Charles Mayo. The Motion for Scheduling of another Rule 16 Conference (Docket #68 is DENIED WITHOUT PREJUDICE to either or both sides renewing th request if they believe such a conference would be helpful notwithstanding the disposition of the Motion to Strike. (Simeone, Maria (Entered: 11/22/2005) |
| 11/28/2005 | 71 | MOTION for Oral Argument by Richard Max Strahan.(Nici, Richard) (Entered: 12/01/2005) |
| 11/28/2005 | 72 | MOTION to Strike by Richard Max Strahan.(Nici, Richard) (Entered: 12/01/2005) |
| 11/28/2005 | 73 | MOTION for Reconsideration by Richard Max Strahan.(Nici, Richard) (Entered: 12/01/2005) |
| 12/12/2005 | 74 | Opposition re 72 MOTION to Strike, 73 MOTION for Reconsideration filed by Provincetown Center for Coastal Studies. (Attachments: # 1 Exhibit A)(Ryan, David) (Entered: 12/12/2005) |
| 12/16/2005 | 75 | MOTION for Preliminary Injunction by Richard Max Strahan. (Sonnenberg, Elizabeth) (Entered: 12/21/2005) |
| 12/23/2005 | 76 | First MOTION for Extension of Time to January 24, 2006 to file response to motion for preliminary injunction and summary judgment motion (as consolidated date) by Ellen Roy Herzfelder.(Hammond, Daniel) (Entered: 12/23/2005) |
| 12/29/2005 | 77 | MOTION to Strike 75 MOTION for Preliminary Injunction by Provincetown Center for Coastal Studies.(George, Amy) (Entered: 12/29/2005) |
| 01/03/2006 | 78 | Assented to MOTION Issuance of Summons for Defendants center for Coastal Studies and Charles Mayo by Jeremy Shugar, Richard Max Strahan, Ellen Roy Herzfelder, David M. Peters, Paul Diodati.(Strahan, Richard) (Entered: 01/03/2006) |
| 01/12/2006 | | (Court only) ***Deadlines terminated. (Simeone, Maria) (Entered: 01/12/2006) |
| 01/20/2006 | 79 | MOTION to Modify Address of Record for Plaintiff Richard Max Strahan by Richard Max Strahan.(Strahan, Richard) (Entered: 01/20/2006) |
| | | |

| 02/17/2006 | | (Court only) ***Deadlines terminated. (Simeone, Maria) (Entered: 02/17/2006) |
|---|---|---|
| 03/28/2006 | ❺ | Judge Nathaniel M. Gorton : Electronic ORDER entered terminating 79 Motion for Modification. Treated as notice of change of address. Addre has been changed to note current reported location. (Nicewicz, Craig) (Entered: 03/28/2006) |
| 04/18/2006 | 80 | First MOTION for Preliminary Injunction *and an Evidentiary Hearing* by Richard Max Strahan.(Strahan, Richard) (Entered: 04/18/2006) |
| 04/19/2006 | ❺ | Notice Cancelling Hearings. Hearing cancelled: Pretrial date of 4/20/06 and Trial date of 5/8/06. (Nicewicz, Craig) (Entered: 04/19/2006) |
| 04/19/2006 | 81 | Judge Nathaniel M. Gorton : ORDER entered. MEMORANDUM AND ORDER"In accordance with the foregoing:1) Plaintiff's Motion for Leav to File Amended Complaint (Docket No. 61) is, insofar as Plaintiff seek to add parties or legal claims, DENIED, but is otherwise ALLOWED. If Plaintiff chooses to do so, he will file an appropiately amended complain on or before May 15, 2006;2)Plaintiff's Acceded to Motion for the Court to Issue Summons for the New Defendants (Docket No. 67) is DENIED;3)Plaintiff's Motion to Strike 18 November 2005 Motion by Center Coastal Studies (Docket No. 72) is DENIED;4) Plaintiff's Motion to the District Judge for Reconsideration of the 21 November 2005 Orde Striking Parts of His Amended Complaint (Docket No. 73) is DENIED;5)Plaintiff's Motion for Oral Argument on His Motion for Reconsideration of the Magistrate Striking His Amended Complaint and For a Rule 16 Scheduling Conference to Set New Dates for Trial and Discovery (Docket No. 71) is DENIED;6)State Defendants' Motion to Enlarge and Consolidate Filing Deadlines (Docket No. 76) is ALLOWED, to the extent that the Scheduling Order is hereby amended as follows: (A) If the State Defendants choose to oppose Plaintiff's motion for a preliminary injunction and/or to file their motion for summary judgment, they will do so on or before May 30, 2006;(B) If Plaintiff chooses to file an opposition to Defendants' motion for summary judgment, if any, he will do so on or before June 19, 2006;7) The Motion of Provincetown Center for Coastal Studies to Strike Plaintiff's Motion for a Preliminary Injunction (Docket No. 77) is, to the extent Plaintiff's motion for a Preliminary Injunction applies to PCCS or Mr. Mayo, ALLOWED, but is otherwise DENIED;8)Plaintiffs' Acceded to motion for the Court to Issue Summons for Defendant Center for Coastal Studies and Defendant Mayo (Docket No. 78) is DENIED;9.) Plaintiff's future pleadings filed in this Court will be double-spaced, pursuant to Local Rule 7.1(b) (4); single-spaced pleadings will be returned for resubmission. SO ORDERED."(Sonnenberg, Elizabeth) (Entered: 04/19/2006) |
| 05/18/2006 | 82 | Joint MOTION for Hearing *serving as Evidentiary Hearing on Preliminary Injunction* by Jeremy Shugar, Richard Max Strahan. (Strahan, Richard) (Entered: 05/18/2006) |
| 05/18/2006 | 83 | Joint MOTION for Hearing *serving as a status conference to be held in* |

|            |            |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                             |
|------------|------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |            | *late June 2006* by Jeremy Shugar, Richard Max Strahan, Jeremy Shugar Richard Max Strahan.(Strahan, Richard) (Entered: 05/18/2006)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                            |
| 06/07/2006 | ❍          | ELECTRONIC NOTICE of Hearing on Motion 82 Joint MOTION for Hearing *serving as Evidentiary Hearing on Preliminary Injunction*: Motion Hearing set for 7/21/2006 02:00 PM in Courtroom 4 before Judg Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 06/07/2006)                                                                                                                                                                                                                                                                                                                                                                               |
| 06/30/2006 | 84         | Assented to MOTION for Hearing *Scheduled for 21 July 2006 to be lengthed for several more days to accommodate witness list* by all plaintiffs.(Strahan, Richard) (Entered: 06/30/2006)                                                                                                                                                                                                                                                                                                                                                                                                                                                        |
| 06/30/2006 | 85         | Opposition re 80 First MOTION for Preliminary Injunction *and an Evidentiary Hearing* filed by all defendants. (Hammond, Daniel) (Entered: 06/30/2006)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                        |
| 06/30/2006 | 86         | AFFIDAVIT in Support re 85 Opposition to Motion *for Preliminary Injunction*. (Hammond, Daniel) (Entered: 06/30/2006)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                         |
| 07/10/2006 | ➘ 87       | EXHIBITS 1A-10A re 86 Affidavit in Support by Charles Mayo, Steven Pritchard, Ellen Roy Herzfelder, David M. Peters, Paul Diodati. (Sonnenberg, Elizabeth) (Entered: 07/11/2006)                                                                                                                                                                                                                                                                                                                                                                                                                                                              |
| 07/11/2006 | 88         | MOTION to Quash by Scott Kraus.(Shea, Joseph) (Entered: 07/11/2006)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                          |
| 07/11/2006 | 89         | MEMORANDUM in Support re 88 MOTION to Quash filed by Scott Kraus. (Attachments: # 1 Exhibit Subpoena)(Shea, Joseph) (Entered: 07/11/2006)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                     |
| 07/11/2006 | 90         | AFFIDAVIT in Support re 88 MOTION to Quash filed by Scott Kraus. (Shea, Joseph) (Entered: 07/11/2006)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                         |
| 07/14/2006 | ❍          | ELECTRONIC NOTICE of Hearing : Status Conference set for 7/19/2006 02:30 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 07/14/2006)                                                                                                                                                                                                                                                                                                                                                                                                                                                                          |
| 07/17/2006 | ❍          | Case no longer referred to Magistrate Judge Leo T. Sorokin. (Simeone, Maria) (Entered: 07/17/2006)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                           |
| 07/18/2006 | 91         | Opposition re 88 MOTION to Quash *Kraus Subpoena* filed by all plaintiffs. (Strahan, Richard) (Entered: 07/18/2006)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                          |
| 07/19/2006 | 92         | MOTION to Quash *Subpoena of Non-Party Witness* by William Adler. (Attachments: # (1))(Broadley, Steven) (Entered: 07/19/2006)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                |
| 07/19/2006 | ❍          | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton : Status Conference held on 7/19/2006. All outstanding subpoenas are quashed. Court will allow issuance of 6 subpoenas at the courts expense. Motions terminated: Granting 92 MOTION to Quash *Subpoena of Non-Party Witness* filed by William Adler,, Finding as moot75 MOTION for Preliminary Injunction filed by Richard Max Strahan,, Granting88 MOTION to Quash filed by Scott Kraus,. Parties will file briefs by 7/28/06 as to whether this matter should be dealt with in relation to original order before Judge Woodlock. Plaintiff must correct         |

| | | his amended complaint and will do so by 7/24/06. Evidentiary Hearing set for 8/3/2006 09:30 AM in Courtroom 4 before Judge Nathaniel M. Gorton. Status Conference set for 8/1/2006 03:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 07/21/2006) |
|---|---|---|
| 07/20/2006 | ❍ | ELECTRONIC NOTICE Cancelling Motion Hearing for 7/21/06 at 2:00pm before Judge Gorton. (Sonnenberg, Elizabeth) (Entered: 07/20/2006) |
| 07/20/2006 | 93 | First MEMORANDUM in Support re 80 First MOTION for Preliminary Injunction *and an Evidentiary Hearing OPPOSSING COURT'S SUA SPONTE PROPOSAL TO DISMISS ACTION FOR REASONS OF RES JUDICATA* filed by Richard Max Strahan. (Strahan, Richard) (Entered: 07/20/2006) |
| 07/20/2006 | 94 | Second MEMORANDUM in Support re 80 First MOTION for Preliminary Injunction *and an Evidentiary Hearing SUPPLYING NOTICE OF THE CLAIMS RAISED BY STRAHAN AT THE COURT'S 19 JULY 2006 HEARING* filed by Richard Max Strahan. (Strahan, Richard) (Entered: 07/20/2006) |
| 07/20/2006 | 95 | MOTION to Quash Subpoena by Frederick O'Regan. (Attachments: # 1 Exhibit A)(Sonnenberg, Elizabeth) (Entered: 07/24/2006) |
| 07/20/2006 | ❍ | Motions terminated: 95 MOTION to Quash filed by Frederick O'Regan.. (Sonnenberg, Elizabeth) (Entered: 07/24/2006) |
| 07/25/2006 | 96 | MOTION to Continue *Date for Scheduled Evidentiary Hearing from 3 August 2006 to a New Date in September 2006* by Richard Max Strahan. (Strahan, Richard) (Entered: 07/25/2006) |
| 07/28/2006 | 97 | MEMORANDUM OF LAW by Steven Pritchard. (Hammond, Daniel) (Entered: 07/28/2006) |
| 07/28/2006 | 98 | MOTION for Costs *of Subpoenas and Order of Service for Witnesses at Future Evidentiary Hearing* by Richard Max Strahan.(Strahan, Richard) (Entered: 07/28/2006) |
| 07/28/2006 | ❍ | Judge Nathaniel M. Gorton: Electronic ORDER entered re 96 MOTION to Continue *Date for Scheduled Evidentiary Hearing from 3 August 2006 to a New Date in September 2006* filed by Richard Max Strahan. "Motion allowed, in part, and denied, in part; Evidentiary Hearing is postponed until Friday, 11/17/2006 at 9:30 AM in Courtroom 4 before Judge Nathaniel M. Gorton.(Filo, Jennifer) (Entered: 07/31/2006) |
| 07/30/2006 | 99 | MOTION to Amend *COMPLAINT* by Richard Max Strahan. (Attachments: # 1 Appendix Amended Complaint)(Strahan, Richard) (Entered: 07/30/2006) |
| 07/31/2006 | 100 | NOTICE of Appearance by Bryan G. Killian on behalf of Steven Pritchard, David M. Peters, Paul Diodati (Killian, Bryan) (Entered: 07/31/2006) |
| | | |

| 07/31/2006 | | (Court only) Attorney Bryan G. Killian for Ellen Roy Herzfelder and David M. Peters added. (Sonnenberg, Elizabeth) (Entered: 09/19/2006) |
|---|---|---|
| 07/31/2006 | | (Court only) Attorney Bryan G. Killian for Paul Diodati added. (Sonnenberg, Elizabeth) (Entered: 09/19/2006) |
| 08/01/2006 | | (Court only) ***Deadlines terminated. (Nicewicz, Craig) (Entered: 08/01/2006) |
| 08/01/2006 | ❏ | ELECTRONIC NOTICE Cancelling Hearing. STATUS CONFERENC SET FOR 8/1/06 IS CANCELLED (Nicewicz, Craig) (Entered: 08/01/2006) |
| 08/08/2006 | ❏101 | Opposition re 99 MOTION to Amend *COMPLAINT* filed by Steven Pritchard. (Hammond, Daniel) (Entered: 08/08/2006) |
| 08/15/2006 | ❏102 | AMENDED COMPLAINT *for Declaratory, Injunctive and Punitive relief and a Request for a Jury Trial* against Steven Pritchard, David M. Peters, Paul Diodati, filed by Richard Max Strahan.(Strahan, Richard) (Entered: 08/15/2006) |
| 08/15/2006 | ❏103 | MOTION for Discovery *to be Extended to 1 November 2006* by Richard Max Strahan.(Strahan, Richard) (Entered: 08/15/2006) |
| 08/15/2006 | ❏104 | REPLY to Response to Motion re 80 First MOTION for Preliminary Injunction *and an Evidentiary Hearing by Defendants* filed by Richard Max Strahan. (Strahan, Richard) (Entered: 08/15/2006) |
| 08/15/2006 | ❏ | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 98 Motion for Costs "With respect to the six individuals listed herein, motion allowed. The United States Marshal shall serve the subpoenas at government expense and provide witness fees and travel expenses as required by law. The hearing is scheduled for Friday, November 17, 2006, at 9:30 a.m." (Sonnenberg, Elizabeth) (Entered: 08/15/2006) |
| 08/25/2006 | ❏105 | First Opposition re 103 MOTION for Discovery *to be Extended to 1 November 2006* filed by Steven Pritchard. (Hammond, Daniel) (Entered: 08/25/2006) |
| 10/10/2006 | ❏106 | MOTION for Protective Order *to Compel Production of Subpoeaned Docuemnts by Center for Coastal Studies* by Richard Max Strahan. (Attachments: # 1 Exhibit Subpoena to CCS)(Strahan, Richard) (Entered: 10/10/2006) |
| 10/23/2006 | ❏107 | Opposition re 106 MOTION for Protective Order *to Compel Production of Subpoeaned Docuemnts by Center for Coastal Studies* filed by Center for Coastal Studies. (Jones, Gordon) (Entered: 10/23/2006) |
| 10/27/2006 | ❏ | ELECTRONIC NOTICE of Hearing : Status Conference set for 11/3/2006 03:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 10/27/2006) |
| 11/02/2006 | ❏108 | MOTION Order for Witnesses and Documents *and Other Relief* by Richard Max Strahan.(Strahan, Richard) (Entered: 11/02/2006) |

| 11/02/2006 | 🌑109 | MOTION for Leave to File *Amicus Curiae Brief* by New England Legal Foundation.(Adams, Pamela) Additional attachment(s) added on 11/2/2006 (Sonnenberg, Elizabeth). Additional attachment(s) added on 11/3/2006 (Sonnenberg, Elizabeth). (Entered: 11/02/2006) |
|---|---|---|
| 11/02/2006 | 🌑 | Notice of correction to docket made by Court staff. Correction: Docket No. 109 and 110 corrected because attorney incorrectly entered Amicus Brief, which had not been granted yet. Clerk has deleted docket entry (Docket No. 110) and added to Docket No. 109 as a proposed brief until the motion is granted. Clerk has also notified attorney of correct e-filing procedures. (Sonnenberg, Elizabeth) (Entered: 11/02/2006) |
| 11/02/2006 | 🌑110 | AFFIDAVIT in Support re 109 Amicus brief filed *by Pamela Zorn Adams, Esq.*. (Attachments: # 1 Exhibit A# 2 Exhibit B - Part 1# 3 Exhibit B - Part 2# 4 Exhibit B - Part 3# 5 Exhibit B - Part 4# 6 Exhibit - Part 5# 7 Exhibit B - Part 6# 8 Exhibit C - Part 1# 9 Exhibit C - Part 2# 10 Exhibit D - Part 1# 11 Exhibit D - Part 2# 12 Exhibit E - Part 1# 13 Exhibit E - Part 2# 14 Exhibit F - Part 1# 15 Exhibit F - Part 2)(Adams, Pamela) Modified on 11/3/2006 (Sonnenberg, Elizabeth). (Entered: 11/02/2006) |
| 11/02/2006 | 🌑111 | US Marshal Process Receipt and Return for Subpoena. Sharon Young served Delivered on 10/31/06 (Sonnenberg, Elizabeth) (Entered: 11/03/2006) |
| 11/02/2006 | 🌑112 | US Marshal Process Receipt and Return for Subpoena. Michael Moore served Delivered on 10/31/06 (Sonnenberg, Elizabeth) (Entered: 11/03/2006) |
| 11/02/2006 | 🌑113 | US Marshal Process Receipt and Return for Subpoena. Richard Pace served Delivered on 10/31/06 (Sonnenberg, Elizabeth) (Entered: 11/03/2006) |
| 11/02/2006 | 🌑114 | US Marshal Process Receipt and Return for Subpoena. Scott Kravs served Delivered on 10/30/06 (Sonnenberg, Elizabeth) (Entered: 11/03/2006) |
| 11/02/2006 | 🌑115 | US Marshal Process Receipt and Return for Subpoena. Scott Landry served Delivered on 10/31/06 (Sonnenberg, Elizabeth) (Entered: 11/03/2006) |
| 11/03/2006 | 🌑 | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton : Status Conference held on 11/3/2006, Motions terminated: denying108 MOTION Order for Witnesses and Documents *and Other Relief* filed by Richard Max Strahan,, allowing 109 MOTION for Leave to File *Amicus Curiae Brief* filed by New England Legal Foundation,, 106 MOTION for Protective Order *to Compel Production of Subpoeaned Docuemnts by Center for Coastal Studies* filed by Richard Max Strahan,. 99 MOTION to Amend *COMPLAINT* filed by Richard Max Strahan,, 103 MOTION for Discovery *to be Extended to 1 November 2006* filed by Richard Max Strahan,. The plaintiff will have the opportunity to call six witnesses of his choosing on November 17, 2006, and will have one day only to present evidence. The plaintiff is not entitled to any additional |

| | | |
|---|---|---|
| | | outstanding discovery from the parties, with the exception that an Excel file maintained by the state, which the plaintiff alleges was provided to him in corrupted form, will be provided again intact. The plaintiff has filed subpoenas on additional parties (Center for Coastal Studies discussed below). The subpoena filed on the New England Aquarium was opposed and will not be allowed. Court allows the motion with respect to any supplemental information in its possession that it has acquired since October 7, 2005, including images and information relating to a whale entanglement in August, 2006. The plaintiff argued that he should also be provided with a database so that a witness under subpoena from CCS, Scott Landry, can testify to it at the hearing. That request was denied inasmuch as discovery is closed and CCS represents that it would provide the required documents. (Court Reporter Joyce.) (Nicewicz, Craig) Modified on 11/6/2006 (Nicewicz, Craig). (Entered: 11/06/2006) |
| 11/07/2006 | ⊕116 | AMICUS BRIEF filed by New England Legal Foundation *In Support of Defendants and In Opposition to Motion For An Injunction*. (Adams, Pamela) (Entered: 11/07/2006) |
| 11/15/2006 | ⊕117 | MOTION to Quash *Plaintiff's November 11, 2006 Subpoena* by National Marine Fisheries Service (NMFS). (Attachments: # 1 Exhibit)(Govindan Srinath) (Entered: 11/15/2006) |
| 11/16/2006 | ⊕118 | MOTION to Quash by Provincetown Center for Coastal Studies. (Attachments: # 1 # 2)(Jones, Gordon) (Entered: 11/16/2006) |
| 11/17/2006 | ⊕ | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton : Evidentiary Hearing held on 11/17/2006. Testimony of Sharon Young. Testimony of Michael Moore. Testimony of Clifford Goudey. Testimony of Scott Krauss. Tstimony of Scott Landry. Evidentiary hearing continued until 11/27/06. The court will set time limitations. (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 11/20/2006) |
| 11/17/2006 | ⊕ | Motions terminated: 117 MOTION to Quash *Plaintiff's November 11, 2006 Subpoena* filed by National Marine Fisheries Service (NMFS),, 118 MOTION to Quash filed by Provincetown Center for Coastal Studies,. (Nicewicz, Craig) (Entered: 11/27/2006) |
| 11/20/2006 | ⊕119 | Judge Nathaniel M. Gorton : ORDER entered. (Please see order for details.)(Sonnenberg, Elizabeth) (Entered: 11/21/2006) |
| 11/20/2006 | ⊕ | Set Hearings: Preliminary Injunction Hearing set for 11/27/2006 10:00 AM in Courtroom 4 before Judge Nathaniel M. Gorton. (Sonnenberg, Elizabeth) (Entered: 11/21/2006) |
| 11/22/2006 | ⊕120 | NOTICE by National Marine Fisheries Service (NMFS) re 119 Order, 113 USM Process Receipt and Return (Govindan, Srinath) (Entered: 11/22/2006) |
| 11/22/2006 | ⊕121 | MOTION for Contempt *Against Mary Colligan and NOAA* by Richard Max Strahan. (Attachments: # 1 Exhibit Page of NOAA Entanglement Report)(Strahan, Richard) (Entered: 11/22/2006) |

| 11/22/2006 | ❏ 122 | Judge Nathaniel M. Gorton : ORDER entered granting 121 Motion to Compel production (please see order for details.) (Sonnenberg, Elizabet (Entered: 11/22/2006) |
|---|---|---|
| 11/25/2006 | ❏ 123 | First Opposition re 109 MOTION for Leave to File *Amicus Curiae Brie by Trojan Horse Intervenor and Friend of the Defendants New England Legal Society* filed by Richard Max Strahan. (Strahan, Richard) (Entere 11/25/2006) |
| 11/27/2006 | ❏ | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton : Evidentiary Hearing DAY 2 held on 11/27/2006. Testimony of Scott Landry. Testimony of Richard Pace. Testimony of Daniel McKiernon. Court hears argument. Takes matter under advisement. (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 12/11/2006) |
| 12/06/2006 | ❏ 124 | MOTION for Preliminary Injunction *: Notice of Defendants Receiving 23.5 Million Dollars* by Richard Max Strahan. (Attachments: # 1 Exhibi 2 Dec 06 Boston Globe Story# 2 Exhibit EOEA Agreement with LNG Company)(Strahan, Richard) (Entered: 12/06/2006) |
| 12/06/2006 | ❏ 125 | MOTION to Continue Court Ordered Filing of Response/Memo to 11 December 2006 by Richard Max Strahan.(Strahan, Richard) (Entered: 12/06/2006) |
| 12/08/2006 | ❏ 126 | Supplemental MEMORANDUM in Opposition re 80 First MOTION for Preliminary Injunction *and an Evidentiary Hearing* filed by all defendants. (Hammond, Daniel) (Entered: 12/08/2006) |
| 12/11/2006 | ❏ 127 | Second MOTION for Extension of Time to 13 December 2006 to File Memo/Response in Support of His Motion for a Preliminary Injunction by Richard Max Strahan.(Strahan, Richard) (Entered: 12/11/2006) |
| 12/18/2006 | ❏ 128 | MOTION for Leave to File *Memo in Excess of Ten Pages and on Current Date* by Richard Max Strahan.(Strahan, Richard) (Entered: 12/18/2006) |
| 12/18/2006 | ❏ 129 | First MEMORANDUM in Support re 80 First MOTION for Preliminary Injunction *and an Evidentiary Hearing and Response to Opposition by Defendants and Amicus* filed by Richard Max Strahan. (Attachments: # 1 Exhibit 2006 NOAA List of Fisheries# 2 Exhibit Attach #3 Basking Shark Entangle Report# 3 Exhibit Attach #4 NOAA DAM Letter# 4 Exhibit Attach #8 NRW Crisis Article# 5 Exhibit Attach #9 NOAA SAR Humpback Whale# 6 Exhibit Attach #10 NOAA SAR Right Whale# 7 Exhibit Attach #11 NOAA SAR Fin Whale# 8 Exhibit Attach #12 Whale Entanglement Article# 9 Exhibit Attach #14 Plater Law Book Chapter) (Strahan, Richard) (Entered: 12/18/2006) |
| 12/18/2006 | ❏ 130 | *** DUPLICATE ENTRY OF DOCKET NO. 128 MOTION for Leave to File *Menorandum in Excess of Ten Pages and on Current Date* by Richard Max Strahan.(Strahan, Richard) Modified on 12/19/2006 (Sonnenberg, Elizabeth). (Entered: 12/18/2006) |
| 12/18/2006 | ❏ | Motions terminated: 130 MOTION for Leave to File *Menorandum in* |

| | | |
|---|---|---|
| | | *Excess of Ten Pages and on Current Date* filed by Richard Max Strahan (Sonnenberg, Elizabeth) (Entered: 12/19/2006) |
| 12/19/2006 | 🔾 | Notice of correction to docket made by Court staff. Correction: Docket No. 130 corrected because: It was a duplicated motion for leave of Docket No. 128. The clerk has terminated the duplicated motion and edited the text. (Sonnenberg, Elizabeth) (Entered: 12/19/2006) |
| 12/19/2006 | 🔾 | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 125 Motion to Continue, granting 127 Motion for Extension of Time, granting 128 Motion for Leave to File; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedure Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (Nicewicz, Craig) (Entered: 12/19/2006) |
| 01/02/2007 | 🔾131 | First MEMORANDUM in Support re 80 First MOTION for Preliminary Injunction *and an Evidentiary Hearing* filed by Richard Max Strahan. (Attachments: # 1 Exhibit Attachment #1: Article of Ocean Ecology# 2 Exhibit Attachment #2: Defendants Report on Right Whale# 3 Exhibit Attachment #3: NOAA's 2007 List of Fisheries# 4 Exhibit Attachment #4: NOAA Report on 2 Aug 06 Entanglement# 5 Exhibit Attachment #5 CCS Report on Entangled basking Shark# 6 Exhibit Attachment #6: NOAA December 2006 DAM Letter# 7 Exhibit Attachment #7: Strahan v. Coxe Settlement Agreement# 8 Exhibit Attachment #8a: NOAA 2001 Whale Injury Report# 9 Exhibit Attachment #8b: NOAA 2001 Whale Injury Report# 10 Exhibit Attachment #8c: NOAA 2001 Whale Injury Report# 11 Exhibit Attachment #9a: NOAA 2003 Whale Injury Report# 12 Exhibit Attachment #9b: NOAA 2003 Whale Injury Report# 13 Exhibit Attachment #10a: NOAA 2004 Whale Injury Report# 14 Exhibit Attachment #10b: NOAA 2004 Whale Injury Report# 15 Exhibit Attachment #11: Article on Right Whale Status# 16 Exhibit Attachment #12: NOAA August 2004 Report on Whale Entanglement Incident# 17 Exhibit Attachment #13: Scarring Report on Right Whale# 18 Exhibit Attachment #14: Scarring Report on Humback Whales# 19 Exhibit Attachment #15: Necropsy Report by M. Moore of 2002 Humpback Whale# 20 Exhibit Attachment #16: March 2006 Necropsy Report on Right Whale by M. Moore# 21 Exhibit Attachment #17: NOAA Stock Assessment Report on Humpback Whales# 22 Exhibit Attachment #18: NOAA Stock Assessment Report on Right Whales# 23 Exhibit Attachment #19: NOAA Stock Assessment Report on Fin Whales# 24 Exhibit Attachment #20: Article Assessing Whale Entanglements# 25 Exhibit Attachment #21: Law review article on ESA Section 9 Jurisprudence# 26 Exhibit Attachment #22: Law review article of Forcing Technology by Plater)(Strahan, Richard) (Entered: 01/02/2007) |
| 01/24/2007 | 🔾132 | Judge Nathaniel M. Gorton : ORDER entered. MEMORANDUM AND ORDER(Please see order for details.)(Sonnenberg, Elizabeth) (Entered: 01/24/2007) |
| 01/31/2007 | 🔾133 | First MOTION for Reconsideration re 132 Memorandum & ORDER by Richard Max Strahan.(Strahan, Richard) (Entered: 01/31/2007) |

| 02/05/2007 | ⊙134 | MOTION for the Court to Waive the Costs or Pay for the Production of the Transcript of the Evidentiary Hearing by Richard Max Strahan. (Sonnenberg, Elizabeth) (Entered: 02/08/2007) |
|---|---|---|
| 02/12/2007 | ⊙135 | Opposition re 133 First MOTION for Reconsideration re 132 Memorandum & ORDER filed by all defendants. (Hammond, Daniel) (Entered: 02/12/2007) |
| 02/22/2007 | ⊙136 | NOTICE of Withdrawal of Appearance by Amy R. George *for intereste party Provincetown Center for Coastal Studies* (George, Amy) (Entered 02/22/2007) |
| 02/22/2007 | | (Court only) Attorney Amy R. George terminated. (Sonnenberg, Elizabeth) (Entered: 02/23/2007) |
| 04/01/2007 | ⊙137 | MOTION for Discovery : *Plaintiff's Motion for Court to Enforce his Subpoena's for Information on Currently Entangled Whales* by Richard Max Strahan.(Strahan, Richard) (Entered: 04/01/2007) |
| 04/01/2007 | ⊙138 | AFFIDAVIT of Richard Max Strahan in Support re 137 MOTION for Discovery : *Plaintiff's Motion for Court to Enforce his Subpoena's for Information on Currently Entangled Whales* filed by Richard Max Strahan. (Strahan, Richard) (Entered: 04/01/2007) |
| 04/16/2007 | ⊙139 | RESPONSE to Motion re 137 MOTION for Discovery : *Plaintiff's Motion for Court to Enforce his Subpoena's for Information on Current Entangled Whales* filed by National Marine Fisheries Service (NMFS). (Attachments: # 1 Exhibit # 2 Exhibit)(Govindan, Srinath) (Entered: 04/16/2007) |
| 05/21/2007 | ⊙ | Judge Nathaniel M. Gorton : ElectronicORDER entered granting 134 Motion Court to Waive the Costs or Pay for the Production of the Transcript of the Evidentiary Hearing (Sonnenberg, Elizabeth) (Entered: 05/21/2007) |
| 06/01/2007 | ⊙140 | Judge Nathaniel M. Gorton : ORDER entered. MEMORANDUM AND ORDER"In accordance with the foregoing, the Plaintiff's Motion for Preliminary Injunction: Notice of Defendants Receiving 23.5 Million Dollars (Docket No. 124) is DENIED, Plaintiff's Motion for Reconsideration (Docket No. 133) is DENIED and Plaintiff's Motion for Further Discovery (Docket No. 137) is DENIED. So ordered."(Sonnenberg, Elizabeth) (Entered: 06/01/2007) |
| 06/18/2007 | ⊙141 | Document disclosure by Richard Max Strahan.(Strahan, Richard) (Entered: 06/18/2007) |
| 06/18/2007 | ⊙142 | MOTION for Leave to Appeal in forma pauperis *NOTICE OF APPEAL OF DENIAL OF PRELIMINARY INJUNCTION AND RULE 59 RECONSIDERATION* by Richard Max Strahan.(Strahan, Richard) (Entered: 06/18/2007) |
| 06/18/2007 | ⊙143 | NOTICE OF APPEAL as to 140 Memorandum & ORDER, by Richard Max Strahan NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web |

| | | site at http://www.cal.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals.Appeal Record due by 7/9/2007. (Sonnenberg, Elizabeth) (Entered: 06/18/2007) |
|---|---|---|
| 06/18/2007 | ❍ | Motions terminated: 142 MOTION for Leave to Appeal in forma pauperis *NOTICE OF APPEAL OF DENIAL OF PRELIMINARY INJUNCTION AND RULE 59 RECONSIDERATION* filed by Richard Max Strahan. (Sonnenberg, Elizabeth) (Entered: 06/18/2007) |
| 06/18/2007 | ❍ | Notice of correction to docket made by Court staff. Correction: Docket No. 141 & 142 corrected because: Plaintiff incorrectly duplicated and incorrectly used the wrong events. The correct event is Docket No. 143, Notice of Appeal. The clerk has informed Mr. Strahan of this notice of correction and the terminated the motion for leave to proceed IFP. (Sonnenberg, Elizabeth) (Entered: 06/18/2007) |