UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-10140

Richard Max Strahan

v.

Secretary, Massachusetts Executive Office of Environment Affairs, et al

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 1-143 & exhibits #1- 3, 8, 19-21 & plaintiff's exhibits presented at November 27, 2006 evidentiary hearing

and contained in Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 6/18/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on July 5, 2007.

Sarah A. Thornton, Clerk of Court

By: Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 7-6-07 .

SC
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 07-2036

- 3/06