UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 JUL 20 P 4: 21

U.S. DISTRICT COURT
DISTRICT OF MASS.

RICHARD MAX STRAHAN       )
                          )
        Plaintiff         )
                          )   Civil Action No.
v.                        )
                          )   05 – 10140 - NMG
                          )
SECRETARY, MASSACHUSETTS EXECUTIVE )
OFFICE OF ENVIRONMENTAL AFFAIRS[1], et al. )
                          )   20 July 2007
        Defendants        )

---

PLAINTIFF'S MOTION FOR THE COURT TO WAIVE
THE FILING FEE FOR COMMENCING HIS APPEAL

---

The Plaintiff — Richard Max Strahan — moves the Court to waive the required filing fee for me to commence my appeal of the Court's previous denial of my request for a preliminary injunction. I am indigent and cannot afford to pay the required filing fee. I have been previously determined to be indigent by the Court. Attached to the instant motion is the required affidavit of indigence.

For the above reasons, I ask the Court to grant me my requested relief.

BY:  /s/ M

Richard Max Strahan, Plaintiff
236 West Portal Avenue, #195
San Francisco, CA
617.233.3854

*Pro Se and Proud!*

---

[1] The original named defendant Ellen Roy-Herzfelder has subsequently left her employment as the Secretary of the Massachusetts Executive Office of Environmental Affairs and was replaced subsequently by first one and then another person. For consistency, Strahan has adopted the current caption for his civil action.