UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MAX STRAHAN<br><br>*Plaintiff*<br><br>v.<br><br>SECRETARY, MASSACHUSETTS EXECUTIVE<br>OFFICE OF ENVIRONMENTAL AFFAIRS[1], *et al.*<br><br>*Defendants* | )<br>)<br>)<br>)<br>) Civil Action No.<br>)<br>)   05 – 10140 - NMG<br>)<br>)<br>) 14 January 2007<br>) |

---

### PLAINTIFF'S NOTICE OF APPEAL

---

Citizen-Prosecutor Richard Max Strahan NOTIFIES the Court of his appeal of its 17 December 2007 dismissal of his claims against the Defendants and all other interlocutory decisions – including discovery – made by the Court adverse to his interests.

BY: _____
Richard Max Strahan, Plaintiff
236 West Portal Avenue, #195
San Francisco, CA
617.233.3854

*Pro Se and Proud!*

---

[1] The original named defendant Ellen Roy-Herzfelder has subsequently left her employment as the Secretary of the Massachusetts Executive Office of Environmental Affairs and was replaced subsequently by first one and then another person. For consistency, Strahan has adopted the current caption for his civil action.