UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RICHARD MAX STRAHAN,            )<br>                                                        )<br>    Plaintiff                                    )<br>                                                        )<br>v.                                                   )<br>                                                        )<br>IAN BOWLES, in his                        )<br>official capacity as Secretary of the )<br>Massachusetts Executive Office     )<br>of Environmental Affairs,              )<br>                                                        )<br>THOMAS FRENCH, in his official   )<br>capacity as Acting Commissioner of the )<br>Massachusetts Department of       )<br>Fish and Game,                             )<br>                                                        )<br>and                                                 )<br>                                                        )<br>PAUL DIODATI, in his official capacity )<br>as Director of the Massachusetts  )<br>Division of Marine Fisheries,         )<br>                                                        )<br>    Defendants                             )<br>                                                        ) | Civil Action<br>No. 05-10140-NMG |

**DEFENDANTS' ASSENTED-TO MOTION
TO ENLARGE TIME TO RESPOND
TO PLAINTIFF'S MOTION TO MODIFY JUDGMENT**

The Secretary of the Massachusetts Executive Office of Environmental Affairs,

the Commissioner of the Department of Fish and Game, and the Director of the Division

of Marine Fisheries (together, the "State Defendants"),[1] defendants in the above-titled

---

[1] The names of two of the officials holding these offices have changed since the onset of this litigation. The present officials, with their correct titles, are reflected by the signature block, infra.

action, hereby move, with the assent of the plaintiff, Richard Max Strahan ("Strahan"), to enlarge the time within which they must respond to Strahan's Motion to Modify Judgment in this matter through and including February 15, 2008. In support of this motion, the State Defendants state as follows:

1. On or about December 17, 2007, over the State Defendants' opposition, the Court granted Strahan's motion to dismiss this action. Since that date, the case has been denoted as "closed" on the Court's docket.

2. On or about January 16, 2008, Strahan filed a motion to reopen the case and to modify this Court's judgment of dismissal (the "Motion"). In the Motion, Strahan argues that in denying his earlier request for a preliminary injunction in this matter, the Court failed to consider, and/or that the State Defendants somehow concealed, the existence of a Massachusetts regulation that may bear on the geographic area over which the State Defendants exert regulatory control, for the purposes of the Endangered Species Act.

3. The State Defendants intend to oppose the Motion. However, due to the heavy litigation schedules of the undersigned, the only counsel of record to the State Defendants in this matter, they will be unable to do so within the time ordinarily prescribed by this Court's rules. Insofar as AAG Hammond is presently engaged in drafting a brief for the Massachusetts Supreme Judicial Court that is due on January 31, 2008, and AAG Killian is preparing for a trial in Massachusetts Superior Court that will

commence on February 11, 2008, the State Defendants will be unable to prepare a meaningful response to the Motion until February 15, 2008.

4. Strahan has assented to the State Defendants' request that their response period be so enlarged.

WHEREFORE, the State Defendants respectfully request that this Court enter an order enlarging the time within which they must respond to Strahan's Motion through and including February 15, 2008.

>Respectfully submitted,
>
>IAN BOWLES, in his
>official capacity as Massachusetts
>Secretary of Environmental and
>    Economic Affairs;
>
>MARY GRIFFIN, in her official
>capacity as Massachusetts Commissioner
>of the Department of Fish and Game;
>
>and
>
>PAUL DIODATI, in his official capacity
>as Director of the Massachusetts Division
>of Marine Fisheries
>
>By their attorney,
>
>MARTHA COAKLEY
>ATTORNEY GENERAL
>
>
>/s/Daniel J. Hammond
>Bryan G. Killian
>BBO # 271640
>Daniel J. Hammond
>BBO # 559475
>Assistant Attorneys General
>Government Bureau
>One Ashburton Place, Room 2019
>Boston, Massachusetts 02108

(617) 727-2200, exts. 2553, 2078

Date: January 24, 2008