UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MAN AGAINST XTINCTION | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | Civil Action No. |
| v. | ) | |
| | ) | 05 - 10140 - NMG |
| MASSACHUSETTS PORT AUTHORITY | ) | |
| | ) | 27 March 2008 |
| *Defendant* | ) | |

---

### PLAINTIFF'S MOTION FOR THE COURT TO PAY THE COST OF TRANSCRIPTS

---

Citizen Attorney General — Richard Max Strahan — moves the Court pay for the cost of the production of transcript of Court hearings whose content would be essential to his meaningfully pursuing his appeals arising out of the instant action. He is appealing the denial of his motion for a preliminary injunction and his appeal of the dismissal of the instant action.

Strahan seeks the production of the transcripts of the Court's 17 July 2006 and 3 November 2006 hearings. The argument and statements by the Court are germaine to his appeals – especially on the issue of the Court's consolidation of its decision on his motion for a preliminary injunction into a final judgment on the merits.

For the above reasons the Plaintiff asks the Court to GRANT his requested relief.

BY:

Richard Max Strahan, Plaintiff
236 West Portal Avenue, #195
San Francisco, CA
617.233.3854

*Pro Se and Proud!*

I hereby certify that a copy of this opposition has been served a Court E-filing on the Defendants attorney on 27 March 2008. Richard Strahan, Citizen Attorney General