# United States Court of Appeals
## For the First Circuit

No. 07-2036
    08-1212

RICHARD MAX STRAHAN,

Plaintiff, Appellant,

v.

IAN A. BOWLES, SECRETARY,
MASSACHUSETTS EXECUTIVE OFFICE OF ENVIRONMENTAL AFFAIRS, ET AL.,

Defendants, Appellees.

**CORRECTED ORDER OF COURT**

Entered: April 23, 2008

We treat appellant's "motion to consolidate" filed on March 27, 2008 as a request to hold Appeal Nos. 07-2036 and 08-1212 in abeyance until the district court acts on appellant's motion filed pursuant to Fed. R. Civ. P. 60(b) that is currently pending in the district court. So treated, the motion is <u>granted</u>.

The parties are directed to notify this court promptly of any ruling on the pending Rule 60(b) motion. In the interim, the parties are directed to file a status report with our court every sixty days informing us whether the Rule 60(b) motion remains pending.

By the Court:

/s/ Richard Cushing Donovan, Clerk.

cc:
Richard Max Strahan
Daniel J. Hammond
Pamela A. Zorn
James E. Riley
Srinath J. Govindan
David M. Ryan
Bryan g. Killian
Joseph Francis Shea
Gordon Messick Jones
Steven S. Broadley