UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MAX STRAHAN ) | |
| ) | |
| *Plaintiff* ) | |
| ) | Civil Action No. |
| v. ) | |
| ) | 05 – 10140 - NMG |
| SECRETARY, MASSACHUSETTS EXECUTIVE ) | |
| OFFICE OF ENVIRONMENTAL AFFAIRS[1], *et al.* ) | |
| ) | 24 July 2008 |
| *Defendants* ) | |

_____

NOTICE OF APPEAL OF THE COURT'S *SUA SPONTE* VACATING OF PRIOR
JUDGMENT OF DISMISSAL AND DENIAL OF PLAINTIFF'S RULE 60/59 MOTIONS
_____

Plaintiff — Richard Max Strahan — gives NOTICE of his appeal of the Court's —

1. 23 July 2008 order vacating its prior judgment of 17 December 2007 dismissal and denying his 18 January 2008 Rule 59 Motion for Reconsideration of said dismissal;

2. 18 July 2008 denial/termination of Strahan's 15 January 2008 motion for relief from judgment under Rule 60 of the Fed. R. Civ. Proc.

BY: _____
Richard Max Strahan, Plaintiff
236 West Portal Avenue, #195
San Francisco, CA
617.233.3854

*Pro Se and Proud!*

---

[1] The original named defendant Ellen Roy-Herzfelder has subsequently left her employment as the Secretary of the Massachusetts Executive Office of Environmental Affairs and was replaced subsequently by first one and then another person. For consistency, Strahan has adopted the current caption for his civil action.