UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MAX STRAHAN )<br>)<br>*Plaintiff* )<br>)<br>)<br>v. )<br>)<br>)<br>SECRETARY, MASSACHUSETTS EXECUTIVE )<br>OFFICE OF ENVIRONMENTAL AFFAIRS[1], *et al.* )<br>)<br>*Defendants* ) | Civil Action No.<br><br>05 – 10140 - NMG<br><br><br>29 July 2008 |

_____

PLAINTIFF'S NOTICE OF CURRENT MAILING ADDRESS
_____

Plaintiff — Richard Max Strahan — NOTIFIES the district court that effective immediately his current mailing address for the purposes of the instant action is as follows —

P. O. Box 990806
800 Boylston Street — The Prudential Center
Boston MA 02199

BY:
_____
Richard Max Strahan, Plaintiff
617.233.3854
esistoo@yahoo.com

*Pro Se and Proud!*

I hereby certify that a copy of this filing has been served on the attorney for the defendant via the ECM filing system.

_____
Richard Strahan, Citizen Attorney General

---

[1] The original named defendant Ellen Roy-Herzfelder has subsequently left her employment as the Secretary of the Massachusetts Executive Office of Environmental Affairs and was replaced subsequently by first one and then another person.  For consistency, Strahan has adopted the current caption for his civil action.