UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Richard Max Strahan <br> v. <br> Secretary, Mass. Exec. Office of Environmental Affairs | 7 August 2008 <br><br> 05-10140-NMG |

① Plaintiff's Motion to Waive Appeal Filing Fee

Strahan moves to waive the Filing Fee for his Appeal of the Court's Denial of his Appeal of its ~~Rule~~ Denial of his Rule 60 motion. He has already been determined Indigent by Court.

Richard Max Strahan
617-233-3854